# EXHIBIT 1

Life is Not Always Kind

# The Devil Who Rules The Pittsburgh Faire

October 30, 2021

# REDACTED AD

   I'd *love* to say not a single thing I'm about to write in this particular blog is true. The mere thought of *any* of it being true is enough in itself to raise my ire and make me want to start a mob. Unfortunately, it's *all* true. I have gotten every piece of this information from the Devil himself, several major cast members of the Pittsburgh Renaissance Festival (including several middle-management level cast members in charge of other cast members or more serious duties), and independent acts who work at the festival.

   So, without further ado, let's discuss the Devil Himself and why he needs to be expelled from the Pittsburgh Renaissance Festival: Entertainment Director, James "Doc" Amor.

# REDACTED AD

### The Decades-Long Cover-Up of Rape and Pedophilia

When Doc was a younger cast member, he experienced one incident in particular that has colored his judgment to a point where it has made him a human monster.  In that incident, he made "a joke" that was taken as sexual harassment by another faire employee.  He was accused of sexual harassment and was viciously adamant he had merely told "a joke" and was therefore innocent of the accusation.  Obviously, this excuse is an unacceptable one,  as his personality and "jokes" are ***very often*** quite cruel and certainly offensive.  Regardless, this one incident has made him hypersensitive to accusations - immediately causing him to assume *all* are false.

By the late 1990s, a new cast member of the Pennsylvania Renaissance Faire would cause more behind the scenes, and promptly covered up, drama than anyone before him.  A man in his thirties by the name of Gene Harlin.  Gene would later go on to christen himself off-stage by his on-stage character name, Quinn.

By the mid-2000s, Quinn was in his mid to late thirties.  He was a street performer in Pennsylvania where Doc also worked.  This was greatly to Quinn's advantage.  However, people were watching, and were noticing.  During this period, a 15 year old girl named Emily would join the cast.  35+ Quinn would openly pine for her.  In public.  In front of friends and fellow cast members alike, as though an infatuation of a 35+ year old man with a teenage girl was normal and acceptable.  Doc convinced him to contain his despicable desire for the underage girl, who was absolutely not interested in a pedophile as old as her father.  This was the first step of the problem.  Quinn complained to friends like Brianna Kube, who would follow him and Doc to Pittsburgh years later, that it was unfair he was being told who he could or could not like.  This line of complaint would come back later.

By the time they all left PARF for Pittsburgh (hereafter listed as PRF), Quinn had already gotten an accusation of misconduct.  A young female cast member had accused him of making sexual jokes and unwanted advances toward her.  She said he had not stopped when she asked him to, and was very upset about the situation.

Being the first official accusation, and being so similar to what Doc had experienced

many years earlier, Doc immediately flew into "attack the victim, for she lies" mode. Not only did he choose Quinn over the girl (she quit after talking to Doc), several years later she'd come forward recanting her statement, claiming "*I must have misunderstood his intentions. I was young. I'm sorry.*" She had absolutely nothing to be sorry for, and had been vociferously gaslight by Doc Amor.

That is, until accusation number two, approximately two seasons later. Quinn worked with another cast member named Shawn. Shawn and he did not get along one little bit. They argued regularly and absolutely loathed each other. I cannot do anything but speculate as to Shawn's reasons, but Quinn says that he hated Shawn because he would dismiss Quinn's talent and ideas. He wanted all credit for everything and always wanted to be in front. Not to mention the lack of work ethic Shawn supposedly exhibited. (I would like to point out here that these very complaints were also applied to practically everyone else Quinn would ever work with... including everyone involved in the Rabble Rousers band he was in, and the people he had performed with at PARF.)

Shawn had a girlfriend named Kayla. Kayla also worked at the festival. Quinn admitted that one day he had, indeed, been alone in a building with Kayla, but admitted to nothing else. He had told everyone at the time he had never been alone with her. Kayla had accused him of rape, but did not go to Doc right away. Instead, she heard stories of what happened to his first accuser and kept quiet. Not to mention, she knew his open feud with her boyfriend would cast doubt upon her claim and could be used against her.

During a cast rehearsal, she finally broke down. Doc's wife, Patti, told her she had to work with Quinn that weekend (having noticed she had been deliberately avoiding him for weeks at that time). Kayla had a full, traumatic meltdown. According to a cast member that was there at the time, Kayla backed up and repeated, "*No, I can't. I won't. No,*" over and over. She began to shake and cry. Patti, cruelly, told her she was being immature and dramatic, and to get over it. Yes, instead of asking what could be wrong with this young girl that she'd react in such an extreme way, she reacted in a vicious and dismissive manner. In fact, she was so adamant about his stance, she convinced others in the cast Kayla was merely crazy also. When Kayla realized she wouldn't have a choice, she screamed, "*He's a rapist! He raped me! I can't*!" Patti laughed at her. Yes, LAUGHED. And called her crazy and told her to go home. Kayla quit on the spot.

# REDACTED AD

Now, anyone who knows anything about human psychology would understand that this is literally a textbook reaction of a victim being forced to spend time with, and relive the trauma of her rape, with her rapist. It is a very clear PTSD reaction. The Amors treated her with disdain and condescension instead.

A few days later, she'd approach Doc privately to discuss her accusations and get her last paycheck. Doc told her she was a liar and would not even begin to entertain her "crazy false accusations". He said they were only trying to get back at Quinn for his open war with Shawn, and her accusation was clearly - as was the first - false. She was not welcome back on site.

Between 2016-2018, Quinn and Doc had regularly communicated (this comes from Quinn himself - of course, with his way of twisting it to become the victim instead of the perpetrator. I'll therefore mention his side, and how I challenged it at the time) in regards to Quinn's "relationship" with yet another 15 year old cast member. This time, he had found a young girl with severe mental health issues who decided a man a decade older than her own father would be the love of her life. Little girls with mental health problems can develop crushes on older men quite often. It is up to the older men to dissuade these young girls and let them know that any man who would take them up on it, were pedophiles and would be abusing and taking advantage of them.

Instead, Quinn admitting to indulging it. He spent a lot of time with her. He talked with her about sex so often, apparently she felt comfortable discussing sex and sexual

with her about sex so often, apparently she felt comfortable discussing sex and sexual fantasies with him. In fact, at 15, she even sent him her nudes to his cell phone. Guess who were the only two to see these photos? Doc and Quinn. Doc told Quinn to delete them and he'd "*take care of it*". Quinn said Doc always had his back "*protecting (him) from these insane little girls who always seem to get all obsessed with (him)*."

If you're already rolling your eyes, you're not alone. I immediately retorted with, "*Why are you driving an underage girl places, admitting to being alone with her, and talking to her about sex to begin with? You're 30 years older than she is! You could biologically be her grandfather!*" His response, "*She's my friend. That's what friends do*."

It only gets worse.

That same girl was caught by a friend of Quinn and a Pittsburgh cast member making out (at minimum) on the couch of their shared home. The girl had just turned 17. He was 45.

He had, by that point, learned to lie about his connections with underage girls. He knew to tell the truth about what was easily observable to others would mean he'd lose his job at the festival and in the community theater scene. Since Quinn was never one who could keep a steady job elsewhere, he was more than willing to say what it took to keep those jobs (just not do what it took - i.e. keeping away from teenage girls).

He told his close friend at the time three different stories on what happened with that girl that day. The first was the bullshit "nothing happened, they're lying" story he told everyone else. When she didn't buy it, he tried another lie. Eventually, he admitted to kissing her, but said it never went beyond that. Neither she nor I believe that is true.

Soon after that incident came the cast funky formal, where the girl committed the ultimate sin in his eyes - she kissed a friend of his, much younger than he (yet in his 30s already, so also a pedophilic act). He told me that moment is when he decided she'd never get a chance with him. I responded, "*I thought you said you weren't interested in a child?*". He said, "*I'm not. But it was definitely sealing the deal*".

# REDACTED AD

The following summer she turned 18, but it was too late.  She tried to hit on him, as she was now of age.  He rejected her.  He says it was because he was never interested to begin with, because she was too young, and because of kissing his friend.  You got a different excuse depending on when you asked him.

But, by then, he'd spent over a year grooming his next victim.  Another young 15 year old who was just about to turn 16.  Doc, yes Doc.... who knew about his open love for a 15 year old a decade prior and had been covering up sexual assault allegations, had decided the absolute best cast member to mentor her was Quinn.

**Please tell me you understand what's happening here.**

He immediately began grooming her and her parents into thinking he was the greatest thing since sliced bread.  By 2019 when the rejection occurred of his previous target, he'd already been molding that relationship for a year.  This time, however, his previous victim took notice that he was doing the same thing to another girl he'd done to her at that age.  She went to another cast member with a history of being assaulted.  This cast member, in her mid-twenties, observed for a week or two, and determined she was correct about what was happening.  She went to Doc and the cast head in West Virginia (Queen in PRF), Anne.  Doc immediately tried to rebuff the girl and call her a liar.  He called the twenty something crazy.  And if it wasn't for Anne believing her, nothing would have even been looked into.

Fortunately, Anne told Doc to let her do the investigation. It caused several fights between the two.  Doc was already letting the main cast member of West Virginia know that'd she'd never work in Pittsburgh because of her accusations of Quinn, and that he'd make sure of it.  He followed through with his threat.

The newest girl, unfortunately, was so groomed by that point she refused to say anything to Anne.  Anne recognized the pattern of behavior, and said she believed he'd already started a relationship that was inappropriate there. But, she could not prove it. The backlash of the girl standing up for her abuser led to her avoiding social media for awhile.  Eventually, she blocked Quinn on Facebook and left his band.

Quinn's reaction to a just turned 16 year old girl blocking him on Facebook only proves his disturbing intentions.  He fell back into drinking after being sober for a few years.  He became completely depressed and refused to communicate with others.  He instead chose to spend his days drowning in alcohol over his sadness he'd lost a 16 year old as a friend he was supposed to just be professionally mentoring.

During this time, he'd gone to Bri to ask her to friend the girl on Facebook so she could report back to him what she was up to.  I'm not kidding.  Bri refused.

Eventually, that November, we'd spend a weekend together where this issue would come to a head.  As we were at the hotel together, he moped and sighed and yelled over the loss of the "friendship" of this little girl.  He yelled how he hated people who were telling him who he could and could not be friends with. What conversations he could or could not have with those friends (again, he was caught by her father discussing sexual fantasies together on a couch.  Even Quinn admitted it took a lot to convince the father it was innocent at that time.  Clearly, it wasn't).  He said it was unfair and he stomped his feet and paced the room.  I, of course, only made this worse by agreeing a 46 year old man and a 16 year old girl should not be discussing sex or cuddling on a couch alone together.  Friendship of that nature is nothing but disturbing simply because it's between a **grown man** and **child** young enough to be his granddaughter.

# REDACTED AD

He quit his band that weekend. He posted, "I probably hate you" on his Facebook bio. You know, the rational, mature things you do when you're an almost 50 year old man separated from his teenage buddy (sarcasm is dripping in that line).

It is now that Doc finally at least opens his ears. With Doc's refusal to fire the previous victim, who had let everyone know what newest abuse he was partaking in, Quinn decided to not be a part of the cast that year in Pittsburgh of his own accord. Of course, he twisted the story to such an extent it was unrecognizable, and made himself the victim. And, of course, got a load of sympathy because no one knew the truth.

# REDACTED AD

**The Aftermath - And More Cover-Up**

  Unfortunately, Doc's listening didn't last long.  During rehearsals for PRF that summer, he decided it was the best thing to do to scream at the previous female victim in front of the entire cast.  He called her names like liar and crazy.  He said her delusions about Quinn were going to stop.  He said if she ever wanted to work there again, she'd never bring it up after this.  He did this in front of the entire cast. In fact, even this year, she was told she was still "on probation" and any screw up would mean she'd be out. His intent was to make a point.  It was made, and there was backlash as she fled the room crying.

# REDACTED AD

The first significant backlash was one of their three major male leads (at the time, if was Quinn, Jimmy Amor - the son of Doc, and Michael Menendez - Jimmy's best friend). Michael Menendez decided he'd had enough with Doc's overall treatment of the cast and he was quitting at the conclusion of the season.

Not only did he quit, but he also sent a written letter to the owner of PRF, detailing the abuses Doc regularly put the cast through and how he needed to be removed from power. The situation with Quinn that year was merely the straw that broke the camel's back.

So, what happened with that letter and all of Michael's accusations regarding Doc? Absolutely fucking nothing. It was handed off to Kristy Fertal, who later told Brianna Kube that nothing would be done about Doc, as the owner liked him. (Further cementing her claim to me he was untouchable. "*Doc is like Donald Trump at the*

*Pittsburgh Festival. He could murder someone in the lanes and the owners would still love him. He can do no wrong. Monsters stick together."*)

# REDACTED AD

The only thing Fertal said was she was going to "attempt" to make sure Quinn wasn't allowed back on cast, but that ultimately that decision went to Doc. And Doc was already privately doubling down on the idea of getting Quinn back on cast.

With a lot of prodding of Bri, terrified if she said a word she'd lose her job (and so retained backup in the form of Brennan and Christine, other manager cast members), she finally held a meeting with the cast and Doc about Quinn. She wrote a speech, detailing every single account of an accusation or openly predatory behavior that Quinn had exhibited in the previous 15 years. The goal was to convince Doc to not let him back on cast. Doc, with pressure from what was left of his lead cast, eventually relented, but agreed to only that year. Again, Quinn immediately went to Facebook to lie about how he was choosing to leave the festival because people were dramatic. I'll never understand people like him.

## Cast Harassment

I want to start by saying here that there are so many incidents that I don't know about. The letter written against Doc by Michael Menendez would be what you want for detail.

I'd have to say one of the biggest issues that is associated with his cover up of Quinn's crimes would be the email sent out to all major cast managers during the time the previous teenage victim was coming forward about the new victim. There were rumors going around that Quinn had raped both her and the new teenager. In fact,

another cast member came forward and said they were told it happened, but that the woman was too terrified of Doc to admit it openly.

Doc sent out an email at the time, which Bri still has in her possession as evidence, which threatened any cast member who dared want to question Kayla about her rape. If anyone speaks to her about this or asks her anything, they would be immediately fired from the festival. This letter was in red and bold.

Why would you prevent the questioning of someone you don't believe anything happened to? Unless you know that she was raped, and any inquiry into the matter would prove it. After all, now he's spent so many years covering up the crimes of Quinn, he's equally as liable.

> Too often,
> abuse is a dirty secret
> kept by the abused,
>
> where shame
> and the threat of more abuse
> are used to buy silence.
>
> -Kalen Dion-

I know part of Menendez's issue with Doc was the consistent verbal abuse and threats the cast had to endure. Between constant fat jokes told at the expense of any overweight cast (including my favorite - "*Anyone want to discuss the elephant in the room*?", Then laughing and pointing to Brianna), stupid jokes, racist jokes, and autism jokes, most of the cast were fed up.

He was also going on Facebook telling people what they could and could not post. He would viciously argue on their pages and call them names. The cast, as a collective, hate him. They put up with him because they are not traveling performers who can just simply go to another festival. As long as Doc is in power at PRF, they know they have to take the abuse he dishes regularly, or quit being able to work at a

Renaissance Festival. Most have chosen the former, but after the events of the summer of 2019, some others besides Menendez have also chosen to quit.

# REDACTED AD

### Doc at Home

Bri is certainly someone who likely hates him most of all, but is also deathly afraid of not only losing her job, but physical harm if she openly defies Doc. Yes, she's afraid he'll beat her or kill her. These fears are not unfounded.

For several years, Bri stayed with Doc and Patti during festival weekends in a spare room of theirs because she lived on the other side of the state. A big reason for her choice to move to Pittsburgh (besides wanting to get closer to the Duelists during faire season - see here) was so that she'd never have to stay with them ever again.

Bri would regularly call me crying and shaking from her room in their house. You could hear Doc screaming and loud noises in the background (crash, bang, etc). Bri would sob that he was screaming at Patti again. Yup, he, at minimum, was verbally abusive of Patti. Bri claimed he was also physically abusive, but since he was much less violent than her previous husband, Patti tolerated his abuses and defended her husband. But, Bri would have PTSD meltdowns experiencing it secondhand and through a locked door. Her father was like that with her mother before he left. She

could never handle Doc's temper and abusive nature.

Not to mention Doc made fun of her being fat every second that he could. He'd post memes on her page about her being desperate, fat and psycho. While the facts stand where they may, he as her boss was absolutely abusing her. She was so upset about one meme, I'll post it below. She cried as she said she was sick of his calling her names and thinking it was funny.

# REDACTED AD

One of the funniest things she secretly did was when we went to Brevard Faire in Florida together. He had the nerve to tell her while she was there, her "job" was to get him and Patti hired there so they could eventually "run" that place too (that was literally what they said - "*it's such a small faire, they need us and our expertise!*", she relayed to me.. then added, *"But not your abuse*."

So, what happened when we got there? Did Bri do as she was commanded? Quite the opposite. She told anyone she could that Doc and Patti were terrible managers that abused cast members for years and to never hire them. I must say I think I heard her give that speech at least 10 times that weekend. When Doc messaged her at the end of the weekend to ask if she'd done what he wanted, she lied and said yes. She then turned to me and said,

*"The only people that man is nice to are the*

> independents. He has them over for dinner and treats them like gold (except for the Duelists, as Randal and Michael see right through him), as they all have the ability - in his mind - to expand his little faire empire beyond Pittsburgh and West Virginia. He's using them. Those beneath him and in his care, the cast, are regularly abused. I can't allow any more people to go through what we do. We're stuck with him. I know that. But, I'll be damned if I'll let him abuse anyone else!"

When are you going to do something about this, Pittsburgh? Is Doc and JP and son too powerful for you? I've had two cast members tell me not to go to the media or they'd make up a story about how I was seeking revenge for my failed relationship with Quinn. Anything to deflect from the truth. Well, fuck you. I'm not going to let you bully me and spread lies the way he bullies you and everyone else. I refuse. Except for not being able to attend PRF (I have zero desire to give money to monsters, so that's already been decided), I have nothing to lose. I'm just the only person who knows the truth that isn't afraid of him or his power.

This is the truth about James "Doc" Amor whether you like it or not. The question now is, are you going to shoot the messenger, or actually fucking DO something about the monster and his abuse out there in Pittsburgh?

# REDACTED AD

# REDACTED AD

Popular posts from this blog

### The Narcissistic Duelist

May 22, 2021



DISCLAIMER:     I'm going to say upfront that I will be posting minimal screenshots in this blog, because they are embarrassing to me.  It is not because I did anything wrong that I will not outline here also, but because th…

READ MORE

### I Left My Heart in West Virginia

June 22, 2021



 The Weekend in West Virginia You probably won't understand this post unless you've already read  The Narcissist Duelist , and even then, I left so much of the story out for my own peace of mind (and because of my promises t…

READ MORE

### Honesty and Friendship Don't Mix

April 25, 2021

Introduction ( I will not be naming names directly on this blog, but you are welcome to ask in my inbox and I'll tell you. )  I  have always had difficulty fitting in with most people.  I am considered to be "brutally honest".  I hav…



READ MORE

Powered by Blogger

Theme images by Galeries

COURTNEY

VISIT PROFILE

Followers

**Followers (0)**

Follow

Archive

Report Abuse