IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR** <br> **PATRICIA ELVIRA ARMOR** <br> 213 N. Kinzer Ave. <br> New Holland, PA 17557 | NO. 21-5574 |
| *Plaintiff*, | CIVIL ACTION |
| vs. | JURY TRIAL DEMANDED |
| **COURTNEY CONOVER** <br> 6522 Mason Cir <br> Randleman, NC 27317 | |
| *Defendant*. | |

## PRELIMINARY INJUNCTION ORDER

AND NOW, this \_\_\_\_ day of _____, 2021, and after hearing, it is hereby ORDERED and DECREED that:

(a)  COURTNEY CONOVERis hereby ORDERED to immediately cease and desist from any and all false publication regarding the Plaintiff on the Internet and/or any other medium, and in particular any and all references to the Plaintiff as a pedophile and/or a protector of and/or aider and abettor for a pedophile and/or pedophiles and/or a person who retaliates and/or who has retaliated against a victim and/or victims of rape and/or sexual assault and/or pedophilia;

(b)  COURTNEY CONOVER is hereby ORDERED to immediately remove any prior publications, regarding the Plaintiff on the Internet, including but not limited to those on Facebook and/or any other medium in respect of any and all references to the Plaintiff  as a pedophile and/or a protector of and/or aider and abettor of a pedophile and/or pedophiles and/or a person retaliates or who has retaliated against a victim and/or victims of rape and/or sexual assault and/or pedophilia;

(c)  COURTNEY CONOVER is hereby ORDERED to immediately cease and desist from publishing on the Internet any further comments, articles, posts, papers, commentaries, reports, explanations, stories or details regarding the Plaintiff's alleged conduct in respect of pedophilia and/or protecting and/or aiding and

abetting a pedophile or pedophiles and/or retaliating against a victim and/or victims of rape and/or sexual assault and/or pedophilia.

(d)    The following additional relief is also granted:

BY THE COURT

_____
                                                                              J.