IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, : | |
|          Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:21-cv-05574-JMG |
| : | |
| COURTNEY CONOVER, : | |
|          Defendant. : | |

**ORDER**

**AND NOW**, this 23rd day of February, 2022, upon consideration of the Defendant's Letter Response (ECF No. 5), **IT IS HEREBY ORDERED** as follows:

1. The Court construes Defendant's Letter Response as both an Answer to Plaintiff's Complaint and as a response to Plaintiff's motion for preliminary injunctive relief.[1]

2. The Clerk of Court is **DIRECTED** to enter Defendant's appearance as a self-represented party and to email a copy of the Pro Se Guidelines to Defendant.

3. A telephonic conference shall be held on **Tuesday, March 1, 2022, at 1:00 p.m.** Defendant Conover and counsel for Plaintiffs **MUST** attend this conference by calling into the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania at 1:00 p.m.

4. At this conference, the Court will determine when to hold an evidentiary hearing on Plaintiff's motion for preliminary injunctive relief and how much time to reserve for that hearing.

---

[1] Filings submitted by pro se litigants must be construed liberally. *See Travelodge Hotels, Inc. v. JC & APR Invs., LLC*, No. 2:13-cv-3280, 2014 WL 3620945, at *2 (D.N.J. July 22, 2014) (construing the defendant's letter as an answer and as a cross-motion to vacate entry of default because it "provided a plausible factual basis for finding that [the defendant] is not liable").

At the conference, Defendant and counsel for Plaintiffs should be prepared to discuss all the evidence they intend to present during the evidentiary hearing on Plaintiff's motion.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge