6:59 87%

COLLAPSE

### Heart Rate



| | | |
|---|---|---|
| 119 | RESTING | 64 bpm |
| | HIGH | 112 bpm |

### Body Battery

| | CHARGED | DRAINED |
|---|---|---|
| 26 / 100 | +5 | -18 |

### Stress



68

- REST — 27m
- LOW — 4m
- MED — 16m
- HIGH — 1h 40m