| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Saturday, March 12, 2022 3:39 PM |
| **To:** | PAED Documents; tkolman@kolmanlaw.com |
| **Subject:** | I would also like to add this for clarity.  A screenshot of my stress from the device my doctor's gave me that they said was worsening my condition.  Thank you.  Courtney Conover |
| **Attachments:** | 274860385_10158154941326396_3233070520494222011_n.jpg |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.