IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>COURTNEY CONOVER,<br>　　　　　Defendant. | Civil No. 5:21-cv-05574-JMG |

## ORDER

**AND NOW**, this 30th day of March, 2022, upon consideration of the Defendant's correspondence (ECF No. 23), **IT IS HEREBY ORDERED** as follows:

1.　A telephonic conference will be held on **Tuesday, April 5, 2022, at 1:00 p.m.,** to discuss scheduling Defendant's deposition and a hearing on Plaintiff's preliminary injunction motion.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge