EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR**<br>**PATRICIA ELVIRA AMOR,**<br>213 N. Kinzer Ave.<br>New Holland, PA 17557<br><br>*Plaintiffs,*<br><br>vs.<br><br>**COURTNEY CONOVER**<br>10631 Randleman Rd. #7<br>Randleman, NC 27317<br><br>*Defendant.* | NO. 21-5574<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF PLAINTIFF JAMES AMOR IN SUPPORT OF HIS REQUEST FOR A TEMPORARY RESTRAINING ORDER.

I, James Amor, a Plaintiff in the above-captioned matter, do hereby swear and affirm as follows.

- The allegations against us, published by Defendant, Courtney Conover, are false.

- We have never retaliated against rape and/or sexual assault victims.

- We have never publicly humiliated rape and/or sexual assault victims.

1

- We have never called rape and/or sexual assault victims crazy.

- We have never refused to hire rape and/or sexual assault victims.

- We have never terminated rape and/or sexual assault victims from employment.

- We have never abetted pedophiles.

- We have never abetted rapists.

- We have never refused to take the claims of rape and sexual assault victims seriously.

Sworn and affirmed this _____ of March 2022.

_____
JAMES AMOR

_____
Signature

Subscribed and sworn to before me
This __23__ day of __March__

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Philip G. Weaver, Notary Public
Lancaster County
My commission expires June 17, 2022
Commission number 1175546
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR**<br>**PATRICIA ELVIRA AMOR,**<br>213 N. KinzerAve.<br>New Holland, PA 17557<br><br>*Plaintiffs*,<br><br>vs.<br><br>**COURTNEY CONOVER**<br>10631 Randleman Rd. #7<br>Randleman, NC 27317<br><br>*Defendant*. | NO. 21-5574<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF PLAINTIFF PATRICA E AMOR IN SUPPORT OF HER REQUEST FOR A TEMPORARY RESTRAINING ORDER.

I, Patrica Amor, a Plaintiff in the above-captioned matter, do hereby swear and affirm

as follows.

- The allegations against us, published by Defendant, Courtney Conover, are false.

- We have never retaliated against rape and/or sexual assault victims.

- We have never publicly humiliated rape and/or sexual assault victims.

1

- We have never called rape and/or sexual assault victims crazy.

- We have never refused to hire rape and/or sexual assault victims.

- We have never terminated rape and/or sexual assault victims from employment.

- We have never abetted pedophiles.

- We have never abetted rapists.

- We have never refused to take the claims of rape and sexual assault victims seriously.

Sworn and affirmed this 23rd of March 2022.

*[signature]*

**PATRICIA ELVIRA AMOR**

Commonwealth of Pennsylvania
County of Allegheny

Commonwealth of Pennsylvania - Notary Seal
Emily O'Neill, Notary Public
Allegheny County
My commission expires October 15, 2025
Commission number 1408935
Member, Pennsylvania Association of Notaries

Signed and sworn to (or affirmed) before me on 23 March 2022
by *[signature]* Emily O'Neill

2