5:21-cv-05574-JMG

Judge Gallagher, April 3, 2022

     I would like to state, very clearly, that absolutely nothing has changed since the first publishing of the story I had been hearing about James "Doc" Amor from his coworkers, both current and past.  Ever since I first published that blog, nothing I've said has changed, nor have the places I received the information – nor have I changed the fact that I had the screenshots proving where I had received all of this information.

     Yet, regardless of me not changing a single claim, the Plaintiff's keep changing their stances on how they wish to continue harassing me as the scapegoat of their issues.  I have proven by screenshots (and have offered to show the Judge only the unedited screenshots of the other current cast member who levied the same allegations and corroborated Brianna's testimony, due to her self-proclaimed fear).  Nothing. Has. Changed.   But, I keep being harassed with new motions over and over again.  I am quite tired of being his scapegoat.

     I have proven it wasn't me, and I edited the blog to show where all the information came from.  This continuous changing of the legal assault when I have not changed anything, except to do what was asked in the first mailings of this case – it was argued I listed the word "fact", which was deleted.  I made sure I noted exactly where the information came from, deleted the words fact, and mentioned anything beyond what I've mentioned came from others was personal opinion, therefore alleviating me of legal obligation.   Now, after doing so, I'm being harassed in a different manner.

     I feel the Plaintiffs are harassing me at this point, and I would like to claim a counter-motion for a restraining order against them, as well as counsel.  Enough already.  He needs to sue the causes of this information being spilled.  I'm waiting for the suit against Brianna Kube.


Thank you.


Courtney Conover