| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Sunday, April 3, 2022 9:02 AM |
| **To:** | PAED Documents; Brian Dixon; tkolman@kolmanlaw.com |
| **Subject:** | Response to TRO Motion |
| **Attachments:** | ResponsetoTROmotion.docx |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.