though, dude. I've never seen this level of fear from people before



There was an instance in 2020 on Facebook during the beginning of the racial injustice protests where someone had made a post, or maybe he did (my memory is fuzzy) and it ended up being a rather heavy conversation on race involving three of us and him, two of us being non-white people speaking about this issue



███ literally asked for anonymity in court because she's afraid of him



And I do not recall him really apologizing

Bri told me about that when it happened lol

