**Mark Lykkos**
marklykkos

 I didn't know he was threatening to fire people

said he threatened everyone this year at WV with firing if they spoke to me or read my blog

At that point, I had no intention for anyone to read it. It was for me

 I do know a lot of Michael's reason for leaving was because of him

Yup

You know he's suing me?

 !!