> Bri says he's a verbal abuser and she's scared for her physical safety to go against him. ░░░ said he's constantly berating her weight and she was witness to the humiliation of ░░░
>
> I know he's covered up, at least a few times, accusations of Quinn over the years.
>
> And unfortunately, if they're correct about everything they say he's said and done (including threatening to fire anyone who talks to people about accusations), he's a bad guy

> And given how many people all say they are a part of it and witnessed certain events, I believe them



claims are true

I had forgotten that happened

> Bri said Menendez quit because of his cruelty and sent a letter to JP
>
> It's honestly horrifying. And btw