IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>COURTNEY CONOVER,<br>　　　　　Defendant. | :<br>:<br>:<br>:   Civil No. 5:21-cv-05574-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 13th day of April, 2022, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 26) and following a conference with Plaintiffs' counsel and Defendant, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge