# Affidavit

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

The undersigned, MICHAEL DAVID MENENDEZ, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the Commonwealth of Pennsylvania. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I declare that these three documents are my resignations from the Pittsburgh Renaissance Festival, at which place I was a director. One is the letter of resignation to the faire owners, one is an email to the directors of my resignation, and one is an email to the cast about my resignation. I wrote each of these myself, and was not influenced by anyone to my choice of wording.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this __23__ day of __April__, 20__22__.

_Michael David Menendez_
Michael David Menendez

## NOTARY ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA, COUNTY OF ALLEGHENY, ss:

On this 23rd day of April, 2022, before me, _____, personally appeared Michael David Menendez, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit, and, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

In witness whereof I hereunto set my hand and official seal.

_____
Notary Public

Assistant Branch Manager
Title (and Rank)

My commission expires Feb /2025

Notary Address:
1709 Route 228
Cranberry twp 16066

> Commonwealth of Pennsylvania - Notary Seal
> Erik J. Fuhr, Notary Public
> Butler County
> My commission expires February 1, 2025
> Commission number 1305314
> Member, Pennsylvania Association of Notaries

This is a RocketLawyer.com document.

From: Michael Menendez <michaeldarkbear@gmail.com>

Date: Mon, Dec 9, 2019, 7:24 PM

Subject: Quick note



To: Adam S▮▮▮▮▮>, Amy H▮▮▮▮▮>, Andy H▮▮▮▮▮>, Anne R▮▮▮▮▮>, Anthony S▮▮▮▮▮, <bdpetry▮▮▮▮▮, Bethany B▮▮▮▮▮, bkatdoyle▮▮▮▮▮, <bkatdoyle▮▮▮▮▮>, bridgetf▮▮▮▮▮, Casey D▮▮▮▮▮, Chelsea C▮▮▮▮▮, c.v.haley▮▮▮▮▮, coley▮▮▮▮▮, <darrinm▮▮▮▮▮, elenaras▮▮▮▮▮>, Eric B▮▮▮▮▮, Elisa K▮▮▮▮▮, Hannah K▮▮▮▮▮, jacki▮▮▮▮▮, jacobhm▮▮▮▮▮, jscharer▮▮▮▮▮, Jessie G▮▮▮▮▮>, Joe B▮▮▮▮▮, julias▮▮▮▮▮, Laura S▮▮▮▮▮, Kelsey W▮▮▮▮▮, laynel▮▮▮▮▮, Mark H▮▮▮▮▮, chloejbb▮▮▮▮▮, <n.d▮▮▮▮▮, Nathan P▮▮▮▮▮, rachelm▮▮▮▮▮, vern▮▮▮▮▮, Talen S▮▮▮▮▮, Lily H▮▮▮▮▮, >, Steven L▮▮▮▮▮>, Katie C▮▮▮▮▮, Quinn▮▮▮▮▮

Happy Holidays Everyone,

I am writing this letter to the cast of the Pittsburgh Renaissance festival. Not to the directors, not to the owners, just to the best cast by far that I have ever performed with at any renaissance festival. I mean that. While we have a range of talent, different levels of experience, none of that matters because everyone shows up, day after day, and gives it there all, and I appreciate that so very much. I honestly am having a hard time putting everything into words, and you know me, that isn't common. I am a VERY wordy person. That being said, I will try to make this message short.

Effective immediately, I am walking away as a performer and a director at the Pittsburgh Renaissance Festival. I am not being fired. I am not dying and moving away to a remote island with my sorcerer friend Prospero. I am not walking away because I am focusing on having kids. I am walking away because if I stay, it means that by inaction I support (or even worse ignore) the actions of our entertainment director. And I do not. This isn't new, and at times I feel that I have tried to shield you from all things that I don't think that you needed to deal with. You deserve to perform and shine, and be the crazy and fun group that you are. But by shielding, it means that I feel like I am being battered and beaten, and it is affecting my work and personal life more than something should if I am simply an independent contractor.

Two seasons ago I almost quit because of the negativity at gauntlet and because of how the termination of a cast member was meant to be handled. I was so mad that I was in tears, and I almost walked midseason. I stuck around because of you all, and because from the deepest part of my heart I love you all. You got me through it all, and I thank you. Onto this season, I still had issues with professionalism overall, because I believe that as paid actors, you are professionals, and thus should be treated as such. You are not children, and I will not talk to you in that way. But overall, it was a good year, and I had so much fun, all because of you. You made my last season at the festival a dream season, so again, thank you. I always thought that I would perform here forever, or at least until focus on family had me step back some. I never imagined I would walk away so early, and because of one person.

However, I personally believe a few things. I believe that the sexual harassment policy and code of conduct is necessary and everyone, including all directors, should be held accountable. I believe that we directors should not be policing your social media, and by that very belief, you should not be harassed online by any member of the staff. (I am not talking about joking around, since we all tend to tease and joke, and while I am not always perfect, I don't believe that I have taken things to a point where I have made it clear that I am disappointed in you, or berated you for your beliefs.) I believe in being a true ally, not a false ally, and when it comes to faith, sexuality, gender, weight issues, and so much more, if I am not knowledgeable about what direction you choose to go, then I will learn, and ask, and support you to the bitter end, not close myself off from developing. I am not perfect, but I will learn for you, because each and every one of you are spectacular. And if I have made any comments that made you feel uncomfortable, or hurt you, I am always willing to sit down one on one with you and make it right.

This is not an attempt to make people walk away with me. We aren't building barricades in Paris, and nothing that happens now will change this outcome. I have drawn my own line in the sand, and I am doing what I personally feel is right. I also know that this message will probably get out, and that someone may choose to publicly target me or mock me, and that same person may spread things about me in rehearsals. I'm not going to play these games anymore. But I hope that each and every one of you can see me for my character and know what is correct and what are lies and exaggerations.

Never forget that you are professional actors, because you are getting paid to perform. You deserve to be treated as such. If you feel that anyone says something, or does something that you don't agree with, then call them out. Shout it from the rooftops if it seems no one is listening. Stand up, make yourself bigger than you are, and let it all out. I will always be with you in those times. And if you need my advice, or support, or just want to talk, I will always be here for you. My walking away doesn't change how I feel about you. Walking away doesn't mean that I won't be thinking about you and all of the talent that is exuding from your everything. Walking away doesn't mean that you won't see me again, or that I am done with acting. I have plans, I have ideas, and walking away just means that I won't be at the festival anymore.

I love you all. I mean that. And I am going to miss the hell out of you. Stay Golden.

Michael

From: Michael Menendez <michaeldarkbear@gmail.com>

Date: Mon, Dec 9, 2019, 7:24 PM

Subject: Thought and decision

To: Doc Amor <damor@pittsburghrenfest.com>, Patti Amor <momamor@yahoo.com>, Scott Walton <scott.walton1@yahoo.com>, Brianna Kube <rubysunshine32@gmail.com>, Jimmy Amor <jimmyamor57@gmail.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>

Happy Holidays Everyone,

I want to take the time to thank you all for the joy that I have had performing with you, and directing this amazing cast that we have. However, that being said, I think that it is very clear that I am not needed as a director at the Pittsburgh Renaissance Festival anymore. That my view of professionalism is apparently different than others, because bringing issues up in director's confidence is considered personal attacks, while personal attacks upon people online, or let's face it, in person, is apparently acceptable.

However, I personally believe a few things. I believe that the sexual harassment policy and code of conduct is necessary and everyone, including all directors, should be held accountable. I believe that we directors should not be policing social media, and by that very belief, cast should not be harassed online by any member of the staff. I believe in being a true ally, not a false ally, and when it comes to faith, sexuality, gender, weight issues, and so much more. I may not knowledgeable about what direction that our cast chooses to go, then I will learn, and ask, and support them to the bitter end, not close myself off from developing. I am not perfect, but I learn, and I change, and I will admit my own faults. I have a bunch.

It has been an honor to be a member of this cast. I have loved every minute of it, and I thought that I would be performing here until I was forced to quit by age or family focus. Sadly, though, I have hit the end of my acceptance. If I stay, then it means that by inaction I support (or even worse ignore) the actions that I see before me. And I really, really, really don't. I want you all to have a great, outstanding show, because I personally feel that you have a great professional cast of characters. I just can't be one of them anymore. I love you all. Thank you again.

Michael Menendez

21 N. Fremont Ave.

Pittsburgh, PA 15202

michaeldarkbear@gmail.com

12/09/2019

Dear Jim Paradise Sr. and Jim Paradise Jr.:

     First of all, I would like to thank you both for the support and the opportunities that you have provided for me during the last nine years. I have truly enjoyed my time with the Pittsburgh Renaissance Festival, and I can't begin to thank you for the chance to pursue my professional acting career, as well as the personal relationships that I have formed from the festival. My family lived in Greeley Colorado until the end of my freshman year of high school, and the Colorado Renaissance Festival was the first festival that I visited. I could never imagine that I would one day work at its sister festival, much less meet my wife while performing there.

     Additionally, as someone who worked with his own father at his businesses while growing up and while I was in college, I just wanted to say that I really appreciate your hands on mentality when it comes to the festival. In the twenty plus years that I have acted at renaissance festivals, I have never encountered owners who are as focused and willing to do whatever is needed during the day, whether it be the in kitchens, hauling items, or even parking cars. You both create a strong focused environment at the festival, with a 'do what needs to be done, when it needs to be done' feel, and I was raised with that same mentality. I know that expectations can be high for family when working together, but the familial aspect of this festival had a very welcome feel for me, and makes me miss my own dad back in Kansas City.

     That being said, I would like to inform you that I am resigning from my position as Assistant Director and Performer for the Pittsburgh Renaissance Festival, effective today, December 9, 2019. I have come to a point that if I continue with the cast it would show that I either support things that I find unprofessional that Doc does, or that I am willing to overlook those things. I am neither. There are many, many issues that I am against, such as policing the cast's social media, harassing the cast online, or the various comments about aspects that cast members have a hard time controlling such as weight, and such. Each year it gets worse, and as I find him affecting both my personal life and my work life, I have come to terms that I will have to cut the issue out entirely. I may not be perfect, but I think I am better than accepting this.

I would again like to thank you for all the experience that you have given me. It has truly been a delight writing, directing, and performing in the Shakespeare Show each year, as well as performing in the lanes. Your festival will always be a highlight of my life, and I hope to bring my kids to it one day.

Sincerely,

Michael Menendez