IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>COURTNEY CONOVER,<br>        Defendant. | :<br>:<br>:<br>:   Civil No. 5:21-cv-05574-JMG<br>:<br>:<br>: |

**AMENDED NOTICE OF TELEPHONIC PRETRIAL CONFERENCE**

**TAKE NOTICE,** that the **Telephone Status Conference,** in the above case has been rescheduled as follows**:**

1. The Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on Tuesday, May 17, 2022, at 11:00 a.m. (ECF No. 32, ¶ 3), is **Cancelled**.

2. Lead counsel shall appear **VIA TELEPHONE** for a Status conference in the above-captioned matter on **Tuesday, May 31, 2022 at 11:00 a.m.,** by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.[1]

> For the Court,
>
> */s/ Brian R. Dixon*
> Brian R. Dixon
> Deputy Clerk for Judge John M. Gallagher

Date of Notice: May 13, 2022

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) no later than Monday, May 23, 2022.