| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Monday, May 16, 2022 9:07 AM |
| **To:** | PAED Documents |
| **Subject:** | Affidavit Submission - Brianna Kube - Case # 5:21-cv-05574-JMG |
| **Attachments:** | staples_scan (1).pdf |

**CAUTION - EXTERNAL:**

Documentation provided by Brianna Kube, regarding the lack of investigation into David Gene "Quinn" Harlin, his "scandals" during the run at the festival under James Michael Amor and Patricia Elvira Amor, and the emails between James Michael Amor (listed as "Doc") and Brianna Kube.

Courtney Conover,
Defendant

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1