| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Friday, June 3, 2022 10:39 AM |
| **To:** | PAED Documents |
| **Subject:** | [WARNING: MESSAGE ENCRYPTED]Motion to Suppress 5:21-cv-05574-JMG |
| **Attachments:** | MotiontoSuppress.pdf; CONOVER EXHIBIT 7.pdf; CONOVER EXHIBIT 9.pdf |

**CAUTION - EXTERNAL:**

Submission of my Motion to Suppress with applicable exhibits.  Thank you.

Courtney Conover

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.