| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Friday, June 3, 2022 11:27 AM |
| **To:** | PAED Documents; tkolman@kolmanlaw.com; Kolman Law Client Care |
| **Subject:** | Motion to Consider Plaintiffs Limited Purpose Public Figures |
| **Attachments:** | MotionPublic Figure.docx; photo1.png; Photo2.png; photo3.png; photo4.png; photo5.png; photo6.png; photo7.png; Untitled.png |

**CAUTION - EXTERNAL:**

Motion to Consider Plaintiffs Limited Purpose Public Figures for this case.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.