

(e) Kolman@KolmanLaw.com ▪ (t) 215-750-3134 ▪ (f) 215-750-3138

KOLMANLAW.COM

June 3, 2022

<u>**SENT VIA ECF AND EMAIL: John.Gallagher@paed.uscourts.gov**</u>

The Honorable John M. Gallagher
United States District Judge
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

      Re:    <u>**James Amor et al. v. Courtney Conover**</u>
               <u>**Civil Action No:  5:21-CV-05574-JMG**</u>

Dear Judge Gallagher:

    I write regarding the June 7, 2022 deadline for filing Summary Judgment Motions. I am respectfully requesting an extension of an additional week until June 14, 2022, because the Court Reporter cannot produce the transcript of Ms. Conover's deposition until Monday, June 6, 2022.

    Further, that would also give me sufficient time to respond to Ms. Conover's recently filed motions.

    Ms. Conover consents to this extension.  A draft order is attached.

                        Respectfully submitted,

                        KOLMAN LAW, P.C.

                        */s/ Timothy M. Kolman*
                        Timothy M. Kolman, Esquire
                        Attorney ID # 51982
                        414 Hulmeville Avenue
                        Penndel, PA 19047
                        (215) 750-3134
                        Attorney for Plaintiffs