IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil No. 5:21-cv-05574-JMG |
| | : |
| COURTNEY CONOVER, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 6th day of June, 2022, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 3), **IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge