IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JAMES MICHAEL AMOR, *et al.*, Plaintiffs, | : : : | |
| v. | : : | Civil No. 5:21-cv-05574-JMG |
| COURTNEY CONOVER, Defendant. | : : | |

### ORDER

**AND NOW**, this 7th day of June, 2022, **IT IS HEREBY ORDERED** as follows:

1. On June 3, 2022, the Court received a phone call from Brianna Kube regarding a subpoena Ms. Kube had recently received from Defendant. Ms. Kube indicated that she believed the subpoena was defective and also that she was experiencing difficulty complying with it. The Court construes Ms. Kube's call as an attempt to lodge an objection to Defendant's subpoena pursuant to Federal Rule of Civil Procedure 45(d)(2)(B).

2. The Court still, however, lacks adequate information to rule on Ms. Kube's objection. Accordingly, Ms. Kube is **ORDERED** to send an email to PAED_Documents@paed.uscourts.gov no later than **Thursday, June 9, 2022**. This email shall:

    a. display the caption of this case (*Amor v. Conover*) and the docket number (5:21-cv-05574-JMG);

    b. attach a copy of the subpoena to which Ms. Kube is objecting;

    c. describe the reasons Ms. Kube believes the subpoena is defective;

    d. describe the efforts Ms. Kube has made to comply with the subpoena, if any; *and*

    e. describe why and how further compliance will cause Ms. Kube burden or hardship.

3. Defendant is **ORDERED** to file a response to Ms. Kube's objections no later than **Friday, June 10, 2022.** Defendant's response shall:

   a. attach proof of service of the subpoena as required by Federal Rule of Civil Procedure 45(b)(4);

   b. address each deficiency identified in Ms. Kube's objection and explain why the subpoena is compliant with the Federal Rules of Civil Procedure, especially Federal Rule of Civil Procedure 45;

   c. explain why the information sought from Ms. Kube is important to Defendant's case; *and*

   d. identify good cause for why the subpoena was served after the time period for discovery in this case, which closed on May 31, 2022. *See* ECF No. 32 ¶ 4.

4. The parties are **ORDERED** to deliver a copy of this Order to Ms. Kube **IMMEDIATELY**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge