5:21-cv-05574-JMG

**James Michael Amor, et. al,**

    Vs.

                                          **Civil Action No:  5:21-cv-05574-JMG**

**Courtney Conover**

## Statement Accompanying Testimonial Evidence

    I have provided the testimony of both Kayla Miller and Samantha Snow.  Samantha Snow is a previous victim of David Eugene "Quinn" Harlin while she was still underage.  Kayla was sexually harassed and felt regularly threatened. She was also retaliated against in regards to employment with the Pittsburgh Renaissance Festival, and had her good name smeared by both James and Patricia Amor.

    My original source for my statement regarding Kayla in my blog came from Brianna Kube.  At the time, she told me exactly what was written on my blog regarding Kayla, stating she was in the room and saw it herself.  Since then, Brianna has backtracked regarding that incident in particular and a few other things.   Regardless, Kayla upholds the legal standard of the blog post, *substantial truth*.  I would clearly edit the blog to reflect only the actual truth according to Kayla going forward.  I do not, and never did want, to post anything that was even remotely untrue.  I still don't.  I believe the testimony of all of these witnesses, and I will stand by them in a court of law as they are all willing to testify if necessary.

    I would like to inform the court that at this time Kayla Miller has obtained representation to sue James Amor and the owners of the Pittsburgh Renaissance Festival for illegal Independent Contractor contracts.  She states that in Pennsylvania, the law states that only employees can have their work attire dictated to them by those hiring them.  They also are to be paid for all hours and have no direct instruction or supervision (non-directed).  The contract provided by Ms. Miller regarding the Pittsburgh Renaissance Festival and their practices clearly violate these

1

three things, making them employees and not contractors, and therefore, able to sue for unlawful termination.  There are many others who could make this into a Class Action suit in the near future.

As for Samantha Snow, it is clear in the message sent to Ms. Snow by Dr. Amor that he was treating her as not only an adult when she was not, but also as someone at fault for the grooming and abuse she was suffering at the hands of David Eugene "Quinn" Harlin.  At the tender age of 17, she was still to be expected to wander off at times, and not be as disciplined as an adult might be.  Those are legitimate reasons to scold a cast member.  However, it was his responsibility to recognize a relationship between a 44 year old man and a 17 year old girl was not legitimate and should be reported.  It should also have been discussed with Samantha as the victim of the circumstances, instead of treating her as though she was the problem.  Mr. Harlin received no threat to not be hired, but Samantha did.  This is evidence, in both mine and Samantha's opinion, that she was being blamed for her own assault by Dr. Amor.

As for Ms. Miller's accusation that Dr. Amor has a duty tor report due to his position as a Dentist in the state of Pennsylvania, this is correct according to http://www.pacodeandbulletin.gov/Display/pacode?file=/secure/pacode/data/049/chapter33/subchapAtoc.html&d=reduce.

Due to some stipulations specifically stating the violation had to be during a medical evaluation, others very clearly did not.  Although he was not serving in his capacity as a Dental Professional at the Festival, he was still bound by these laws.  I am in agreement with Ms. Miller that Dr. Amor should have been reported to the Dental Board for these violations of conduct before, as he clearly knew these abuses were going on, and blamed the wrong party.  The victim.

*Courtney Conover*
Courtney Conover                                                                                                    June 7, 2022