# AFFIDAVIT
(SWORN STATEMENT)

Date: June 6, 20 22

My legal name is Samantha Snow ("Affiant") and acknowledge I am:

- Age: 21
- Address: 1530 South Pittsburgh Street
- Residency: Connellsville, PA 15425

Being duly sworn, hereby swear under oath that:
I was 17 by time of incident, and that James Amor offered no consolation during or after said incident.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: Samantha Snow   Date: 6-6-22

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania
County of Fayette

On June 6, 20 22 before me, Dean Delli Gatti Cox, personally appeared Samantha Snow who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

Commonwealth of Pennsylvania - Notary Seal
Dawn Delli Gatti Cox, Notary Public
Fayette County
My commission expires November 30, 2024
Commission number 1031958
Member, Pennsylvania Association of Notaries