## Evidence and Proofs

This was shortly after the end of the 2017 festival season. Notice the blame being placed entirely on me for the actions of Harlin, saying I was acting out of a desire to be the center of attention by courting the attention of two grown men. There is difference between criticism and picking apart the flaws of some-one to cover up the fact that you allowed them to be assaulted, hoping that they would leave on their own volition and forget everything that occurred.

->



^

The passive aggressive Facebook post made by Harlin regarding me. The cause was something entirely irrelevant and minuscule. It is not the responsibility of a seventeen year old girl to "manage" a grown man.

On Sat, Jan 13, 2018 at 3:12 PM, James Amor <damor@pittsburghrenfest.com> wrote:

Hi Samantha,

Just a very short email to touch base concerning the 2017 season and looking towards the 2018 season.  We had a director's meeting after the festival and went over everything with all the characters and cast members.

You transitioned from food booth to cast and somewhere along the way didn't fully embrace the whole cast character mindset. Although you were a good cheerleader at joust, there were many times when you arrived late to joust.  You would wander about the shire streets oblivious to patrons. You were a pretty girl in a costume and not much more.  And yet you have the chops to be more.  It was painfully obvious to the directors that you were driven by a desire to be the center of attention courting the attentions of Eric and Quinn.  And it became a problem, in that not only did it detract from your participation and interaction with patrons, but it affected their's also.  I don't care what happens after hours between any of you, but during the hours the gates are open, I really need you to focus on being a street character and engaging the patrons.  I am sure you did some interactions, but sadly I did not see that.  I don't want to cut you loose from cast but that possibility is there.  I would need you to re-audition in 2018 and show us the commitment that we found lacking in 2017.  There are several cast members that are in "trouble" going into 2018, and depending on the quality of auditions, there will be several cast members who may be sitting out the 2018 season. I cannot stress to you how important it is for you to really commit. Your position on cast is the most vulnerable.  Feel free to discuss this with us more should you need to. I am "cc" the other directors on this email.

Thanks

Doc