During the summer of 2017 and the late winter of 2018, while I was freshly seventeen years old, I was groomed and eventually sexually assaulted on multiple occasions by David Eugene Harlin. Most of these instances were known to the majority of the directors of the Pittsburgh Renaissance Festival. During that time, not a single one of them attempted to speak to me about anything, I only heard secondhand from other sources of them gossiping about me. No one explicitly was vicious toward me, but as I've previously stated, they all stood by idly as I was assaulted.

Contact between myself and David "Quinn" Harlin began one evening when he was driving me home, when I mentioned a message left by a user using an anonymous messaging extension on Facebook. While I no longer have access to this Facebook account, I recall the message going along the lines of, "…you're a beautiful and talented girl, and I can't help but have feelings for you." He then proceeded to further groom me into believing this type of relationship between a seventeen year old and a forty four year old man was decent. While I did court his affections, it was merely to keep him content with me. On one occasion, after hearing that I was in contact with one of his friends, he texted me a long-winded message containing a string of insults. The only thing that made him stop was if I told him I would only speak to him. This was the first instance of verbal violence from Harlin. The second was a Facebook post vaguely discussing how I was "guilt tripping" him, comparing me to his mother. Aside from that, I constantly would second guess this relationship, voicing my concerns to Harlin. He would reply by asking me why I was trying to convince myself to follow through with things, and not asking himself why he, a forty four year old man, was romantically involved with a seventeen year old. This carried on until January of 2018, when we fell out of communication due to myself finally realizing the magnitude of the situation.

James "Doc" Amor and a group of others have known about this since it began, but ultimately decided to not console me in any matter regarding the situation. Instead, they ridiculed and blamed me, a child, for everything that was happening to me. They claimed I was the one flaunting myself and enticing them, and have continued to stand by that statement to this very day. I received an email from "Doc" at the end of the 2017 season to discuss moving forward, in which he says, "it was painfully obvious to the directors that you were driven by a desire to be the center of attention courting the attentions of… and Quinn." While he did not explicitly say anything that would be deemed offensive to me, the lack of action regarding the incident ultimately led to it being prolonged. Also, in this email, he also claims that, "I don't care what happens after hours between any of you, but I really need you to focus on being a

street character," solidifying that he knew everything that was happening to me, but chose not to care.

It is the duty of an adult to keep children around them safe, and sadly I did not see any of that behavior from "Doc", Patti, or Brianna Kube. I was only met with ridicule and blame for allowing myself to be assaulted by Harlin. To this very day, I carry the guilt from this time in my life, and the shame of knowing that I, a child at the time, continue to be blamed for something I never wanted in the first place. Regardless if I *started* the relationship between Harlin and I, it is the job of the surrounding adults to ensure that I was safe. Since then, my reputation at the Pittsburgh Renaissance Festival has been smeared. Even worse, other young and impressionable teenage girls have gone through the same thing I have, with the same lack of action. The cycle needs to be broken, and those who are guilty need to be seen for the heinous things they've done.