| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Tuesday, June 7, 2022 7:17 PM |
| **To:** | PAED Documents; tkolman@kolmanlaw.com; Kolman Law Client Care |
| **Subject:** | Testimonial Affidavits of Kayla Miller and Samantha Snow |
| **Attachments:** | TestimonialEvidence.pdf; KaylaMillerStatement.pdf; Sam Affidavit_000005.pdf; Evidence and Proofs.pdf; Essay.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.