neDrive/Desktop/briannakube_t93-4emp8w/message_9.html

Courtney | Home

Jan 1, 2020, 9:34 PM

**Brianna Kube**

Yes, when I know all the players, and have worked with them, and know how they think and how they system is rigged, yes, I need to consider all the angles about how BEST to approach this, how most effectively to do things, so that the end result is good.

Jan 1, 2020, 9:33 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 9:32 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 9:32 PM

**Brianna Kube**

Okay, one, no, I haven't said that at all. I'm just looking at things from ALL angles, as someone INSIDE the system.

Jan 1, 2020, 9:32 PM

**Courtney Conover**