neDrive/Desktop/briannakube_t93-4emp8w/message_9.html

f | Courtney | Home

Jan 1, 2020, 10:04 PM

**Brianna Kube**

if you go to the press and they want to know your sources, and they snoop around, and he starts pressuring people, I'm the one whose ass is on the line.

Jan 1, 2020, 10:04 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 10:04 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 10:03 PM

**Brianna Kube**

because he will find out

Jan 1, 2020, 10:03 PM

**Brianna Kube**

you know what's going to happen if this fails? the only one it hurts is ME

Jan 1, 2020, 10:03 PM