neDrive/Desktop/briannakube_t93-4emp8w/message_9.html

Courtney   Home

Jan 1, 2020, 10:45 PM

**Brianna Kube**

I have to go to bed, I'm back at work in the morning

Jan 1, 2020, 10:44 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 10:43 PM

**Courtney Conover**

▶ 0:00 / 0:00

Jan 1, 2020, 10:43 PM

**Brianna Kube**

like I said, it's just his inability to manage people and situations, and his own crassness and thoughtlessness, and now all the external stuff (his own fault!) that is stressing him out that has changed him so much

Jan 1, 2020, 10:43 PM

**Courtney Conover**