Courtney   Home

anything wrong

Jan 10, 2020, 3:08 PM

**Brianna Kube**

Oh I'll be bringing it up if the fight me. Clearly they understand rape is bad, it's not the victims fault, and they need to be protected. So where, between theory and application is something missing?

Jan 10, 2020, 3:07 PM

**Courtney Conover**

I thought it to be incredibly appropriate posted bullshit lol

Jan 10, 2020, 3:06 PM

**Brianna Kube**

I WAS LITERALLY GOING TO SEND THAT TO YOU LOL
Courtney Conover

Jan 10, 2020, 3:05 PM

**Courtney Conover**



Jan 10, 2020, 2:22 PM

**Courtney Conover**

I hope someone practice's what they preach.... ...

Jan 10, 2020, 2:22 PM