o/briannakube_t93-4emp8w/message_9.html

    Courtney   Home

Jan 1, 2020, 10:24 PM

**Brianna Kube**

she felt bad that I was having a crying panic attack that last weekend because of him lashing out, but she agreed with him 100% even when he wasn't in the room

Jan 1, 2020, 10:23 PM

**Courtney Conover**

 0:00 / 0:00     

Jan 1, 2020, 10:23 PM

**Brianna Kube**

she takes his side ALWAYS

Jan 1, 2020, 10:23 PM

**Brianna Kube**

she would hate me

Jan 1, 2020, 10:23 PM

**Brianna Kube**

and the fact is, he wasn't like this even a few years ago. outside stress and health and family and money etc have turned him paranoid and mean and sour

Jan 1, 2020, 10:22 PM