riannakube_t93-4emp8w/message_9.html

  Courtney | Home

Jan 1, 2020, 9:53 PM

**Brianna Kube**

Doc spent a week trying to track the IP address, because he as sure it was a false claim
Courtney Conover

Jan 1, 2020, 9:53 PM

**Courtney Conover**

▶ 0:00 / 0:00 ───────  ⋮

Jan 1, 2020, 9:53 PM

**Courtney Conover**

▶ 0:00 / 0:00 ─────── 🔊 ⋮

Jan 1, 2020, 9:53 PM

**Brianna Kube**

you know what happened the last time we got an anonymous email complaint?

Jan 1, 2020, 9:53 PM

**Courtney Conover**

▶ 0:00 / 0:00 ───────