| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Thursday, June 9, 2022 11:52 AM |
| **To:** | PAED Documents; tkolman@kolmanlaw.com; Kolman Law Client Care |
| **Subject:** | More evidence supporting blog material/Randal "Scott" connection |
| **Attachments:** | new1.png; new2.png; new3.png; new4.png; new5.png; new6.png; new7.png; new8.png; new9.png; picture5.png; Picture4.png; Picture3.png; picture2.png; Picture1.png; FascistAbuse.mp4; BriRandalDoc.mp4; RAllegation.mp4; DocQuinnBesties.mp4; ReportBacktoQuinn.mp4; MoreAudioWrittenEvidence.pdf |

**CAUTION - EXTERNAL:**

Attachments are from Facebook downloads.  These must be read from the bottom-up.  It shows the date/time stamps of my conversation with Brianna Kube where she states James "Doc" Amor's previous allegation (where I got the information for my blog) and how he negatively reacted to it, causing other people to turn on him more.  She describes how she knows other people have been retaliated against by "Doc" and suspects if it were to go to the media, she would be the one in trouble.  Clearly, she was correct as she was let go from her contract she expected due to her participation in this case, and being the primary evidence giver.

She states how "Doc" reacts to false claims. She describes how Patti supports him regardless of what he does.  She explains how other allegations were "dealt with" poorly.

This also includes more audio clips of Brianna Kube she sent to me via Facebook Messenger.  The first is about "Doc" and his behavior toward the cast.   The second and third are regarding her conversations with Randal about "Doc" and the forced rape allegation Randal stated was told to him by someone he has chosen to keep anonymous.  The fourth and fifth are regarding her observation of the close relationship between "Doc" and "Quinn"

Thank you.

Courtney Conover

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.