**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| JAMES MICHAEL AMOR, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-05574-JMG |
| | : | |
| COURTNEY CONOVER, | : | |
| Defendant. | : | |

_____

## ORDER

**AND NOW**, this 4th day of August, 2022, after having received Defendant's message that she is attempting to obtain counsel, **IT IS HEREBY ORDERED** as follows:

1.      Defendant shall provide the Court another update regarding her efforts to obtain counsel no later than **August 19, 2022**.

2.      The deadlines and trial dates set forth in the Court's Scheduling Order (ECF No. 32) are **STAYED** until further notice from this Court.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge