## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MICHAEL AMOR, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-05574-JMG |
| | : | |
| COURTNEY CONOVER, | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 24th day of August, 2022, following a status conference with counsel and self-represented parties, and pursuant to the Court's discretion to amend pretrial scheduling orders under Federal Rule of Civil Procedure 16(b)(4), **IT IS HEREBY ORDERED** as follows:

1. As discussed during the status conference held August 23, 2022, Plaintiffs must serve their interrogatories and requests for production related to Defendant's recent blog and social media posts no later than **August 26, 2022.** Defendant must respond to those interrogatories and requests for production no later than **August 29, 2022**.

2. No later than **September 2, 2022,** each party shall deliver to the other party each exhibit the party expects to offer at trial.

3. No later than **September 9, 2022**, each party shall file with the Clerk of Court a pretrial memorandum. The pretrial memorandum need not comply with all the requirements set forth in Local Rule of Civil Procedure 16.1(c) but must include:

    (a) A brief description of the case

    (b) For the Plaintiffs, a list of every item of monetary damages claimed

    (c) A list showing the names and addresses of all witnesses the party intends to call at trial

    (d) A list of all the exhibits the party intends to offer at trial

    (e) A list of any special legal issues the party foresees arising, and

    (f) A list identifying each excerpt of deposition testimony that the party intends to offer during its case-in-chief. The list should identify the deposition testimony by page and line number, and the party should attach the text of the excerpts to the pretrial memorandum.

    (g) All stipulations of the parties.

  4. The parties are also instructed to serve subpoenas to trial witnesses, insofar as any subpoenas are necessary, no later than **September 9, 2022**.

  5. No later than **September 16, 2022**, the parties must file a list identifying all their objections to the exhibits the opposing party intends to offer at trial. This list must identify the basis of the objection and provide a few short sentences of argument supporting the objection. For more complex evidentiary issues, the parties may file a motion in limine. All motions *in limine* must be filed no later than **September 16, 2022**. The opposing party may respond, but is not required to respond, to a motion in limine. Responses must be filed no later than **September 23, 2022**.

  6. The Court will hold a telephonic final pretrial conference on **Wednesday, October 5, 2022, at 9:00 a.m.** The parties shall be prepared to address any pending motions *in limine* and objections to witnesses and exhibits.

  7. The selection of a jury shall take place on **Wednesday, October 12, 2022, at 9:00 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

8. The jury trial shall resume before this Court on **Thursday, October 13, 2022**, **at 9:00 a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. This order shall serve as a formal attachment for trial.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge