**James Michael Amor, et. al**  　　　　　　　　　　　　　　**Case # 5:21-cv-05574-JMG**

　　**Vs**

**Courtney Lynn Conover**

# List of Trial Evidence

**Final Witness List:**

1. Brianna Kube
2. Rachel Hull
3. Kayla Miller
4. Shawn Howland
5. Lily Hunt-Rollison
6. Samantha Snow
7. Marjorie Roper
8. Brennan Bobish

*Evidence Exhibits Attached

Would like to use information from "Sexual exploitation of teenagers : adolescent development, discrimination, and consent law" journal article in my opening/closing statements. (Drobac)