Gmail　　　　　　　　　　　　　　　　　　　　　　　Brianna Kube <rubysunshine32@gmail.com>

## Pittsburgh Renaissance Festival
1 message

**James Amor** <damor@pittsburghrenfest.com>　　　　　　　　　　　Tue, Apr 26, 2022 at 9:10 AM
To: Brianna Kube <rubysunshine32@gmail.com>
Cc: Kristy Ekiss <kekiss@coloradorenaissance.com>

Greetings Bri,

After some discussion, we have decided not to offer you a contract for the upcoming 2022 season. If you would like to discuss this decision further, I am certain Kristy would be willing to have that conversation with you.

James "Doc" Amor
Performance Director
Pittsburgh Renaissance Festival

*[Signature]* Brianna Kube　　5/21/2022

Brianna Kube

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

Sworn to and subscribed before me
this 21st day of May,
2022

*[Notary signature]*

Commonwealth of Pennsylvania - Notary Seal
Tyler M.L. Rietze, Notary Public
Allegheny County
My commission expires July 22, 2024
Commission number 1373092
Member, Pennsylvania Association of Notaries

# Eastern District of Pennsylvania

Civil Action No: 5:21-cv-05574-JMG

James Michael Amor, et. al. v Courtney Conover

## Questionnaire for Brianna Kube

### Question 1 – What is the current name of the person listed as "Christine Rauch" in the emails you have provided to the court?

Christine Manns. Rauch was her maiden name.

### Question 2- Christine Manns is a Director at Pittsburgh Renaissance Festival. Has she been present for all meetings or discussions had regarding the sexual assault or harassment allegations against David Gene "Quinn" Harlin?

She has been present for any discussion I was party to, including the meeting where I presented these notes regarding the behavioral patterns of Mr. Harlin, where she supported me by reaching across the table to hold my hand while I reviewed the allegations.

### Question 3 - If Christine Manns were to testify that James "Doc" Amor was unaware of any sexual assault/harassment allegations against David Gene "Quinn" Harlin, or that James "Doc" Amor did not fail to investigate these allegations, would that be a factual claim on her part?

It would not be factual.

### Question 4 – Who, to your knowledge, does the name written in the affidavit by James "Doc" Amor, Lois Dietler (Lois Beider?) refer to? How is she connected to the Pittsburgh Renaissance Festival? Would she have any insider information regarding the HR information known to the Directors such as yourself? Why or why not?

I do not know a Lois Dietler. I do know a Lois Beidler, who is a long time friend of James and Patti Amor. We all performed together at PARF years ago, and she has guest-performed and visited Pittsburgh Ren Faire. I do not know what may or may not have been discussed with her within the framework of her friendship with the Amors.

**Question 5 – Please describe the incident you witnessed against cast member Amy Hovotchin after she accused David Gene "Quinn" Harlin of sexual activities with a minor on cast in 2019. Please be as detailed as possible.**

I believe you are referring to the day when, at PRF rehearsal, Mr. Amor pulled the members of the cast aside who worked at both WV and Pittsburgh faires and remonstrated with them emphatically that there was to be no more discussion about what may or may not have transpired between Ms. Hotovchin and Mr. Harlin. After insisting that each cast member promise individually and verbally agree to not speaking about it, he pulled Ms. Hotovchin aside to further speak to her. I was present, as was Christine Manns, and another cast member who worked both faires and was protective of Ms. Hotovchin. We were within visual and audible range of the other cast members. He then strongly remonstrated with Ms. Hotovchin, his voice rising on several occasions. I can't remember the entire content of the conversation, as it was a long time ago. It wasn't really a conversation, it was basically him very emphatically telling her that there was to be no more talk about anything that had occurred. The general vibe was that he was holding her responsible for the entirety of the rumors that were still circulating. Ms. Hotovchin, who suffers from anxiety, had a trauma reaction to being publicly chastised in this manner, and sank down on the ground, having a panic attack and sobbing. Myself and the other cast member were able to calm her down, and Mr. Amor appeared to consider the matter settled. I THINK he may have apologized for making her cry, but I could not swear to it. It's been a long time since that encounter, and a lot has happened in life since then. I don't want to attest to anything incorrectly.

**Question 6 -  Please describe the incident you witnessed between Kayla Miller and Patricia Amor regarding Kayla's reaction to having been placed with David Gene "Quinn" Harlin. Please be as detailed as possible in what was said to Ms. Miller by Patricia Amor.**

I don't remember what year that was, but it was prior to the 2019 season. I was still just a cast member at that point, not a director. The cast was gathered to work on music, which Mr. Harlin had been put in charge of. I was not closely acquainted with Ms. Miller at that time, nor since then. The first any of us realized there was any trouble was when Mrs. Amor noted that Ms. Miller was not participating. She gave Ms. Miller direction to participate, Ms. Miller refused, and when pressed, had an emotional outburst, stating that she could not work with Mr. Harlin. This devolved into she and Mrs. Amor screaming at each other while everyone else looked on, horrified. I don't recall exact words said, but I do recall that the end of the conversation was Ms. Miller being told that if she could not participate, she should leave, and she subsequently did.

**Question 7 – In your personal knowledge, has James "Doc" Amor been aware that David Gene "Quinn" Harlin had been accused several times of sexual assault or harassment by cast members, including those under the age of 18?**

Yes. He was aware of accusations and rumors that were made prior to my joining the cast, and I was present for multiple conversations afterwards, where he told me about those previous incidents, and discussed the newer ones.

**Question 8 – In your personal knowledge, were these claims thoroughly investigated and treated with the seriousness of the accused crime by James "Doc" Amor and Patricia Amor?**

I believe one incident that occurred prior to my joining the cast was questioned and mediated to an amicable resolution, and generally understood, or at least I was told so, to have been a misunderstanding. I do not know if any attempts were made to investigate what Ms. Miller had to say, prior to my joining the festival. After my joining and helping to create safety guidelines, when I asked if we should reach out to Ms. Miller, I was told to let that alone. The behavioral patterns and allegations I presented prior to the 2019 season regarding Mr. Harlin, I was able to investigate to a degree. But other portions of that investigation were taken out of my hands, as they involved WV personnel, where I was not employed, involved, or known to the participants. I was simply told it had been dealt with. I do not know the breadth or veracity of that line of questioning.

**Question 9 – With the understanding that you suffer from a traumatic childhood with an abusive father, would you still state that James "Doc" Amor has a temper that has frightened you on occasion?**

There was one occasion where I was physically frightened of Mr. Amor. He was angry - and I must state that in hindsight, I believe the reason for his anger to be justifiable, if not his behavior. I was in the Amor home as a guest, and he was upset at something that several of the assistant directors, including his son, had arranged for the final weekend, without seeking clearance from him. I had been brought into the plans late in the planning, and assumed, incorrectly, that everything had been approved. He was shouting, swearing, raging around the kitchen, slamming doors, and at one point he threw his phone so hard it skidded across the table between myself and Mrs. Amor. I burst into tears, triggered by a male shouting and flailing. As soon as he left the room, I removed myself and went to my room. In hindsight, I do not believe I was in any danger, nor have I ever really discussed my emotional triggers with the Amors, so in fairness, he could not have known how that would frighten and traumatize me. However, at the time, I had a trauma reaction, and was frightened.

**Question 10 – You have claimed to me, via Facebook Messenger, that James "Doc" Amor has been verbally abusive to cast members. Please describe what this includes, in as much detail as you can remember (including verbal abuse, physical threats, email communication, etc).**

Mr. Amor has made multiple cutting remarks about my weight, in public and private, including calling me an elephant and remarking that while I was a talented actress, I would never have a "flagship" role because of my appearance. For years, he thought it was funny to joke that I had "slept" with he and Mrs Amor in a threesome; we shared a hotel room for several years. Anyone who knew that fact would think nothing of it, but if they didn't know that fact or his sense of humor, would possibly assume that I was given special treatment because of a rumored intimate relationship. He referred to another female cast member, in my hearing, as beefy, and Lady Hagrid, and on social media as Sasquatchina. Again, jokingly, unthinkingly, and unaware of how deeply those careless comments hurt. At one point, he was heard making an autism joke. On one occasion, he was in a bad mood, everything had gone wrong that morning, and the newer/younger cast was having a hard time focusing; instead of calmly asking everyone to take a moment to get themselves together, he instead chose to say, that if people didn't be quiet he was going to punch people in the throats. I know this made multiple cast members very uncomfortable. While in hindsight, I don't believe he would have struck anyone, again, if someone doesn't know him, that would be a terrifying threat, and it created a hostile and unprofessional working environment. I'm peripherally aware of a dispute between James and several cast members about things that were posted on social media and how it could reflect on the festival, but I did not see the "threads" in question, and was not involved in any resolution to that issue. I can't speak for other cast members' experiences that may have happened when I was not present, or by electronic communication.

**Question 11 – Do you believe the reason your contract was not renewed by the Pittsburgh Renaissance Festival for 2022 was directly related to you relaying to me the details of incidents occurring regarding David Gene "Quinn" Harlin and James "Doc" Amor?**

I want to be very clear that while, yes, I do believe that my contract not being renewed by festival management was directly related to these current proceedings, I do not entirely believe that was an unfair or unwarranted decision for them to have made. I was in a position of leadership and trust, and was in a position to help protect the cast. In my frustration, I was indiscreet. So I can see, from upper management's perspective, how that could paint me as untrustworthy. I was neither surprised by nor outraged by the decision. So in that respect, yes, it was directly in response to my indiscretion, but I do not feel that it was in retribution, retaliatory, or vindictive. Performers at the festival are independent contractors, not employees, and have no guarantee of a contract from season to season. It was a business decision, and I can't say I wouldn't make a similar one, if I was in that position.

5

**Question 12 – In your statement provided in the previous subpoena, which was the document for the Director's Meeting in regards to the history of David Gene "Quinn" Harlin, you mentioned a Source A and Source B.**

**On page 4 of that document, it states, "It has come to my attention from Source B (the source of the allegations regarding the above incidents, not the allegation of rape, who shall be referred to as Source A going forward)"   This indicates that Source B was the source of every single allegation listed in numbers 1-7.   Is that the case?  Please explain in detail.a**

Source B was not the provider of all those points. That was a miscommunication on the original documents on my part. I was trying to be really professional and objective, but I did not word that clearly. Points 1-4, 6 and 7 were well known to the directorial team at the time this document was put together. Some of the details in points 4-5 were relayed to me by Source B, others by Mr. Harlin and/or Ms. Hotovchin. In my follow-up with Ms. Hotovchin, I was able to disprove, or at least not 100% confirm, several of those points.

**Question 13 – You have said James "Doc" Amor is "always on the lookout for a coup". Your email documentation provided, shows that he had been looking up the Facebook pages of previous accusers and reporting what they were posting, if it was in regards to the festival.  Would you consider this "normal" behavior for James "Doc" Amor when it came to the accusers of David Gene "Quinn" Harlin?**

I would consider this "normal" behavior for Mr Amor in general, not just relating to Mr. Harlin. He often spoke of people trying to get him out of his position, several from before my time with the festival. I don't think that fear specifically relates to Mr. Harlin, although the events surrounding Mr. Harlin certainly created an additional level of alert, since it spilled over to two festivals.

**Question 14 – Do you believe James "Doc" Amor would think you wanted his job, and that is why you'd expose what had been going on behind the scenes at the Festival?  Why would you think that was the case?  And what is your truth on that matter?**

I have never discussed with Mr. and/or Mrs. Amor any inclination on my part to be any higher in the festival management than I was as assistant director and dialect coach. I was satisfied and useful in that role, and acknowledged several times to multiple people that I would not want to be the Entertainment Director, that was far too much labor and responsibility. I just wanted to be with the cast, working hard, to create good entertainment and memories. I did not, and do not, desire his job, nor did I ever intend for this to be in any manner a way to remove him and replace him with myself or anyone else. I hoped we could effect change from within, together.

EXHIBIT B

_____          _5/21/2022_____
Signature                                 Date


COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

Sworn to and subscribed before me
this _21st_ day of _May_____,
20_22_

_____
            ML

```
Commonwealth of Pennsylvania - Notary Seal
    Tyler M.L. Rietze, Notary Public
           Allegheny County
  My commission expires July 22, 2024
       Commission number 1373092
```
Member, Pennsylvania Association of Notaries

7