# EXHIBIT D - 1



# EXHIBIT D - 2



# EXHIBIT D - 3



# EXHIBIT D - 4



# EXHIBIT D - 5



# EXHIBIT D - 6



# EXHIBIT D - 7



**Brianna Kube**

I've seen how they treat people who tried to speak up, whether they were lying or not. It's not pretty.

Jan 7, 2020, 4:01 PM

**Courtney Conover**

If that is true, then PRF is a place you really don't want to work anyway because it's a protective place for people with extremely bad behavior. And it needs to be taken out before more people get hurt

Jan 7, 2020, 3:59 PM

**Brianna Kube**

I'm so worried that this is splitting into the wind, it won't prevent anything, and I'll get eaten alive for nothing

Jan 7, 2020, 3:58 PM

**Brianna Kube**

I just wish I had totally undeniable, inarguably proof so we could be sure to put a stop to this.

Jan 7, 2020, 3:57 PM

**Courtney Conover**

I can't even imagine what he'd be willing to spin something into that was serious

Jan 7, 2020, 3:53 PM

**Courtney Conover**