# EXHIBIT G - 4



# EXHIBIT G - 3



# EXHIBIT G - 2



## EXHIBIT G - 1

