# EXHIBIT H - 4

**Courtney Conover**

Yeah he said as far as he knows, Doc and the Paradises know all about it

Jan 7, 2020, 1:48 PM

**Brianna Kube**

Which is why I need to talk to Anne
👍 Courtney Conover

Jan 7, 2020, 1:46 PM

**Brianna Kube**

Yes, a rape allegation was never part of the conversation at PRF, and as far as I was aware, only Marjorie threats were investigated

Jan 7, 2020, 1:46 PM

**Brianna Kube**

Oh?

Jan 7, 2020, 1:45 PM

**Courtney Conover**

I said If he does, he kept it to himself

Jan 7, 2020, 1:45 PM

**Courtney Conover**

Randal just reiterated Doc knowing

# EXHIBIT H - 3

messages/filtered_threads/briannakube_t93-4emp8w/message_9.html

**facebook** — Courtney | Home

**Brianna Kube**

And I know Anne wasn't happy with docs lack of reaction to her findings

Jan 7, 2020, 1:52 PM

**Courtney Conover**

Because it wasn't actually investigated

Jan 7, 2020, 1:51 PM

**Courtney Conover**

Exactly

Jan 7, 2020, 1:51 PM

**Brianna Kube**

Although how could we if we didn't know what we were investigating

Jan 7, 2020, 1:51 PM

**Courtney Conover**

Exactly

Jan 7, 2020, 1:50 PM

**Brianna Kube**

We "investigated"

Jan 7, 2020, 1:50 PM

# EXHIBIT H - 2

messages/filtered_threads/briannakube_t93-4emp8w/message_9.html

**f**  Courtney | Home

People are like that

Jan 10, 2020, 3:49 PM

**Courtney Conover**

30 women could come forward and tell them directly and they'd still say, "not my Quinn"

Jan 10, 2020, 3:49 PM

**Courtney Conover**

They're never going to believe it though

Jan 10, 2020, 3:48 PM

**Brianna Kube**

It's jusdt too many stories, and too many things that don't add up .... when there is that much smoke, Either Australia or someone's pants are in fire .....

Jan 10, 2020, 3:48 PM

**Courtney Conover**

Because every other person is lying about Quinn.... it's not even remotely possible it's Quinn lying

Jan 10, 2020, 3:47 PM

**Courtney Conover**

I doubt it... remember, they think of Quinn as the exception to the rule

Jan 10, 2020, 3:47 PM

# EXHIBIT H - 1

