EXHIBIT M - 1

# AFFIDAVIT
## (SWORN STATEMENT)

Date: June 6, 20 22

My legal name is Samantha Snow ("Affiant") and acknowledge I am:

- Age: 21
- Address: 1530 South Pittsburgh Street
- Residency: Connellsville, PA 15425

Being duly sworn, hereby swear under oath that:
I was 17 by time of incident, and that James Amor offered no consolation during or after said incident.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _Samantha Snow_ Date: 6-6-22

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania
County of Fayette

On June 6, 20 22 before me, Dawn Delli Gatti Cox, personally appeared Samantha Snow who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

Commonwealth of Pennsylvania - Notary Seal
Dawn Delli Gatti Cox, Notary Public
Fayette County
My commission expires November 30, 2024
Commission number 1031958
Member, Pennsylvania Association of Notaries

Page 1 of 1

1

### Evidence and Proofs

This was shortly after the end of the 2017 festival season. Notice the blame being placed entirely on me for the actions of Harlin, saying I was acting out of a desire to be the center of attention by courting the attention of two grown men.

There is difference between criticism and picking apart the flaws of someone to cover up the fact that you allowed them to be assaulted, hoping that they would leave on their own volition and forget everything that occurred.

->

On Sat, Jan 13, 2018 at 3:12 PM, James Amor <damor@pittsburghrenfest.com> wrote:

> Hi Samantha,
>
> Just a very short email to touch base concerning the 2017 season and looking towards the 2018 season. We had a director's meeting after the festival and went over everything with all the characters and cast members.
>
> You transitioned from food booth to cast and somewhere along the way didn't fully embrace the whole cast character mindset. Although you were a good cheerleader at joust, there were many times when you arrived late to joust. You would wander about the shire streets oblivious to patrons. You were a pretty girl in a costume and not much more. And yet you have the chops to be more. It was painfully obvious to the directors that you were driven by a desire to be the center of attention courting the attentions of Eric and Quinn. And it became a problem, in that not only did it detract from your participation and interaction with patrons, but it affected their's also. I don't care what happens after hours between any of you, but during the hours the gates are open, I really need you to focus on being a street character and engaging the patrons. I am sure you did some interactions, but sadly I did not see that. I don't want to cut you loose from cast but that possibility is there. I would need you to re-audition in 2018 and show us the commitment that we found lacking in 2017. There are several cast members that are in "trouble" going into 2018, and depending on the quality of auditions, there will be several cast members who may be sitting out the 2018 season. I cannot stress to you how important it is for you to really commit. Your position on cast is the most vulnerable. Feel free to discuss this with us more should you need to. I am "cc" the other directors on this email.
>
> Thanks
>
> Doc



^

The passive aggressive Facebook post made by Harlin regarding me. The cause was something entirely irrelevant and minuscule. It is not the responsibility of a seventeen year old girl to "manage" a grown man.

2

During the summer of 2017 and the late winter of 2018, while I was freshly seventeen years old, I was groomed and eventually sexually assaulted on multiple occasions by David Eugene Harlin. Most of these instances were known to the majority of the directors of the Pittsburgh Renaissance Festival. During that time, not a single one of them attempted to speak to me about anything, I only heard secondhand from other sources of them gossiping about me. No one explicitly was vicious toward me, but as I've previously stated, they all stood by idly as I was assaulted.

Contact between myself and David "Quinn" Harlin began one evening when he was driving me home, when I mentioned a message left by a user using an anonymous messaging extension on Facebook. While I no longer have access to this Facebook account, I recall the message going along the lines of, "...you're a beautiful and talented girl, and I can't help but have feelings for you." He then proceeded to further groom me into believing this type of relationship between a seventeen year old and a forty four year old man was decent. While I did court his affections, it was merely to keep him content with me. On one occasion, after hearing that I was in contact with one of his friends, he texted me a long-winded message containing a string of insults. The only thing that made him stop was if I told him I would only speak to him. This was the first instance of verbal violence from Harlin. The second was a Facebook post vaguely discussing how I was "guilt tripping" him, comparing me to his mother. Aside from that, I constantly would second guess this relationship, voicing my concerns to Harlin. He would reply by asking me why I was trying to convince myself to follow through with things, and not asking himself why he, a forty four year old man, was romantically involved with a seventeen year old. This carried on until January of 2018, when we fell out of communication due to myself finally realizing the magnitude of the situation.

James "Doc" Amor and a group of others have known about this since it began, but ultimately decided to not console me in any matter regarding the situation. Instead, they ridiculed and blamed me, a child, for everything that was happening to me. They claimed I was the one flaunting myself and enticing them, and have continued to stand by that statement to this very day. I received an email from "Doc" at the end of the 2017 season to discuss moving forward, in which he says, "it was painfully obvious to the directors that you were driven by a desire to be the center of attention courting the attentions of… and Quinn." While he did not explicitly say anything that would be deemed offensive to me, the lack of action regarding the incident ultimately led to it being prolonged. Also, in this email, he also claims that, "I don't care what happens after hours between any of you, but I really need you to focus on being a

street character," solidifying that he knew everything that was happening to me, but chose not to care.

It is the duty of an adult to keep children around them safe, and sadly I did not see any of that behavior from "Doc", Patti, or Brianna Kube. I was only met with ridicule and blame for allowing myself to be assaulted by Harlin. To this very day, I carry the guilt from this time in my life, and the shame of knowing that I, a child at the time, continue to be blamed for something I never wanted in the first place. Regardless if I *started* the relationship between Harlin and I, it is the job of the surrounding adults to ensure that I was safe. Since then, my reputation at the Pittsburgh Renaissance Festival has been smeared. Even worse, other young and impressionable teenage girls have gone through the same thing I have, with the same lack of action. The cycle needs to be broken, and those who are guilty need to be seen for the heinous things they've done.