# **Exhibit K**

Communications/Emails with Shawn Howland, former Cast member of the Pittsburgh Renaissance Festival.





James
Active Now

have not been able to contact Christine. So it seems it is a problem to do with music involving the usual players (Shawn, Quinn and Rachel) with the addition of Eric and Kayla. I will address issues with Kayla and Quinn. Since the incident basically did not involve you and you deemed it unimportant enough not to contact me, I am not going to waste my time discussing it with you. In the future, I hope you will not use your oar to stir the pot. Thanks, and have a good day.

After music rehearsal q sent Eric over to talk to Kayla about how she needs to calm down about the music and how "people" are pissed at Rachel for opening her mouth yesterday during that when he made a mistake. Kind of implying a don't be grouped with Rachel. And no one else showed any displeasure with Rachel other than q. It happened to me two years ago. Rachel was targeted last year. Eric was sent with a warning to Kayla this year. Eric's exact words show for fact he was sent and it wasn't him doing it.

FYI, here is the message you sent the others.

JUL 31, 2016 AT 16:53

Yes that is what I sent. I did not

Aa







**Gene Quinn Harlin**
Because I have a little girl that sees me as a father. Genetically, no. But even at a month old I see how she lights up when I am around: I can;t take that from her. Otherwise? Yeah, he' be dead.
Feb 28 at 3:18 AM · Edited · Like · 👍 15

**Ingólfr Dietz**
I would've pissed on him then crub stomp his ass.
Feb 28 at 3:18 AM · Like

**Gene Quinn Harlin**
Trust me, Shaun, if I'd have needed to piss, that part would have happened.
Feb 28 at 3:19 AM · Like · 👍 3

**Ingólfr Dietz**
did you seemy message btw?
Feb 28 at 3:23 AM · Like

**Eric Barvinchak**
You had a more fun night than I did brother

Write a comment...

When the situation with Kayla happened and she quit cast prior to season start, she went back to her old job at faire as a gamer.  She worked one day and received a phone call from her boss telling her she wasn't allowed on site anymore.  The next week, I ended up in a conversation with Kristy Fertal who worked in the office.  She informed me that Patti had made sure Kayla wasn't allowed to

Reply to all

6

















this is only side related, but see Michael's reply on how doc handles things

As far as how Doc and Patti handle the situations with underage girls, I honestly have never seen them do anything to stop them.  I've seen them ignore them and try to sweep them away but never handle them.  On Amy Hovotchkin's second year I was sitting somewhere that i don't think people knew I was there, they couldn't have by what they were saying.  This is the year after her situation with Quinn started.  When she came back that year talking about their relationship and how good it was.  The conversation that I overheard was Doc talking about firing her if she wouldn't stop discussing their relationship but they couldn't do that because "how would it look if we fired our only black cast member?"  I have no corroborating evidence of this conversation, but I did over hear it.

In the complaint I sent you screen shots of here, I said I sent it to Christine Manns (nee Rauch) as well, but I haven't located them yet.  In his complaint about me talking to directors, he only states I didn't talk to him.  In our face to face conversation I told him that I was following the

↩ ⌄   Reply to all





5:21-cv-05574-JMG



2:41

Also, before Quinn joined the Pittsburgh cat, the rule was, "cast members must be 18. If they are not, their parent must be on site". That helps true through wins first or second year, the last one held to that was Ben, Jessica Murray's son. Soon after, kids under 18 were added to cast. Sam Snow, Amy Hovotchkin, and Cade Hoch that I remember specifically. The two girls had their issues with Quinn. Cade went through pretty much every day on faire site as well as often in the cast fb page taking the bring off jokes about his sexuality. The jokes about Cade were most often made by Doc himself. When word came from on high that the jokes about sexuality had to stop, Doc passed it on but continued to make them at almost the same rate. I'll see if I can find the email telling us to stop. I'm also going to look for my conversations with Lori Hughes, Sherry Kohuth, and Susan Treadwell. These three women were the the ladies who ran the office from the fair, in order, for over the last 20 plus years. Lori was there for the longest, around 20 years I believe, but quit shortly after nothing was done in regards to Kayla's complaint. I'm not saying that is the reason she quit, but the timing is the same. Sherry took over for her. She was there a very short time. Susan was next and confined I

Reply to all



2:41

not, their parent must be on site". That helps true through wins first or second year, the last one held to that was Ben, Jessica Murray's son. Soon after, kids under 18 were added to cast. Sam Snow, Amy Hovotchkin, and Cade Hoch that I remember specifically. The two girls had their issues with Quinn. Cade went through pretty much every day on faire site as well as often in the cast fb page taking the bring off jokes about his sexuality. The jokes about Cade were most often made by Doc himself. When word came from on high that the jokes about sexuality had to stop, Doc passed it on but continued to make them at almost the same rate. I'll see if I can find the email telling us to stop. I'm also going to look for my conversations with Lori Hughes, Sherry Kohuth, and Susan Treadwell. These three women were the the ladies who ran the office from the fair, in order, for over the last 20 plus years. Lori was there for the longest, around 20 years I believe, but quit shortly after nothing was done in regards to Kayla's complaint. I'm not saying that is the reason she quit, but the timing is the same. Sherry took over for her. She was there a very short time. Susan was next and confined I continues to run the office to this day.

• • •

Reply to all





this is a copy paste of what doc put on the cast page on fb. i don't have access to the original anymore but it discusses the sexual harrassment charges he himself got in the past at a faire. i've never heard her rescind anything but as this post says, they don't do faire anymore

from Susan Treadwell:









## The Screenshots in this Post

4/1/15, 4:03 PM

> May need to chat with you later. I don't know yet. Depends on my chat with doc tonight. Things are eh

4/1/15, 4:55 PM



You are more than welcome.
I understand and in my opinion, I would suggest to "load"the conversation tonight with him. (Record it) -not admissible in court without his permission.....but certainly admissible to the festival owners. I think that things are completely out of control and he is increasingly a liability to the festival. Good luck with the conversation and stay strong. I will make sure the information is received. I'll talk to you soon.

> After music rehearsal q sent Eric over to talk to Kayla about how she needs to calm down about the music and how "people" are pissed at Rachel for opening her mouth yesterday during that when he made a mistake. Kind of implying a don't be grouped with Rachel. And no one else showed any displeasure with Rachel other than q. It happened to me two years ago. Rachel was targeted last year. Eric was sent with a warning to Kayla this year. Eric's exact words show for fact he was sent and it wasn't him doing it.



OK, thank you.

> Thank you sir. I sent the same info to mike and Christine. Doc and I have gone around about this and I've seen nothing more from it as if he doesn't believe me.

7/31/16, 4:54 PM

⋮ ↩ ☺  > And why I said I went you mike and Christine. From doc:

> It seems there was a problem yesterday. And I understand that you contacted Michael and Scott about it. I have looked at my emails, text messages and facebook messengers and damn I can't find any attempt on your part to bring the problem to my attention. I have also asked Patti and nothing there also. I have not been able to contact Christine. So it seems it is a problem to do with music involving the usual players (Shawn, Quinn and Rachel) with the addition of Eric and Kayla. I will address issues with Kayla and Quinn. Since the incident basically did not involve you and you deemed it unimportant enough not to contact me, I am not going to waste my time discussing it with you. In the future, I hope you will not use your oar to stir the pot. Thanks, and have a good day.

> So I'm just guessing at this point all doc really wants is me gone. Has since this started a couple of years ago. If bringing an active issue to the directors is stirring the pot then what is the whole thing of "you can bring problems to these people"?

25

Going to say it's starting again.

7/31/16, 12:35 PM

What is?

7/31/16, 2:43 PM

After music rehearsal q sent Eric over to talk to Kayla about how she needs to calm down about the music and how "people" are pissed at Rachel for opening her mouth yesterday during that when he made a mistake. Kind of implying a don't be grouped with Rachel. And no one else showed any displeasure with Rachel other than q. It happened to me two years ago. Rachel was targeted last year. Eric was sent with a warning to Kayla this year. Eric's exact words show for fact he was sent and it wasn't him doing it.

8/13/16, 3:18 PM

The first monologues from both Courtney and Elisa were hard to hear back row

Same with Bitsy when he faces away from the audience going back on stage. He's loud enough facing front but needs to get louder facing away

When Courtney insulted Chelsea from house left you could not see any reaction from

Not counting problems like Eric sucking that girls face and Aaron not being on time, the individual issues like those, most of the interpersonal issues I have traced direct links to him. The powers that be seem to not care either.

The other day on the pirates page I posted some feelings. We talked about dancing and having fun during south Australia. We do. I don't like the fact that some people consistently have turned it into a direct replay of the rakish rogues video on YouTube. The same movements at the same time. I said I'd like us to try to be the Adalwolf crew not the rogues. Quinn replied it was kind of like homage and all of this ground someone else had tread before. Doc replied with yeah exactly what Quinn said. So instead of being us, people have done this so it's the only way. I just deleted my post

9/19/14, 8:20 AM

Jimmy and I personally took care of the Eric thing since Doc doesnt step up enough for those things. Aaron, Ugh. He never changes. Jimmy, Farrah, Nate, and I discussed that this is PRF, not another faire, and that no matter our experiences at other faires we want it to be PRF not PARF.

26



One step worse than having no fucks to give. My care module completely died on me

Side note Eric is really pretty worried thinking that people believe he was handing out liquor from his flask

We know. We've talked to him and Doc & Patti about it all and reassured him that he's okay. 🙂

He's still worried. Been chatting a bunch. That and he feels sherry is targeting him

Saying things like the girls he was playing with last weekend were underage. Even though they were both carded for and bought alcohol at faire

Yeah, we've been dealing with the Sherry thing, too. We've stood up for him multiple times. She's just trying to get her nose into our business because she knows she's on the chopping block. So Doc and Patti have been handling it. I'll talk to him again and reassure him that he's okay.

Cool. Just

Passing on info

Gracias, mi amigo!

Rachel on cast is having the same type of issues with Quinn.

She plays sally brown. The town harlot. Quinn was quite vulgar and rude about her all season. Most of the jokes however were not about her character but Rachel

She has now confronted him about. He's denying the whole thing. He's claiming he knew nothing about it.

I know for fact he knew. I was there.

Is she willing to say something....I'm thinking maybe a collection of statements...brief and specific. This is horrid!

She is willing to talk to you if you ask questions. She will not step forward. She gave me permission to tell you her story

I expect very little from him, done out of the kindness of his heart.

yup

he has kind of a martyr complex though

That's not the only complex that's evident...that's for sure

---

**Jokes** › Doc Amor - Ren Faire Cast ›

James Amor <damor@pittsburghrenfest.com>
to Ali, Bethany, Brennan, Brianna, Cade, Cassandra, Chelsea, Christine, Cindy, Courtney, David, Elisa, Eric, Erin, Farrah, Heather, Jade, James, Jesse, Jimmy, John, Jonathan, Kayla, Kelsey, Laura, Luke, Marty, Michael, Nathan, Noah, Patti, Rachel, Sabri ▼                    Sun, Jul 12, 2013, 4:24 PM

IMPORTANT POSTING: Please read this carefully. I know I have been as guilty as everyone else and I know we meant no harm in what we did but it is starting to wear a little thin. There comes a point where a joke is no longer funny. I think we passed that a while back and granted the whole thing was done in a friendly way, but the time has come to put an end to it. PLEASE NO MORE GAY JOKES OR REFERENCES. I know our humor is better than that. We can be better and we have to be. Thanks.

James "Doc" Amor
Performance Director
Pittsburgh Renaissance Festival

↩ Reply    ↩ Reply all    ➜ Forward

27

4/2/15, 11:13 AM

After you and I spoke last night I found out more. Doc knew what the set up was for the discussion I'm convinced he was a part of it and I'm out of the pirates. It comes down to the talk last night with him was about appeasing me even though the decision appears to be made

4/2/15, 11:31 AM

That is completely wrong. I have been thinking about this and I am considering the fact that second hand information is not what should determine an outcome. The fact that you brought to his attention any infractions to his rules were determined by another cast member and not Doc or Patty themselves is not a fair way for them to decide you did wrong. They have a major problem on their hands and Docs un-professionalism to the cast, especially those under age is increasingly a liability. Please consider that the only people who truly have the power to make important decisions are Jim Sr. And Jim Jr. I believe they need to know what's going on and that you as well as other cast members are being effected by this behavior. How many cast members or people associated are being effected by this....who are willing to stand up for the fact that this cannot continue to go on? I will help you and I appreciate you coming to me. I am positive that the owners need to have this information and they will not accept it being second hand. They will want to know who is being effected. Help me help you by preparing a brief message that I will forward to them addressing your concerns for the good of the festival. I am worried how this is effecting people and what kind of damage it's already caused. It needs to be addressed and stopped.



If each of you are willing to be a voice send me something brief to establish the point - this can and will be corrected.

The only people willing to stand up are myself and Cindy. That's the problem. The others it is affecting believe that they have no recourse because they are so close to the chopping block as well

That in itself is a problem. I worry about Cade (sp?) and how it must be causing him pain. We should be here to hold one another up and not tear each other down with a poor sense of humor. It's not acceptable.  How can we establish to the other cast that there is a much bigger picture than individual growth here at the festival? If legal recourse is taken because something horrible results from this behavior....won't everyone feel some sort of responsibility? Laws regarding discrimination and sexual harassment are in place to protect us.  Someone in an authoritative position in addition to someone who has taken an oath  under his profession should be more responsible with his actions.

It's true. However, Cade I don't think cares so nothing will happen there. Nothing is going to come from the cast on this.



Are they really that afraid of him and losing their roles?

Yup

That is truly sad. 



He needs to reduce the number of minors...he isn't thinking like a business person

Can I give your phone number to Jessica Murray who used to be on cast? She was bullied out by Quinn as well and is willing to tell her story

8/9/16, 7:12 PM

yes.....please ask her to call after 7:30 tonight....I'm in a meeting for a few more minutes...4123705463 or anytime tomorrow

Ok. Thank you.

you're welcome

8/11/16, 11:28 PM

Rachel said she's going to talk to you Saturday hopefully before the meeting she's being forced to have. There's an email that goes with that from doc. At the very least she's forwarding the email to me. Unfortunately her meeting is at 9 am with her Quinn Michael and Christine. Michael and Christine are under-directors that the email states can fire one or both of them.

8/12/16, 8:11 AM

thank you.....I'm hoping she comes to me....I have to get back to Jessica today...she has some information she is going to forward....please bring me what you and Kayla have spoken about and I will speak to Jim. Thank you!

8/12/16, 8:43 AM

I am. Thank you

8/12/16, 5:04 PM

↓

I will have hard copy stuff from me and Kayla in the morning.

Just to let you know I have a sobbing Kayla in my apartment right now as she just got the call from dumpy saying that doc had her out on the no rehire list. After he looked at me this weekend and said "I hold no ill will toward her". After all his comments about leaving it in the past. After Michael Menendez flipped her off in the middle of the lane in front of patrons. And it's not he says/she says as cast members have been going around site bragging that mike did it

8/30/16, 7:49 AM

Just to let you know....I received no further communication from anyone that you said I would....I was told just prior to opening that Kayla was not to be hired by me for the festival and should be put on the 1 year hiatus list for working for a vendor. Since she was on no ones participant list....it was not an issue. Nor was she given a participant pass for the 2016 season. And yes, I saw my newspaper article.

Jess said she called you. I still had issues getting the prints I have digital for you. I have them in my email and other places. She was hired second week. When we spoke to you you said that as she had not signed a contract this year she could work for gamers. She never turned in a 2016 contract.

At that time, I had not been told by Doc Amor or Jim Paradise Jr that she would be placed on Do Not Hire list...directly prior to opening, she was. I will put you in contact with Jim Jr. if you like.

It's fine. It is what it is. She went with what she was told. It's still an issue. In the lanes on Saturday Michael Menendez flipped her off in front of patrons. Eric has gone around bragging to people on site that mike did this. It is all retaliation

As I have stated from the beginning, I will speak to the Paradises on the issue on your and Kayla's behalf or put you in contact with them...but I have to have you and Kayla say that it is okay for me to do so.....

29



5/30/17, 6:00 PM

still sad because you will be missed this year....

small thing...i wish i had an email i could send something to anonymously...

James M Amor feeling pissed off.
4 hrs
A post that I will make public in mid June concerning the end of the Mad
Mechanicals group:
The end of an era, a sad day for many, yet a day of unbridled joy for me. Fifteen years
ago, I had one of the worst experiences in all my years of RenFaire. Painful
accusations, false friends, consulting with lawyers, protecting my professional self
from these accusations, feeling abandoned by the staff and directors, losing
innocence, losing an opportunity that I was really looking forward to. For fifteen
years, I have been constantly reminded of what might have been. But it was taken
from me. For fifteen years I was on the outside looking in at something I had been a
part of if only for a few weeks, something that I had a hand in forming. But now that
chapter can officially be closed, and the bitterness I have carried for all these years
may possibly go away. I have taken a different path, new venue, new friends, a true
ensemble of great entertainers. My life is different than it was. It is better in many
ways, but still until the final curtain falls on that chapter in June I will still feel the
pain.

that's the discussion of the sexual harrassment he had at pa faire that i told you
about...and he posted it to the cast page



7/19/17, 3:13 PM

Hi Susan. This is Shawn Howland from the faire cast. Doc just sent out an email about rev needing a booth girl. I have someone but for reasons I'm not going through doc. Id be happy to explain in person.

Call me at 724 872 1670

7/26/17, 7:01 PM

I haven't heard from you so just dropping a line to say hello

Jimmy's comment was he would have to check with Doc since he wasn't aware of the situation and I am sure he has forgotten. I would have her talk to Beth and let Beth discuss it with them.

Ok. Ty

But in other words, the person who had the original story, doc, has the power to tell only his side again. And he is the one protecting the person that has been the problem over and over again

I know That s why I thought if Beth asks for approval.

Ok. That makes sense.  I'm sorry if that came off as angry at you. I'm not. This is just getting shadier by the day

I understand

Btw...im always curious if jr and sr know that doc and patti are of the opinion that if they get in trouble, they will walk and take all the costumes with them because they own them and screw over the faire and cast

The number of times they have told cast that

I will talk to them next week they will be in town by next Friday

The paradises?

Yes

You will not be mentiones

Right...i was just going to all for that. 😡

8/3/17, 5:54 PM

Dumb question...do i have a job? Doc keeps posting about contracts. I know people have them. I don't.  No verification i have a job

I am pretty sure you do. But since you are doing the cannon there was question of if it is a contract position or paid out of my budget. Jimmy will be here Tuesday. Not sure if him and Doc have discussed it any more since Doc told me that much. I think it is the same for the girls working butterfly ride.

Ok. Ty

No problem

8/5/17 5:27 PM



> Ok...need to talk...bad just went really bad

> Like now I'm just waiting for something to happen to me bad

That's not good

> I was just being told how the conversation q was having with cast mates started with how he's killed a man and led into how he just me to give him a reason because he's going to kick my ass

WTF is wrong with people. Everyone needs to grow up. I am.so glad we are all one be happy family !! NOT!  Think he will fit in the cannon. Lol

> I wish. If he physically attacks me I'm taking the beating full on and not fighting back...maybe then he will be fired.  Threatening a co-worker he should be gone

I agree. We probably need it in writing from the witnesses if they would back it up.

> I can try

> Funny...just had a friend from another faire call me. Told me about a phone call they got from someone they know who came to Sunday of children's weekend. Watched with their wife and child as "a man with greying hair carrying a guitar" was at the children's knighting yelling at another cast member and dropped the F-Bomb. Their child was very upset and so were they...

> They contacted me knowing i work Pittsburgh...no idea it was me he was yelling at

Oh my.

I was off yesterday and haven't seen Jimmy yet. Somehow I have a feeling nothing is going to get done like in the past. But I will at least try

> I appreciate it. My issue is going to be i also have told Scott about everything. That means he will go to doc. I half expect to be told not to come back finalweekend.

So who is doing cannon this weekend?

> If that happens there will be some conversation i hope to have

> Donnie who used to run cannon

I see....

> And front gate

> Im really nervous about the situation

Well hopefully that won't happen.

> Fingers crossed



> Just to let you know. Like i said i told not only you but Scott Walton as well about what was going on. He said he would talk to people. I gave him the name of the witness to speak with. He never did and neither did anyone else

> The witness is Jarrod. He plays Sir William Gorges and the king body puppet. Please speak with him about the conversations he was there for. He's willing to talk about it

> What this means specifically it's that the information is there, they knew who the witness was, and the directors decided to ignore it to protect the guilty

I will speak with Jimmy to see how he wants it handled I have not had his ear when others have not been around.

> Ty

Not saying they will do anything either. Right now I am wondering why I took the job.

> I'm sorry

> But maybe I'll just talk to jr. The proof is out there. What is happening is that they are allowing threats of bodily harm from one worker to another go unchecked. If they do nothing it is on them since they know

I will try to get some time with him tomorrow. Anymore I have no clue who I am to talk to. I was told him but his dad keeps causing issues but I will start with Jimmy.

> I can't believe they are happy with the directors this year. All they have done all season is prove that they don't know what they are doing and that they can't handle it

The problem is they have no clue. They are so focused on other things he doesn't even know what cast is doing.

> Right...but i wish i meant just cast. They are clueless on every special event and everything

Between half of site crew that they brought out quiting and short on kitchen staff. Jimmy and I running money. He has left the special events up to Doc and probably couldn't even tell you what we have had.

> I know

> But we will talk again later...i have a princess company meeting

Ok

10/2/17, 3:59 PM

> That was a nice letter

It was nice to hear the nice things for a change

> Right

> I did hear there was a not so nice letter calling a couple people out

> Those two people were overheard trying to find a way to make it That it was me who said those things number 1. 2. The person being yelled at WAS me. 3. Nothing was done because it was doc's friend quinn

Im not sure on that one. I just get phone calls from unhappy patrons.

> Ah ok. Yeah. This was a letter from what was said



Its hard to do anything when you cant get their attention. And when you do they dont want to hear anything. They are more like if someoen isnt happy they dont have to be here. And i am talking any situation ewwn with vendors

They just dont want to deal with Drama

Right. I wish t hey would just get rid of the cause before a lawsuit

We lost a good cast member this year because of sunbathing said and patrons heard it and wrote that they would never come back. That cast member didn't say it in public. Someone heard him and repeated it.

Unfortunately there is a lot of Hear-Say and its hard to prove and depending on who the news goes too... things dont get addressed

This letter went to doc. He did nothing

And as far as past incidents there is proof of everything. Not heresay

And I'm the one with all the proof. Its all been given to doc. He ignores it because it's his friend

I have messages from girls on cast explaining that they are afraid to go to work because of this one person. I have messages from girls on cast explaining how uncomfortable they are being any where near him

That ceases too be heresay. Its first hand accounts

Well maybe the girls need to voice their issues to management

One did...that's Kayla who was kicked off site for "being mean" to patti. And yes that's an exact quote

One did...that's Kayla who was kicked off site for "being mean" to patti. And yes that's an exact quote

Wow. Sorry. Hey i have to run a bunch of boxes to the big dumpster before they come pick it up

This year the story is a secret relationship that happened between quinn and Amy. The girl the were going to fire?  If it became a problem? She was 16 when it started. 17 now

Cool

Do you remember me mentioning doc's issue with people taking time off from rehearsal etc except when it was his friends?

I don't have details on the deal.
As far as Doc is concerned I don't deal with entertainment or cast

Oh I know. I was just curious if you remembered that.

Kinda. But I really am not getting in the middle of anything unless the Paradises ask me too.

Ok. Sorry if I got you into trouble.

Jr says he's going to investigate what I've said. I haven't sent proof yet but I have it all

Well good luck with that


**James Amor** <damor@pittsburghrenfest.com>
to me, Scott, Michael, Christine, Patti

Sat, Jan 13, 2018, 3:13 PM

Hi Shawn,

Just a very short email to touch base concerning the 2017 season and looking towards the 2018 season. We had a director's meeting after the festival and went over everything with all the characters and cast members.

I mentioned that I would be in touch with you. You will note that I am "cc" the other directors on this email, so that we may all be part of any discussion that issues forth from this.

I think the word that came up most when we discussed you was Passive Aggressive. And I think that is a pretty fair description of how it felt for me and the others. Going back to 2010? You came on cast as Dexter Manley and you were a funny, goofy, engaging character. You really enjoyed being part of the cast and you seemed to fit in well. As the years went on, we moved you from being a yeoman to being something with more "teeth". That is when Howlin Jack came to be. And frankly, Howlin Jack was just Shawn in a costume. It was a character that was too close to real life and there was a fair amount of spill over between both "worlds." As the years went on Shawn became more bitter, some of that no doubt from personal life issues, and some from perceived slights at the festival. The formula became something like this when it came to dealing with issues and you. "I just wanted you to know, because I feel you should know, and I don't like talking about things like this but you need to know that (actor b) is not doing their duties, and that I had to do it for them and that is why I wasn't where I needed to be." And of course it varied. But what we began to notice was Shawn could do no wrong and felt a need to police everyone else. Granted at times you stepped up and fixed a problem when a cast member went down, and that was sincerely appreciated. It just isn't that we felt we needed to be reminded how amazing you were for doing so. It seems like you needed some sort of validation that you were important and appreciated. And I am sorry if it seemed that you were not. However, that "formula" we spoke of became more of an issue. We all noted it. And then we also noted the amazing amount of time we saw you on cigarette breaks in places, though behind shops, that were readily visible to a patron should they merely look up or to the right or left. At times it became a game of where the heck is Shawn. And it became frustrating, because we started to loose faith in the explanations you were giving for missing an assignment.

That bring us to the past few years, where your feud with Quinn and a lesser extent Eric became more than background. It started to play out on the street and with the festival staff. Long email / message sessions with the secretary at the festival concerning issues that were blown out of proportion by you. There was the email we received this year, that talks about knighting on Children's weekend. It seems that a fellow fitting Quinn's description with a guitar was dropping the "F" bomb to a man in reddish pants (you were the only one with reddish pants) while children were getting ready to be knighted. A few issues with that. Quinn did not have his guitar with him on any of the day of children's weekend. And Bri. and Lois were all near him when this supposedly happened. And you were coming from Costume contest with the Princess, who also did not hear any of this. The letter goes on to praise the actions of the fellow in the reddish pants in trying to diffuse the situation. As the letter continues, we find that the patrons returned for final weekend and a fellow with a tartan sash hurled curses at them from the parapet. Eric wore a tartan sash. And Stevan Loy, who was my director at WARF for a few seasons, did not hear any cursing as he was right next to Eric the entire time. Amazingly we find that you had a discussion with Scott about where a friend of yours could write concerning a problem he had at the festival. I call BULLSHIT on all that and claim that it is again a PASSIVE AGGRESSIVE attempt to eliminate Eric and Quinn from the cast with made up allegations.

I honestly don't know if we can fix what has transpired. If you feel a need to discuss this, by all means write back to all of us on here and we can discuss this. Your negativity and passive aggressive bullshit has caused enough problems for others on the cast and has dragged people into your little drama. Frankly, I am sick of it. In case you are wondering, I have discussed this all with the Paradises and have their blessing. I will miss Shawn, but I will not miss the dagger being pointed at my back. I long for the days when Dexter was fun to be around. My suggestion is to take a year or two off. Fix your personal life, fix your health and then re audition and do what you are good at. That being a fun loving gregarious character.

Doc

