# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



3

# EXHIBIT L



4

# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L



# EXHIBIT L

