2:22

76%

**James M Amor**

JUL 03, 2018, 5:53 PM

Alright! I'll be there Sunday for sure. 💕

**Marjorie Roper**   ✏️ Edit

JUL 05, 2018, 7:30 AM

Now

This girl does princess parties. She is a horrible person. Accused me, Quinn and Eric of various sexual improprieties. You are much more stunning in that outfit.



JUL 05, 2018, 8:45 AM

You've blocked James M Amor's Facebook account
You can't message or call them in this chat, and you won't receive their messages or calls.

Unblock

Report