











# Pittsburgh Renaissance Festival



For its 2015 season, the Pittsburgh Renaissance Festival takes you on a magical tour through time and legend. You'll meet all kinds, from jousters to jugglers to minstrels to maidens faire, all schooled in the art of interactive theater! Much new entertainment has been summoned by Good King Henry for this glorious season. For six special summer weekends enjoy family fun for children and magical times for adults.

Featuring a cast of hundreds of authentically costumed merrymakers living and working throughout the village and performing continuously upon the Festival's stages, the Pittsburgh Renaissance Festival will create the illusion of a rollicking 16th Century festival day. Impromptu encounters with the royalty and peasantry of Tudor England are commonplace.

As you wander down the village streets and pathways of the Festival, ready thyself to revel with master revelers, watch artisans create original works of their ancient craft and be taken in by the tantalizing aromas of roast turkey legges, steak on a stake, fresh baked goods and much more.

Eat, Drink and Be Merry at the Pittsburgh Renaissance Festival, August 22 through September 27, weekends only! The Pittsburgh Renaissance Festival—It's an Adventure to the Past!

*– Principal photographer, Ray Feather. Thanks also to Mark Brocius, CGphotography, Hari Chengal, Andrea Edgar, Jamie Graham, Elena Mazul, Joe Meyers, Kristin Salmony and Cristina Saucedo.*



Clockwise from upper left: King Henry greets his subjects from high atop the main gates; one of the amazing feats performed during Klass Klowne's danger show; the Festival's flags flying proudly above the main gate; Great Balls of Fire, master fire manipulators, grabbing a snack; Skid Mark, the Village Beggar; universally beloved Washing Well Wenches—why don't the clothes ever seem to get clean?




 

together in one opinion.

I.

3

No. 37, Curtis Publishing Co. v. Butts, stems from an article published in petitioner's Saturday Evening Post which accused respondent of conspiring to 'fix' a football game between the University of Georgia and the University of Alabama, played in 1962. At the time of the article, Butts was the athletic director of the University of Georgia and had overall responsibility for the administration of its athletic program. Georgia is a state university, but Butts was employed by the Georgia Athletic Association, a private corporation, rather than by the State itself.[2] Butts had previously served as head football coach of the University and was a well-known and respected figure in coaching ranks. He had maintained an interest in coaching and was negotiating for a position with a professional team at the time of publication.

4

The article was entitled 'The Story of a





Clockwise from upper left: King Henry and Queen Kathleen in one of their frequent photogenic moments; Piper Extraordinaire Sean Regan; Daniel O'Ryan of the Craic Band; vegetables take their revenge at the tomato-tossing event Heads Up!; Zinnia, the Bubble Fairy with a young apprentice; Noble Cause knights in hand-to-hand combat; a glorious sunset above the main gate at the close of the 2014 Festival; Klass Klowne getting in the final word at the Royal Court.








9:04 · Case 5:21-cv-05574-JMG · Document 71-15 · Filed 09/02/22 · Page 12 of 16 · 61%

**Pittsburgh Renaissance Festival**

Home | About | Photos | Reviews | Videos | Events

Ray Feather and 55 others · 2 comments • 3 shares

Like · Comment · Share



**Pittsburgh Renaissance Festival**
Dec 16, 2015

I had the honor of knighting him this year at the Pittsburgh Renaissance Festival and getting to know him over some drinks and dinner. Truly an amazing individual. A well deserved honor. HUZZAH!!



**Melissa St John** was with **Dana Hoover**.
Dec 16, 2015

Steve got this in the mail today!

 23 · 2 comments

 Like ·  Comment ·  Share

 

← 🔍 Pittsburgh Renaissance Festival ↗

**Home** | About | Photos | Reviews | Videos | Events

 **Pittsburgh Renaissance Festival**
Jul 29, 2015 · 🌐 ···

The Pittsburgh Renaissance Festival is honored to be featured in a 12-page spread of Renaissance Magazine this month. Volume 20 #3, Issue #103 . Thank you to Principal Photographer Ray Feather and several other contributing photographers. Renaissance Magazine is available at Barnes and Noble Book Sellers or on-line at Renaissance Magazine  Be sure to check it out and then come visit us Weekends and Labor Day, August 22nd thru September 27th!

 **Ray Feather** is with **Judy Gresko**.
Jul 29, 2015 · 🌐




💬 **Send message** | 📞 | ···

Hi! Please let us know how we c…

 

Most relevant ⌄


✎ Author
**Pittsburgh Renaissance Festival**
Just after the knighting.



6y    Like    Reply        2 👍


**Jessica Hamric**
Congratulations on your knighting and being such knoble man. This country is blessed to have you!

6y    Like    Reply






**Staff**

**Dental Receptionists:** Christina Queen, Patti Amor
**Dental Hygienists:** Sarah Shay, RDH; Juliya Nikolenko, RDH
**Dental Assistants:** Lindsay Ortiz, EFDA; Lisbet Torres



## Hobbies

Dr. Amor has a lifelong interest in history, particularly the Renaissance. In 1988, he married Patti in a Medieval Ceremony and together they have enjoyed participating in Renaissance Faires for nearly two decades. They were past members of the PA RenFaire cast and now are directors of the Pittsburgh RenFest and the West Virginia RenFest, where they have also portrayed the King and Queen. In his spare time, Dr. Amor likes to tinker with classic cars and read up on historical personas and events. He enjoys working together with patients to address their dental needs. Often patients remark that he is very down to earth and more easy to relate to than the average dentist.

