| | |
|---|---|
| **From:** | Courtney Conover <daisy1080@msn.com> |
| **Sent:** | Friday, September 2, 2022 4:57 PM |
| **To:** | PAED Documents; Chambers of Judge John Gallagher; Brian Dixon; tkolman@kolmanlaw.com; Kolman Law Client Care |
| **Subject:** | Evidence List for Trial 5:21-cv-05574-JMG |
| **Attachments:** | ExhibitsWitnessesTrial.pdf; EXHIBIT A BLOG.pdf; EXHIBIT B.pdf; EXHIBIT C 1-3.pdf; Exhibit D 1-7.pdf; EXHIBIT E BRI .pdf; Exhibit F - 1.mp4; Exhibit F - 2.mp4; Exhibit F - 3.mp4; Exhibit F - 4.mp4; Exhibit F - 5.mp4; Exhibit F - 6.mp4; EXHIBIT G 1 - 4.pdf; EXHIBIT H 1 - 4.pdf; EXHIBIT I.pdf; EXHIBIT J 1-3.pdf; EXHIBIT K.pdf; EXHIBIT L.pdf; EXHIBIT M 1 - 2.pdf; EXHIBIT N.pdf; EXHIBIT O.pdf; LimitedPurposePublicFigures1.pdf; LimitedPurposePublicFigures2.pdf; PublicFigureEvidence.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

I will also be using the previous evidence regarding limited purpose public figures for trial.

Courtney Conover

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1