IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR** <br> **PATRICIA ELVIRA ARMOR** <br> 213 N. Kinzer Ave. <br> New Holland, PA 17557 <br><br> *Plaintiffs*, <br><br> vs. <br><br> **COURTNEY CONOVER** <br> 6522 Mason Cir <br> Randleman, NC 27317 <br><br> *Defendant*. | NO. 21-5574 <br><br> CIVIL ACTION <br><br> JURY TRIAL DEMANDED |

**ADDENDUM OF EXHIBITS TO**
**PLAINTIFFS' PRETRIAL STATEMENT**

Plaintiffs, by and through their undersigned counsel, hereby files this Addendum of Exhibits to Plaintiffs' Pretrial Memorandum/Narrative Statement consistent with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for Eastern District of Pennsylvania and the policies and procedures of this Court.

**KOLMAN LAW P.C.**

/s/*Timothy M Kolman*
TIMOTHY M. KOLMAN
414 Hulmeville Ave.
Penndel, PA 19047
Telephone: (215) 750 3134
Fax: (215) 750 3138
Client_Care@KolmanLaw.com
tkolman@kolmanlaw.com

Date: September 13, 2022,                    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Addendum of Exhibits to Plaintiffs' Pretrial Memorandum/Narrative Statement were served upon the Pro Se Defendant, Courtney Conover this thirteenth day of September 2022 via email at DAISY1080@MSN.COM, the email provided to the Court and ECF Filing.

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*
Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
(215) 750-3134
Attorney for Plaintiffs

Dated September 13, 2022

1