# EXHIBIT 15

Case 5:21-cv-05574-JMG   Document 77-1   Filed 09/15/22   Page 1 of 4



James Amor <damor@pittsburghrenfest.com>

## Need Your Help/Advice
6 messages

**Brianna Kube** <rubysunshine32@gmail.com>                                             Wed, Nov 11, 2020 at 5:17 PM
To: James Amor <damor@pittsburghrenfest.com>, Patti Amor <momamor@yahoo.com>, Scott Walton <scott.walton1@yahoo.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>

So, I wanted to make you guys aware of something that might have some overlap with festival going forward. I cut off all contact with Courtney Conover today.

Our "friendship" was quickly founded after an interaction when she came to festival last year. In hindsight, it was too quickly, which I regret. Since then, she has routinely denigrated me, bullied me, and spoke unkindly about me, my friends, actors, festivals, etc. She was always the expert at everything, she always knew better than anyone else, and she routinely said incredibly hurtful and damaging things. I put up with this for far too long.

She is bipolar and remarkably unstable. I remained in the "friendship" this long rather like one stays with an abusive partner, so as not to upset them and cause a violent lash out. She also knew a lot of personal confidences I had shared with her, foolishly, that I was afraid she would spread around out of malice if I upset her. She actually spoke publicly about some of them, in front of people I wish she hadn't, so that wasn't a reasonable assumption on my part that she would wait to talk about those things and blab confidences when she got angry. She just did it when it suited her anyway.

Without getting deeply into the details, she developed feelings for Randal Scott, and when he rejected her, she launched an all-out offensive to malign the Duelists. Randal is more than capable of handling that, and I won't get into the nitty gritty, because that's his to deal with, but it's very much like the issue with Lisa Brazzon last season. She's taking a tack of smearing them professionally, and expecting people to fall into line with her victim stance, but having been privy to her thoughts on the subject, her protestations of being treated unprofessionally are unfounded from a professional, legal and contractual standpoint, and really based in her emotional reaction.

With this recent vendetta against the Duelists, who are my friends and members of our community, I began to feel it was time to pull back from her; she even tried to use me to manipulate Michael against Randal, which I refused to do. She's been polling members of the faire community, giving vague details and painting herself as the victim, without context, expecting and receiving people running to validate her. Including some of our cast members, who just know her as the nice cookie lady.

She's also been incredibly caustic and unkind during my recent illness, telling me what was wrong with me, how I should proceed, that she knew better than my doctors, and that all my research was BS, that only her opinion mattered. Today, the final straw, after a year of emotional abuse and mockery, she high-handedly insulted my best friend, whom you know, Ann Kirby. Ann has been instrumental in helping me through my illness and surgery, and recommended a course of action to talk to my specialist about. Courtney laughed in my face, so to speak, called me an idiot, and said that Ann is full of bullshit. I'll lay down in the dirt and let people walk all over me, but eff around with my friends, and you're gonna catch these hands. I have removed her from all my social media platforms, and blocked her from all communication venues. She doesn't know I was considering it due to the issue with the Duelists as well as our long checkered history, this will appear to just be about Ann, but this was a long time coming, and that was the very final straw.

I know for a fact she has spoken with Casey, and with Adele, trying to garner sympathy for her vendetta. I don't know if a brief message to the cast to be cautious is a wise idea or not. I'll abide by anything you think is best. I don't think she has the power and clout she thinks she has, but I know this is going to piss her off that I walked away. I just wanted you to be aware, because she has a very big mouth and a very unique interpretation on facts and reality, and has the emotional stability of a dandelion in a hurricane. I don't know what her reaction is going to be, but if it's anything like how she's reacted to Randal putting his foot down, it won't be pretty. So, if you are friends with her, or happen to see any posts that name me, or appear to be about my apparent betrayal, you know from me what happened.

I'm sorry to put drama on your doorsteps. I appreciate you reading this. Please let me know what you think, and proceed with extreme caution with her.

Love,
B

**Scott Walton** <scott.walton1@yahoo.com>                                              Wed, Nov 11, 2020 at 8:18 PM

To: James Amor <damor@pittsburghrenfest.com>, Patti Amor <momamor@yahoo.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>, Brianna Kube <rubysunshine32@gmail.com>

My two cents:

I think a post would not be out of line here. I feel you have a lot of respect from the cast and they will come to your aid, when and if it is needed. Thank you for letting us know about this situation. I am sorry that someone victimized your friendship the way she did.

Big hugs little sis,

Scott

[Quoted text hidden]

---

**Brianna Kube** <rubysunshine32@gmail.com>                                                          Wed, Nov 11, 2020 at 9:58 PM
To: Scott Walton <scott.walton1@yahoo.com>
Cc: James Amor <damor@pittsburghrenfest.com>, Patti Amor <momamor@yahoo.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>

Thanks, brother! My main concern is just that our people think she's nice, and she's already trying to get tentacles into the community, to rally to her insane cause. I'll take a public beat down before I let her sow division with our family. The world is tough enough right now without high school level BS from a crazy patron.

Miss you, thank you for the hugs! Hope Heather is feeling better! <3

[Quoted text hidden]

---

**James Amor** <damor@pittsburghrenfest.com>                                                         Thu, Nov 12, 2020 at 7:54 AM
To: Scott Walton <scott.walton1@yahoo.com>, Brianna Kube <rubysunshine32@gmail.com>
Cc: Patti Amor <momamor@yahoo.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>

I talked at length with Bri on my drive back last night. I dont think Courtney will be a problem. She is getting more bizarre and she may reach out to cause havoc, but I would think any damage would be minimal. I would suggest keeping an eye on things and addressing issues as they come up. Don't want to alarm new cast members about weird patrons.

BTW, I blocked Courtney on Halloween. She has been very caustic about everything and her viewpoints are such that she just wants to see pain and suffering in the world.

I evaluated what I gave to the "friendship" and what I received. And like Marie Kondo, I asked myself if it brought me joy. It didn't.

Doc

Sent via the Samsung Galaxy S9+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** Brianna Kube <rubysunshine32@gmail.com>
**Sent:** Wednesday, November 11, 2020 9:58:20 PM
**To:** Scott Walton <scott.walton1@yahoo.com>
**Cc:** James Amor <damor@pittsburghrenfest.com>; Patti Amor <momamor@yahoo.com>; Christine Rauch <clrauch@hotmail.com>; Brennan Bobish <brennanbobish@yahoo.com>
**Subject:** Re: Need Your Help/Advice

[Quoted text hidden]

---

**Brennan Bobish** <brennanbobish@yahoo.com>                                                         Thu, Nov 12, 2020 at 10:29 AM
Reply-To: Brennan Bobish <brennanbobish@yahoo.com>
To: James Amor <damor@pittsburghrenfest.com>, Scott Walton <scott.walton1@yahoo.com>, Brianna Kube <rubysunshine32@gmail.com>
Cc: Patti Amor <momamor@yahoo.com>, Christine Rauch <clrauch@hotmail.com>, Brennan Bobish <brennanbobish@yahoo.com>

Hey,

I'm so sorry, Bri. I appreciate you coming forward about this. It's important to keep everyone in the cast safe, that includes directors. Thank you for making us aware.

I totally agree with keeping an eye on things. I wouldn't want to alarm anyone, but perhaps a gentle, "Hey, if you hear anything about me, please squash the drama." If and when someone approaches our cast looking to spread rumors, I feel they should know to take what those people say with a grain of salt.
That's my 2 cents.

Just know should you need anything, feel free to reach out.

Love,

Brennan
[Quoted text hidden]

---

**James Amor** <damor@pittsburghrenfest.com>                                    Sat, Nov 13, 2021 at 6:41 PM
To: James Amor <docamor@prodigy.net>

[Quoted text hidden]