## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR**<br>**PATRICIA ELVIRA ARMOR**<br>213 N. Kinzer Ave.<br>New Holland, PA 17557<br><br>*Plaintiff,*<br><br>vs.<br><br>**COURTNEY CONOVER**<br><br>*Defendant.* | CIVIL ACTION No 21-05574-JMG<br><br>JURY TRIAL DEMANDED |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiffs' Letter to Judge Gallagher dated September 16, 2022 was served upon the Pro Se Defendant, Courtney Conover this sixteenth day of September 2022 via email at DAISY1080@MSN.COM, the email provided to the Court and ECF Filing.

    Respectfully Submitted,

    KOLMAN LAW, P.C.

    */s/ Timothy M. Kolman*
    Timothy M. Kolman, Esquire
    414 Hulmeville Ave
    Penndel, PA 19047
    (215) 750-3134
    Attorney for Plaintiffs

Dated September 16, 2022