IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MICHAEL AMOR**<br>**PATRICIA ELVIRA AMOR,**<br>213 N. Kinzer Ave.<br>New Holland, PA 17557<br><br>*Plaintiffs*,<br><br>**vs.**<br><br>**COURTNEY CONOVER**<br>10631 Randleman Rd. #7<br>Randleman, NC 27317<br><br>*Defendant.* | NO. 21-5574<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2022, it is hereby ORDERED that Plaintiffs' Omnibus Motion In Limine is GRANTED and all Defendant's trial exhibits, except for Exhibit E shall be inadmissible at trial.

BY THE COURT:

_____
JOHN M. GALLAGHER
United States District Court Judge