### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

**JAMES MICHAEL AMOR**
**PATRICIA ELVIRA ARMOR**

| | |
|---|---|
| *Plaintiff,* | NO. 21-5574 |
| **vs.** | CIVIL ACTION |
| **COURTNEY CONOVER** | JURY TRIAL DEMANDED |
| *Defendant.* | |

### PLAINTIFFS' MOTION TO DENY DEFENDANT'S MOTION
### FOR 'PLAINTIFF (SIC) WITNESS COMPLIANCE'

And now, come the Plaintiffs James and Patricia Amor and hereby move this Honorable Court to Summarily Deny the Defendants Motion for' Plaintiff (Sic) Witness Compliance.

Defendant asserts she has the right, 'as my own acting attorney' to 'interview the Plaintiff's (sic) witnesses prior to trial to ask questions of them regarding their testimony for the purposes of (her)  her) own cross-examination.'

Defendant gives no legal authority for this 'right' because there is none. Defendant had every opportunity and right to depose any witness prior to trial up until the discovery deadline which has long passed. There is no legal basis for compelling the Plaintiffs' witnesses to speak to her about their testimony.

Defendant's Motion should be summarily Denied.

**KOLMAN LAW P.C.**

/s/*Timothy M Kolman*
TIMOTHY M. KOLMAN
414 Hulmeville Ave.
Penndel, PA 19047

Date: September 26, 2022,                    *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Plaintiffs' Summarily Deny the Defendants Motion for' Plaintiff (Sic) Witness Compliance, were served upon the Pro Se Defendant, Courtney Conover this twenty-sixth day of September 2022 via email at DAISY1080@MSN.COM, the email provided to the Court and ECF Filing.

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*

Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
(215) 750-3134
Attorney for Plaintiffs

Dated:  September 26,  2022

4875-0010-7829, v. 2