

414 Hulmeville Ave  Tel:  (215) 750-3134
Penndel, PA 19047  Fax:  (215) 750-3138
https://KolmanLaw.com  Client_Care@KolmanLaw.com

September 29, 2022

**SENT VIA EMAIL ECF AND EMAIL**

Honorable Judge John Gallagher
United States District Court
    Eastern District of Pennsylvania
504 W. Hamilton Street
Allentown, PA  18101

    **RE:** **Amor, et al v. Conover**
          **Civil Action No.:  5:21-cv-05574-JMG**

**Plaintiffs' respond in letter form to the Court's inquiry regarding witness disclosure**

Federal Rule of Civil Procedure ( F.R.C.P) 26(a)(1)(c) reads in relevant part: 'the disclosing party must make its initial disclosures within fourteen days of the parties rule 26(f) conference order or time set by stipulation or court order.'

In this case, no F.R.C.P 26(f) report was never submitted by either party. The Parties never conferred about discovery or initial disclosures.  Plaintiff did offer to resolve with Defendant in April of 2022.  The Court never held a Rule 26 (f) scheduling conference and no rule 26 (f) report order was filed by the Court

Because there was no Rule 26 (f) conference, neither party produced initial disclosures to the other party.

The first time the parties formally disclosed their potential trial witnesses was in their respective pretrial statements. All witnesses so disclosed are familiar to both parties.

As for Christine Manns and Lois Dietler; they were disclosed only in anticipation of the Preliminary Injunction Hearing which never took place. See Exhibit 1, letter to the court.

If, the Court excludes the Plaintiffs' witnesses on the basis of a lack of initial disclosures, it must *ipso facto* also exclude those of the Defendant.

It is submitted some of Plaintiffs' witnesses disclosed in their pretrial filing may be used to rebut Defendant's testimony.

Hopefully, this addresses the Court's concerns regarding Plaintiffs' witnesses.

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*
Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
(215) 750-3134
Attorney for Plaintiff

Cc:  Courtney Conover (via email Daisy1080@msn.com)

4858-9498-3990, v. 2