# EXHIBIT 1

## 2018 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:          Show Name:

James M Amor                             Pelais - Astrologer (Performance Director)
Address/City/State/Zip Code:             Home Phone:
                                         Other Phone:
                                         Email:
                                         Website:
                                         Social Security #/Federal Tax ID#:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

**1. PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2018 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 18-19, August 25-26
September 1-2-3, 8-9, 15-16, 22-23, 2018

**2. REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- <u>Perform four (4) promotional events, or others if requested to do so.</u>
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

**3. COMPENSATION.** Contractor will receive: $▮▮▮ Total ▮▮▮/ day X 13 days

To Be Paid: $▮▮▮ on or about 9/3/18    $▮▮▮ on or about 9/23/18

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

**4. ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

5. **WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an independent contractor at the 2018 Pittsburgh Renaissance Festival. Therefore, contractor is NOT eligible for worker's compensation benefits. Signing and notarizing this agreement by contractor acknowledges this agreement and is binding.

6. **CANCELLATION.** If the Pittsburgh Renaissance Festival is partially or wholly canceled or terminated for any reason, Contractor's compensation shall be proportionately reduced to the extent that Contractor's services are not performed. Upon such cancellation, the Festival's sole obligation and liability shall be to pay Contractor's compensation as so reduced.

7. **NON-PERFORMANCE.** If contractor for any reason does not perform any shows or otherwise does not fully perform any show or otherwise does not fully perform Contractor's services under this contract, Contractor's compensation shall be proportionally reduced to the extent Contractors services are not performed.

8. **USE OF NAME/IMAGE PRESENTATION, ETC.** Contractor hereby permanently and without further compensation authorizes the Festival, or anyone authorized by the Festival, to use Contractor's name, image presentation, likeness, voice, and musical or other sound effects produced by Contractor, in any medium and for any purpose whatsoever, including but not limited to promotion, advertising, trade, or commercial utilization of the Pittsburgh Renaissance Festival.

9. **NON-COMPETE CLAUSE.** Contractor agrees not to perform at any performance venue throughout the year, without the permission of the Pittsburgh Renaissance Festival, within a 100-mile radius of the Pittsburgh Renaissance Festival site, which would be in direct competition with the Pittsburgh Renaissance Festival theme.

10. **WAIVER/INDEMNITY.** Contractor assumes all risks associated with the preparation for or participation in the Pittsburgh Renaissance Festival including, but not limited to, the condition of the Festival premises, the actions of other participants or patrons, and the effects of weather. Knowing these risks and in consideration of the Festival entering into this Contract, Contractor, for Contractor and anyone claiming for, through, or under Contractor, waives and releases the Festival, its owners, officers, agents, employees, affiliated companies and all sponsors of the Pittsburgh Renaissance Festival, their representatives and successors (collectively, "Released Persons") from all claims, damages, loses, and expenses of any kind, arising out of the preparation for or participation in the Pittsburgh Renaissance Festival, even though caused by negligence / on the part of a Released Person. Further, Contractor agrees to indemnify and hold harmless the Festival and all other Released Persons from all claims, damages, losses, and expenses (including but not limited to reasonable attorney's fees), of any kind arising out of Contractor's performance or non-performance of the Contract or caused partially or entirely by negligent acts or omissions of Contractor, Contractor's agents or employees, even though caused in part by a Released Person.

**11. INDEPENDENT CONTRACTOR.** Contractor will at all times be an independent contractor rather than an employee or agent of the Festival. As an independent contractor, income taxes and FICA (social security taxes) will not be withheld or paid by Festival for Contractor or any employee of the Contractor, and the Festival will not provide Contractor with unemployment or worker's compensation benefits. Contractor will be responsible for paying all income taxes and self-employment taxes on Contractor's compensation. (If compensation is $600.00 or more you will receive IRS Form 1099 by January 31, 2019).

**12. TERMINATION.** With reasonable cause, the Pittsburgh Renaissance Festival may terminate this Contract effective immediately upon the giving of written notice of termination. Reasonable cause shall include, but shall not be limited to, any failure of the contractor to perform or comply with (a) the terms of the Contract or (b) any written rules and policies of the Festival as now or hereafter adopted or amended.

**13. INTERPRETATION.** This Contract contains the entire agreement between the parties, supersedes all prior agreements and understandings, and may be modified or amended only in a writing signed by all parties. This
Contract shall be binding upon and inure to the benefit of the parties, their respective heirs, representatives, successors and assigns. This Agreement shall not be effective until signed by both parties, as well as notarized by independent contractor.
Approved and Accepted by:

| INDEPENDENT CONTRACTOR | SOUTH HUNTINGDON LAND LLC. |
|---|---|
| *[signature]* | |
| Authorized Signer | Authorized Signer |
| Date 8/17/18 | Date _____ |

Approved and Accepted by
**INDEPENDENT CONTRACTOR**

_____          8/12/18
Authorized Signer                         Date

Subscribed and Sworn to before me this __12__ day of __August__, 2018

by __James M. Amor__ as INDEPENDENT CONTRACTOR.

Witness my hand and official seal.

My commission expires __Jan 12 2021__

_____
NOTARY PUBLIC

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN E TREADWELL
Notary Public
SOUTH HUNTINGDON TWP, WESTMORELAND CNTY
My Commission Expires Jan 12, 2021

---

**SOUTH HUNTINGDON LAND LLC.**

_____          _____
Authorized Signer                         Date

Subscribed and Sworn to before me this _____ day of _____, 2018

by _____ as PRESIDENT of SOUTH HUNTINGDON LAND LLC.

Witness my hand and official seal.

My commission expires _____.

_____
NOTARY PUBLIC

(SEAL)

## 2019 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:  
James M Amor

Address/City/State/Zip Code:

Show Name:  
Performance Director

Home Phone:  
Other Phone:  
Email:  
Website:  
Social Security #/Federal Tax ID#:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

**1. PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2019 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 17-18, August 24-25, 31  
September 1-2, 7-8, 14-15, 21-22, 2019

**2. REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- <u>Perform four (4) promotional events, or others if requested to do so.</u>
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

**3. COMPENSATION.** Contractor will receive:  $▮▮▮▮ Total $▮▮ X 13 days

To Be Paid:   $▮▮▮ on or about 9/2/19 $▮▮▮ on or about 9/22/19

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

**4. ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

    a) Performance Director throughout the Festival Day as per PRF Scheduling.
    b) Hat Pass Not Included.
    c) Costume provided by Patti Amor. Actor responsible for footwear and accessories.
    d) No Camping Provided.

**5. WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an independent contractor at the 2019 Pittsburgh Renaissance Festival. Therefore, contractor is NOT eligible for worker's compensation benefits. Signing and notarizing this agreement by contractor acknowledges this agreement and is binding.

**6. CANCELLATION.** If the Pittsburgh Renaissance Festival is partially or wholly canceled or terminated for any reason, Contractor's compensation shall be proportionately reduced to the extent that Contractor's services are not performed. Upon such cancellation, the Festival's sole obligation and liability shall be to pay Contractor's compensation as so reduced.

**7. NON-PERFORMANCE.** If contractor for any reason does not perform any shows or otherwise does not fully perform any show or otherwise does not fully perform Contractor's services under this contract, Contractor's compensation shall be proportionally reduced to the extent Contractors services are not performed.

**8. USE OF NAME/IMAGE PRESENTATION, ETC.** Contractor hereby permanently and without further compensation authorizes the Festival, or anyone authorized by the Festival, to use Contractor's name, image presentation, likeness, voice, and musical or other sound effects produced by Contractor, in any medium and for any purpose whatsoever, including but not limited to promotion, advertising, trade, or commercial utilization of the Pittsburgh Renaissance Festival.

**9. NON-COMPETE CLAUSE.** Contractor agrees not to perform at any performance venue throughout the year, without the permission of the Pittsburgh Renaissance Festival, within a 100-mile radius of the Pittsburgh Renaissance Festival site, which would be in direct competition with the Pittsburgh Renaissance Festival theme.

**10. WAIVER/INDEMNITY.** Contractor assumes all risks associated with the preparation for or participation in the Pittsburgh Renaissance Festival including, but not limited to, the condition of the Festival premises, the actions of other participants or patrons, and the effects of weather. Knowing these risks and in consideration of the Festival entering into this Contract, Contractor, for Contractor and anyone claiming for, through, or under Contractor, waives and releases the Festival, its owners, officers, agents, employees, affiliated companies and all sponsors of the Pittsburgh Renaissance Festival, their representatives and successors (collectively, "Released Persons") from all claims, damages, loses, and expenses of any kind, arising out of the preparation for or participation in the Pittsburgh Renaissance Festival, even though caused by negligence / on the part of a Released Person. Further, Contractor agrees to indemnify and hold harmless the Festival and all other Released Persons from all claims, damages, losses, and expenses (including but not limited to reasonable attorney's fees), of any kind arising out of Contractor's performance or non-performance of the Contract or caused partially or entirely by negligent acts or omissions of Contractor, Contractor's agents or employees, even though caused in part by a Released Person.

**11. INDEPENDENT CONTRACTOR.** Contractor will at all times be an independent contractor rather than an employee or agent of the Festival. As an independent contractor, income taxes and FICA (social security taxes) will not be withheld or paid by Festival for Contractor or any employee of the Contractor, and the Festival will not provide Contractor with unemployment or worker's compensation benefits. Contractor will be responsible for paying all income taxes and self-employment taxes on Contractor's compensation. (If compensation is $600.00 or more you will receive IRS Form 1099 by January 31, 2020).

**12. TERMINATION.** With reasonable cause, the Pittsburgh Renaissance Festival may terminate this Contract effective immediately upon the giving of written notice of termination. Reasonable cause shall include, but shall not be limited to, any failure of the contractor to perform or comply with (a) the terms of the Contract or (b) any written rules and policies of the Festival as now or hereafter adopted or amended.

**13. INTERPRETATION.** This Contract contains the entire agreement between the parties, supersedes all prior agreements and understandings, and may be modified or amended only in a writing signed by all parties. This
Contract shall be binding upon and inure to the benefit of the parties, their respective heirs, representatives, successors and assigns. This Agreement shall not be effective until signed by both parties, as well as notarized by independent contractor.
Approved and Accepted by:

INDEPENDENT CONTRACTOR

_[signature]_
Authorized Signer
Date 8/14/19

SOUTH HUNTINGDON LAND LLC.

_____
Authorized Signer

Date _____

Approved and Accepted by
**INDEPENDENT CONTRACTOR**

_____      8/24/19
Authorized Signer                Date

Subscribed and Sworn to before me this 24th day of August 2019

by James M. Amor as INDEPENDENT CONTRACTOR.

Witness my hand and official seal.

My commission expires Jan 12, 2021

_____
NOTARY PUBLIC

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN E TREADWELL
Notary Public
SOUTH HUNTINGDON TWP, WESTMORELAND CNTY
My Commission Expires Jan 12, 2021

---

**SOUTH HUNTINGDON LAND LLC.**

_____      _____
Authorized Signer                Date

Subscribed and Sworn to before me this _____ day of _____, 2019

by _____ as PRESIDENT of SOUTH HUNTINGDON LAND LLC.

Witness my hand and official seal.

My commission expires _____.

_____
NOTARY PUBLIC

(SEAL)

## 2021 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:  
**James M. Amor**

Address/City/State/Zip Code:

Show Name:  
**Performance Director**

Home Phone:  
Other Phone:  
Email:  
Website:  
Social Security #/Federal Tax ID#:   \*\*\*-\*\*-\*\*\*\*

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

1. **PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2021 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

September 4-5-6, 11-12, 18-19, 25-26, October 2-3, 9-10, 2021

2. **REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- <u>Perform four (4) promotional events, or others if requested to do so.</u>
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- <u>No replacement or substitutions unless agreed upon by Festival management!</u>

3. **COMPENSATION.** Contractor will receive: **$\*\*\*Total   ($\*\* x 13 days)**
**To Be Paid:    09/19/2021-$ \*\*\*          10/10/2021-$ \*\*\***

**\*Check will not be issued without a social security number or Federal tax ID number.**
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

4. **ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

•

5. **WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an independent contractor at the 2021 Pittsburgh Renaissance Festival. Therefore, contractor is NOT

1

eligible for worker's compensation benefits. Signing and notarizing this agreement by contractor acknowledges this agreement and is binding.

6. **CANCELLATION.** If the Pittsburgh Renaissance Festival is partially or wholly canceled or terminated for any reason, Contractor's compensation shall be proportionately reduced to the extent that Contractor's services are not performed. Upon such cancellation, the Festival's sole obligation and liability shall be to pay Contractor's compensation as so reduced.

7. **NON-PERFORMANCE.** If contractor for any reason does not perform any shows or otherwise does not fully perform any show or otherwise does not fully perform Contractor's services under this contract, Contractor's compensation shall be proportionally reduced to the extent Contractors services are not performed.

8. **USE OF NAME/IMAGE PRESENTATION, ETC.** Contractor hereby permanently and without further compensation authorizes the Festival, or anyone authorized by the Festival, to use Contractor's name, image presentation, likeness, voice, and musical or other sound effects produced by Contractor, in any medium and for any purpose whatsoever, including but not limited to promotion, advertising, trade, or commercial utilization of the Pittsburgh Renaissance Festival.

9. **NON-COMPETE CLAUSE.** Contractor agrees not to perform at any performance venue throughout the year, without the permission of the Pittsburgh Renaissance Festival, within a 100-mile radius of the Pittsburgh Renaissance Festival site, which would be in direct competition with the Pittsburgh Renaissance Festival theme.

10. **WAIVER/INDEMNITY.** Contractor assumes all risks associated with the preparation for or participation in the Pittsburgh Renaissance Festival including, but not limited to, the condition of the Festival premises, the actions of other participants or patrons, and the effects of weather. Knowing these risks and in consideration of the Festival entering into this Contract, Contractor, for Contractor and anyone claiming for, through, or under Contractor, waives and releases the Festival, its owners, officers, agents, employees, affiliated companies and all sponsors of the Pittsburgh Renaissance Festival, their representatives and successors (collectively, "Released Persons") from all claims, damages, loses, and expenses of any kind, arising out of the preparation for or participation in the Pittsburgh Renaissance Festival, even though caused by negligence / on the part of a Released Person. Further, Contractor agrees to indemnify and hold harmless the Festival and all other Released Persons from all claims, damages, losses, and expenses (including but not limited to reasonable attorney's fees), of any kind arising out of Contractor's performance or non-performance of the Contract or caused partially or entirely by negligent acts or omissions of Contractor, Contractor's agents or employees, even though caused in part by a Released Person.

11. **INDEPENDENT CONTRACTOR.** Contractor will at all times be an independent contractor rather than an employee or agent of the Festival. As an independent contractor, income taxes and FICA (social security taxes) will not be withheld or paid by Festival for Contractor or any employee of the Contractor, and the Festival will not provide
Contractor with unemployment or worker's compensation benefits. Contractor will be responsible for paying all income taxes and self-employment taxes on Contractor's compensation. (If compensation is $600.00 or more you will receive IRS Form 1099 by January 31, 2022).

2

12. **TERMINATION.** With reasonable cause, the Pittsburgh Renaissance Festival may terminate this Contract effective immediately upon the giving of written notice of termination. Reasonable cause shall include, but shall not be limited to, any failure of the contractor to perform or comply with (a) the terms of the Contract or (b) any written rules and policies of the Festival as now or hereafter adopted or amended.

13. **INTERPRETATION.** This Contract contains the entire agreement between the parties, supersedes all prior agreements and understandings, and may be modified or amended only in a writing signed by all parties. This Contract shall be binding upon and inure to the benefit of the parties, their respective heirs, representatives, successors and assigns. This Agreement shall not be effective until signed by both parties, as well as notarized by independent contractor. Approved and Accepted by:

INDEPENDENT CONTRACTOR                           SOUTH HUNTINGDON LAND LLC.

_____                   _____
Authorized Signer                                Authorized Signer

Date _____                            Date _____

Approved and Accepted by
**INDEPENDENT CONTRACTOR**

_____                   
Authorized Signer                    Date

3

Subscribed and Sworn to before me this _____ day of _____, 2021

by _____ as INDEPENDENT CONTRACTOR.

Witness my hand and official seal.

My commission expires _____.

_____
NOTARY PUBLIC

(SEAL)

**SOUTH HUNTINGDON LAND LLC.**

_____     _____
Authorized Signer                Date

Subscribed and Sworn to before me this _____ day of _____, 2021

by _____ as PRESIDENT of SOUTH HUNTINGDON LAND LLC.

Witness my hand and official seal.

My commission expires _____.

_____
NOTARY PUBLIC

(SEAL)

4

## 2022 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:  Show Name:
James M Amor                    Director
Address/City/State/Zip Code:    Home Phone:
                                Other Phone:
                                Email:
                                Website:
                                Social Security #/Federal Tax ID#:

The undersigned independent contractor(s)("Contractor") and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

**1. PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2022 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 20-21, 27-28, September 3-5, 10-11, 17-18, 24-25,

**2. REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- <u>Perform four (4) promotional events, or others if requested to do so.</u>
- Perform as scheduled by South Huntingdon Land, LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

**3. COMPENSATION.** Contractor will receive: $ ▓▓▓ ($▓▓ per day x 13 days)
**To Be Paid:**  9/05/2022- $▓▓▓  9/25/2022- $▓▓▓ - ▓▓▓ - ▓▓▓

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

**4. ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**




**5. WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an

Doc ID: 22683aa697306cfd769ad07d01d9f0f2a1540ed4

## 2022 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:  Show Name:

Patrica E Amor  Director

Address/City/State/Zip Code:  Home Phone:
Other Phone:
Email:
Website:
Social Security #/Federal Tax ID#:

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

1. **PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2022 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 20-21, 27-28, September 3-5, 10-11, 17-18, 24-25,

2. **REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- Perform four (4) promotional events, or others if requested to do so.
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

3. **COMPENSATION.** Contractor will receive: $  ($ per day x 13 days)
To Be Paid:   9/05/2022-          9/25/2022-

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

4. **ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

5. **WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an

Doc ID: 1255cb804c49b992306117c70845cbd0276b2f69

## 2022 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:  Show Name:
Christine Manns                  Josina Topolino
Address/City/State/Zip Code:
                                 Home Phone:
                                 Other Phone:
                                 Email:
                                 Website:
                                 Social Security #/Federal Tax ID#:

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

**1. PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2022 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 20-21, 27-28, September 3-5, 10-11, 17, 18, 24-25,

**2. REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- Perform four (4) promotional events, or others if requested to do so.
- Perform as scheduled by South Huntingdon Land, LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

**3. COMPENSATION.** Contractor will receive: $ $▮▮▮ ($▮▮ per day x 13 days)
**To Be Paid:**   9/05/2022- ▮▮▮         9/25/2022- ▮▮▮



*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

**4. ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

assistant director

3 childrens' storytime shows per day

**5. WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an

## 2022 PITTSBURGH RENAISSANCE FESTIVAL ENTERTAINMENT CONTRACT

Independent Contractor's Name:

Scott Walton

Address/City/State/Zip Code:

[redacted]

Show Name:

Henry Tudor

Home Phone: [redacted]
Other Phone: [redacted]
Email: [redacted]
Website:
Social Security #/Federal Tax ID#:

[redacted]

The undersigned independent contractor(s)("Contractor") and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

1. **PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2022 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 20-21, 27-28, September 3-5, 10-11, 17-18, 24-25,

2. **REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- <u>Perform four (4) promotional events, or others if requested to do so.</u>
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

3. **COMPENSATION.** Contractor will receive: $ [redacted] ( $ [redacted] per day x 13 days)
To Be Paid:   9/05/2022- [redacted]      9/25/2022- [redacted]

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

4. **ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**

5. **WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an

Doc ID: 64b5f19eef1e7f86afe09f8abc9812b314c69080