# EXHIBIT 2

## AFFIDAVIT

My name is Christine Manns, and I hereby swear and affirm as follows: I am the Director of the Renaissance Festival and know James "Doc" Amor's duties and position at Renaissance Festivals.

Doctor Amor's duties are outlined in his contract. He is an independent contractor. His contract concludes at the end of the Renaissance Festival. His contract is renewed from year to year. He has no control over the running and direction of The Pittsburgh Renaissance Festival. Although in the past he has portrayed the "King", that did not imply he had any actual power. Decisions are made by majority vote. Doctor Amor has no power to speak for the Pittsburgh Renaissance Festival or bind it in any way by contract or otherwise. He is not a spokesperson for the Pittsburgh Renaissance Festival in any public or private controversy. He has not been given any such authority. He may appear in photographs, but these appearances are part of his contract, and he is not compensated for them. Being photographed is in all the cast contracts, all of whom are independent contractors.

James Amor and his team of assistant directors hold auditions each year and score each candidate on various criteria such as voice, dialect, movement, ability to follow directions, and ability to perform in concert with other actors. These scores are compiled, and those candidates with the highest scores are offered positions on the cast. Particular roles in the cast are discussed among the directing staff and are assigned based on needs for the season and individual abilities. The owners of the festival issue contracts for the cast. All casting decisions are subject to the approval of the festival ownership.

In addition, to overseeing the cast, James Amor also serves as an entertainment coordinator on festival days regarding the National Acts (Independent). He checks to ensure there are no issues with the acts and ensures that the actors perform their assigned stages at the times designated by the festival's owner. These duties also include ensuring sound levels at the various stages are not tampered with, and trash does not accumulate backstage during the season.

The roles of the assistant directors are to assist James "Doc" Amor in his cast-related duties and to help guide the cast toward optimum performance levels. Some directors have specific duties such as dialect coaching or fight choreography.

At the West Virginia Renaissance Festival, casting decisions are made by the owners in discussion with James "Doc" Amor. His role is a 'King,' but that should not imply he has had any actual power. Specific roles are discussed and are subject to the approval of the owners. When the directors from Pittsburgh are also down in West Virginia, they are utilized as assistant directors on an as-needed basis.

Sworn and affirmed this ___8___ day of October 2022.

Christine Manns

Commonwealth of Pennsylvania
County of _ALLEGHENY_

Signed (or attested) before me

on _OCTOBER 8ᵗʰ, 2022_
by _CHRISTINE L. MANNS_

Commonwealth of Pennsylvania - Notary Seal
Kenneth A. McCarrell, Notary Public
Allegheny County
My commission expires July 7, 2023
Commission number 1234583
Member, Pennsylvania Association of Notaries

1