# EXHIBIT 4G

