# Facebook Messenger - January 4, 2022







**Lily**

Can I ask if any of them talking now are current fellow cast members? No need to tell me who specifically unless they want to be known to me.

Yes. A few current know about it, and helped Bri (with my information) in a meeting last year regarding Quinn. Most are ex cast because they say Doc called them crazy and banished them from cast

One I know still shows occasionally, but she's tough as nails. I admire her.
One cast member that is current....she recanted after being abused and harassed by Doc

Publicly

You should know who that is

Sure do I was there for that



4

















