

7:27

70%

**Rachel**

Soon after, she was told by Michael Menendez she could re join the small singing group she had been a part of, if she continued to stay "neutural" with Quinn, which James Amor promptly vetoed

It wasn't the joust I was upset about loosing when I went to front gate

We were in a sea shanty group and when Quinn and Amy started rumors that I was quitting I was not invited to travel to other fairest to perform with the group I helped create

I was an original member and when it came down to me or Quinn you know the rest

I didn't want to sing in that group with him so I lost the group

I will add that!

Doc and Patti directly that they were being harassed or otherwise felt uncomfortable?

12:13 PM



I mean looking back in not sure I ever said the word harassment but definitely came forward lol lol

Who did you tell?

They are literally claiming no one ever told them

Ever

Yet they had a mediation with you and Quinn? lololol



I have a big mouth. Everyone knew. I directly told everyone

Including Doc and Patti?

Yes and I also think at the beginning
either nate or Michael was the first
to bring it up to them for mw

Me*

I'm so mad this was so long ago
and I'm bad with the details



Sounds like what Kayla said

Chain of command?



Yupppp!

She said she told Shawn, who
told Michael and Scott, who told
Doc

Well, Doc is claiming he didn't
know about any of these
accusations. Ever

And we each had certain people we
were comfortable with that then

She said she told Shawn, who told Michael and Scott, who told Doc

Well, Doc is claiming he didn't know about any of these accusations. Ever



And we each had certain people we were comfortable with that then relayed messages

Because no one directly told him

That's his argument



I may have talked to Scott too.

No one told me so how was I expected to know?



Yeah no he knew for sure... sigh