**CODE OF CONDUCT :**   Between Doc Amor, Patti Amor and the Cast

**SMILE** Our main product is entertainment; therefore, smile and you will produce smiles. The patron is always treated as if they are correct.

**RESPECT** Be polite and respectful of others. Every year we find ourselves working very close with each other creating the festival. It should go without saying, that a task is made easier through cooperation and respect. Everyone should be treated, as we ourselves would like to be treated. This community is our home; please show courtesy to locals.

**PROPERTY OF OTHERS** Do not touch, pickup, fold, spindle or mutilate things that are not your own. Many of the props, costume items, and tools of our trade are not easy to come by or inexpensive. Meddling with vendor stock and/or stealing will not be tolerated. A person caught stealing will be prosecuted to the fullest extent possible.

**YOUR CHARACTER** During the festival day, remain in character. The fantasy is what it's all about folks! The fact that you can enter a gate and feel like you have been transported back in time to a place, where none of your worries exists, is magical and thrilling.

**COMPLY WITH DRESS CODE** Our costumes must give the people around us the feeling of stepping back in time. If you have questions about what to wear as Renaissance fashion, please call one of the Directors.



**Basic Female Costume** consists of the following:

* Chemise (under dress/blouse)
* Bodice
* Long skirt (women did not normally wear pants during this era)
* Hat or head covering
* Approved Footwear



**Basic Man's Costume** consists of the following:

* Shirt
* **Peasant** –vest or jerkin
* **Noble** – doublet
* Trousers or tights and slops
* Hat – By Royal Order
* Approved Footwear

**HARASSMENT:** **Potential** harassment, sexual or otherwise, will not be tolerated. If you think **you** might be going too far, **you probably are.** Beside any possible legal action, harassment is most certainly your fastest ticket out of the festival. This applies to everyone, patron and participant alike. If you feel harassed, go to someone in management so we can take action.

1

**DRUGS AND ALCOHOL**  IF you have a prescription for medication, please take it as directed. Be sure to notify our directing staff of any medical condition, such as diabetes, so they can take it into account when dealing with you during any emergency. Everyone is responsible for their own well being, but as a group, we encourage monitoring and checking in on fellow cast members from time to time.

If you have illegal possession of a controlled substance on the festival grounds, we will have no choice but to eject you and contact local law enforcement.

Alcohol should not be consumed by cast members at the festival.

**APPEARANCE**  Personal Hygiene is of utmost importance. We expect you to shower daily, use deodorant and present yourself and your character in the manner we have directed you. Those with beards, and mustaches should have them maintained throughout the season. Long hair should be tied back or braided on the festival day. The use of nail polish is not period and therefore not allowed on any nails visible to a patron. Your clothing should be washed weekly and sprayed with Febreeze or a mixture of Vodka/Water on a daily basis. Wear and tear is expected during the course of the season, but at no time should costuming be in such disarray as to be indecent to wear. You are expected to wear the approved costume on all festival days. Any changes or variations must be approved in advance. Any costuming issues will be directed promptly to the Costume Director (Patti Amor).

**DIRECTION**  As an actor, you are expected to do as told when you are told to do something. During rehearsals we will review character development in order to prepare you for the festival day. We will rehearse how you are to perform, we will review/rehearse shows, assign daily duties such as gate, joust, and parapet. However, there will be times on a festival day when you may be requested to assist in other duties, i.e. working the lines at the ticket booth, assisting with any feasts, helping locate a lost child. When this happens to conflict with another commitment you may be obligated to, you may mention the conflict to the management personnel directing you to do otherwise, but their decision is final. Persons that may give you direction are Jim Paradise (owner), Jimmy Paradise, Betty Spreen, Laurie Scholl, Lori Hughes, Doc Amor, Patti Amor and Cowboy.

**PERSONAL HEALTH** : You are responsible for your own well-being. Do not do anything on a festival day that may jeopardize your health and safety. Get proper rest the night before a festival day. Eat properly to ensure you have the energy to perform throughout the day. Drink plenty of water. If it is hot, drink Gatorade or Sqwenchers(we will have these backstage). Use sunblock. Use some bug spray on exposed areas. Though ticks are uncommon they have been found in some parts of the grounds.

If you are not feeling well, inform your directors. We may be able to modify your duties for the day or we may send you home early. We expect you to be at all performance days but we also do not want you to infect the rest of the cast and patrons by being contagious on a festival day.

If you are on medication, make provisions to take it on a festival day. Inform the directing staff of any needs you may have in that regard.

## 2015 PITTSBURGH RENAISSANCE FESTIVAL
## ENTERTAINMENT CONTRACT

Independent Contractor's Name:     Show Name:

Address/City/State/Zip Code:       Home Phone:
                                   Other Phone:
                                   Email:
                                   Website
                                   Social Security #/Federal Tax ID#:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~         ~~~~~~~~~~~~~~~~~~~~

The undersigned independent contractor(s)("Contractor")and South Huntingdon Land LLC., d/b/a the Pittsburgh Renaissance Festival ("Festival") hereby agree as follows:

1. **PERFORMANCES.** Contractor will, during the period of the Festival subject to acts of God and other events not within the Company's control, perform as an independent contractor at the 2015 Pittsburgh Renaissance Festival during the Festival's hours of performance on the following dates (the "Festival Days"):

August 22-23, August 29-30
September 5-6-7, 12-13, 19-20, 26-27, 2015

2. **REQUIREMENTS OF CONTRACTOR.** Contractor agrees to:
- Perform four (4) promotional events, or others if requested to do so.
- Perform as scheduled by South Huntingdon Land ,LLC.
- Participate in the opening ceremonies, daily processional and closing ceremonies.
- Provide a costume suitable to the Renaissance period and all equipment and materials necessary to perform services.
- Comply with any written rules and policies of the Festival and to obey verbal instructions from Festival staff.
- No replacement or substitutions unless agreed upon by Festival management!

3. **COMPENSATION.** Contractor will receive:     Total         X 13 days
To Be Paid: 1)         on or about 9/6/2015  2)         or about 9/27/2015

*Check will not be issued without a social security number or Federal tax ID number.
- One Festival Identification Pass (ID)
- Two complimentary tickets (dates limited)

4. **ADDITIONAL TERMS, AGREEMENTS AND CONDITIONS:**
a) Court Character throughout the Festival Day as per PRF scheduling.
b) Hat Pass NOT Included.
c) Costume Provided by Patti Amor. Actor responsible for footwear, and accessories.
d) Camping not needed.

3

5. **WORKMAN'S COMPENSATION COVERAGE:** Contractor will be performing as an independent contractor at the 2015 Pittsburgh Renaissance Festival. Therefore, contractor is NOT eligible for worker's compensation benefits. Signing and notarizing this agreement by contractor acknowledges this agreement and is binding.

6. **CANCELLATION.** If the Pittsburgh Renaissance Festival is partially or wholly canceled or terminated for any reason, Contractor's compensation shall be proportionately reduced to the extent that Contractor's services are not performed. Upon such cancellation, the Festival's sole obligation and liability shall be to pay Contractor's compensation as so reduced.

7. **NON-PERFORMANCE.** If contractor for any reason does not perform any shows or otherwise does not fully perform any show or otherwise does not fully perform Contractor's services under this contract, Contractor's compensation shall be proportionally reduced to the extent Contractors services are not performed.

8. **USE OF NAME/IMAGE PRESENTATION, ETC.** Contractor hereby permanently and without further compensation authorizes the Festival, or anyone authorized by the Festival, to use Contractor's name, image presentation, likeness, voice, and musical or other sound effects produced by Contractor, in any medium and for any purpose whatsoever, including but not limited to promotion, advertising, trade, or commercial utilization of the Pittsburgh Renaissance Festival.

9. **NON-COMPETE CLAUSE.** Contractor agrees not to perform at any performance venue throughout the year, without the permission of the Pittsburgh Renaissance Festival, within a 100-mile radius of the Pittsburgh Renaissance Festival site, which would be in direct competition with the Pittsburgh Renaissance Festival theme.

10. **WAIVER/INDEMNITY.** Contractor assumes all risks associated with the preparation for or participation in the Pittsburgh Renaissance Festival including, but not limited to, the condition of the Festival premises, the actions of other participants or patrons, and the effects of weather. Knowing these risks and in consideration of the Festival entering into this Contract, Contractor, for Contractor and anyone claiming for, through, or under Contractor, waives and releases the Festival, its owners, officers, agents, employees, affiliated companies and all sponsors of the Pittsburgh Renaissance Festival, their representatives and successors (collectively, "Released Persons") from all claims, damages, loses, and expenses of any kind, arising out of the preparation for or participation in the Pittsburgh Renaissance Festival, even though caused by negligence / on the part of a Released Person. Further, Contractor agrees to indemnify and hold harmless the Festival and all other Released Persons from all claims, damages, losses, and expenses (including but not limited to reasonable attorney's fees), of any kind arising out of Contractor's performance or non-performance of the Contract or caused partially or entirely by negligent acts or omissions of Contractor, Contractor's agents or employees, even though caused in part by a Released Person.

4

11. **INDEPENDENT CONTRACTOR.** Contractor will at all times be an independent contractor rather than an employee or agent of the Festival. As an independent contractor, income taxes and FICA (social security taxes) will not be withheld or paid by Festival for Contractor or any employee of the Contractor, and the Festival will not provide Contractor with unemployment or worker's compensation benefits. Contractor will be responsible for paying all income taxes and self-employment taxes on Contractor's compensation. (If compensation is $600.00 or more you will receive IRS Form 1099 by January 31, 2016).

12. **TERMINATION.** With reasonable cause, the Pittsburgh Renaissance Festival may terminate this Contract effective immediately upon the giving of written notice of termination. Reasonable cause shall include, but shall not be limited to, any failure of the contractor to perform or comply with (a) the terms of the Contract or (b) any written rules and policies of the Festival as now or hereafter adopted or amended.

13. **INTERPRETATION.** This Contract contains the entire agreement between the parties, supersedes all prior agreements and understandings, and may be modified or amended only in a writing signed by all parties. This
Contract shall be binding upon and inure to the benefit of the parties, their respective heirs, representatives, successors and assigns. This Agreement shall not be effective until signed by both parties, as well as notarized by independent contractor.
Approved and Accepted by:

| INDEPENDENT CONTRACTOR | SOUTH HUNTINGDON LAND LLC. |
|---|---|
| _____ | _____ |
| Authorized Signer | Authorized Signer |
| Date _____ | Date _____ |

5