CONVERTED, DISCHARGED, CLOSE_ORDER, CASE_CLOSED

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 14-16775-mdc

|  |  |
|---|---|
| *Date filed:* | 08/22/2014 |
| *Date converted:* | 09/05/2014 |
| *Date terminated:* | 03/30/2015 |
| *Debtor discharged:* | 01/29/2015 |
| *Joint debtor discharged:* | 01/29/2015 |
| *341 meeting:* | 10/14/2014 |
| *Deadline for objecting to discharge:* | 12/13/2014 |
| *Deadline for financial mgmt. course:* | 12/13/2014 |

*Assigned to:* Chief Judge Magdeline D. Coleman
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
No asset

*Debtor disposition:*  Standard Discharge
*Joint debtor disposition:* Standard Discharge

---

**Debtor**
**James M. Amor**
213 N. Kinzer Avenue
New Holland, PA 17557
LANCASTER-PA
SSN / ITIN: xxx-xx-6516
**dba New Design Dental Associates**

represented by **JOHN A. DIGIAMBERARDINO**
Case DiGiamberardino & Lutz, PC
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com

**Debtor**
**James M. Amor**
MAILING ADDRESS
P.O. Box 6
New Holland, PA 17557
BUCKS-PA
SSN / ITIN: xxx-xx-6516

represented by **JOHN A. DIGIAMBERARDINO**
(See above for address)

**Joint Debtor**
**Patricia E. Amor**
213 N. Kinzer Avenue
New Holland, PA 17557
LANCASTER-PA
SSN / ITIN: xxx-xx-3895

represented by **JOHN A. DIGIAMBERARDINO**
(See above for address)

**Joint Debtor**
**Patricia E. Amor**
MAILING ADDRESS
P.O. Box 6
New Holland, PA 17557
BUCKS-PA
SSN / ITIN: xxx-xx-3895

represented by **JOHN A. DIGIAMBERARDINO**
(See above for address)

**Trustee**
**WILLIAM C. MILLER, Esq.**

Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377
*TERMINATED: 09/08/2014*

***Trustee***
**CHRISTINE C. SHUBERT**
821 Wesley Avenue
Ocean City, NJ 08226
(609) 923-7184

represented by **CHRISTINE C. SHUBERT**
10 Teaberry Drive
Medford, NJ 08055
856-983-7735
Email: christineshubert@comcast.net

***U.S. Trustee***
**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2014 | 1 (7 pgs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by James M. Amor, Patricia E. Amor. Government Proof of Claim Deadline: 02/18/2015. Atty Disclosure Statement due 09/5/2014. Chapter 13 Plan due by 09/5/2014. Statement of Current Monthly Income due 09/5/2014. Schedules A-J due 09/5/2014. Statement of Financial Affairs due 09/5/2014. Summary of schedules due 09/5/2014. Statistical Summary of Certain Liabilities due 09/5/2014. Incomplete Filings due by 09/5/2014. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | 2 | Matrix Filed. Number of pages filed: 4, Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | 3 | Statement of Social Security Number Received. Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | 4 (2 pgs) | Exhibit D - Debtor has received counseling and has attached required documents. Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | 5 (2 pgs) | Exhibit D - Debtor has received counseling and has attached required documents. Filed by JOHN A. DIGIAMBERARDINO on behalf of Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | 6 (2 pgs) | Certificate of Credit Counseling Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/22/2014) |
| 08/22/2014 | | Receipt of Voluntary Petition (Chapter 13)(14-16775) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 15243563. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/22/2014) |

| | | |
|---|---|---|
| 08/22/2014 | [7](#)<br>(1 pg) | Certificate of Credit Counseling Filed by JOHN A. DIGIAMBERARDINO on behalf of Patricia E. Amor . (R., Yvette) (Entered: 08/26/2014) |
| 08/26/2014 | [8](#)<br>(1 pg) | Order Entered that unless the following missing documents are filed: Atty Disclosure Statement due 09/5/2014. Chapter 13 Plan due by 09/5/2014. Statement of Current Monthly Income due 09/5/2014. Schedules A-J due 09/5/2014. Statement of Financial Affairs due 09/5/2014. Summary of schedules due 09/5/2014. Statistical Summary of Certain Liabilities due 09/5/2014; It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007.2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within seven days of filing of the petition or else this case may be dismissed without additional notice or hearing after that date. It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 14 days after petition date. (R., Yvette) (Entered: 08/26/2014) |
| 08/26/2014 | | WILLIAM C. MILLER added to case. (R., Yvette) (Entered: 08/26/2014) |
| 08/28/2014 | [9](#)<br>(2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # [8](#))). No. of Notices: 1. Notice Date 08/28/2014. (Admin.) (Entered: 08/29/2014) |
| 09/05/2014 | [10](#)<br>(1 pg) | Praecipe to Convert Case From Chapter 13 to Chapter 7 Fee Amount $25.00 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 09/05/2014) |
| 09/05/2014 | | Receipt of Notice / Praecipe to Convert(14-16775-mdc) [misc,prcnva] ( 25.00) Filing Fee. Receipt number 15286708. Fee Amount $ 25.00. (re: Doc# [10](#)) (U.S. Treasury) (Entered: 09/05/2014) |
| 09/08/2014 | | Convert Case . (J., Randi) (Entered: 09/08/2014) |
| 09/08/2014 | [11](#)<br>(1 pg) | Notice is hereby given in accordance with 11 U.S.C. 342(d): This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P. 5008. . (J., Randi) (Entered: 09/08/2014) |
| 09/09/2014 | 12 | Notice of Appointment of Trustee . CHRISTINE C. SHUBERT added to the case.. (ROSEBORO, DEBORAH) (Entered: 09/09/2014) |
| 09/10/2014 | [13](#)<br>(3 pgs) | BNC Certificate of Mailing - Clerk's Notice Re: Presumption of Abuse.Number of Notices Mailed: (related document(s) (Related Doc # [11](#))). No. of Notices: 25. Notice Date 09/10/2014. (Admin.) (Entered: 09/11/2014) |
| 09/11/2014 | [14](#)<br>(7 pgs) | Chapter 7 Statement of Current Monthly Income and Means Test Calculation (Form 22A) . Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, James M. Amor, Patricia E. Amor, Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 09/11/2014) |

| 09/11/2014 | [15](#)<br>(46 pgs) | Declaration re: *concerning debtors' Schedules*, Disclosure of Compensation of Attorney for Debtor in the amount of $2165.00 Debtors James M. Amor, James M. Amor, Joint Debtors Patricia E. Amor, Patricia E. Amor, Schedules A - J , Summary of Schedules , Statement of Financial Affairs , Statement of Intent. , Statistical Summary of Certain Liabilities Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, James M. Amor, Patricia E. Amor, Patricia E. Amor (related document(s)[1](#)). (DIGIAMBERARDINO, JOHN) (Entered: 09/11/2014) |
| --- | --- | --- |
| 09/15/2014 | [16](#)<br>(4 pgs) | Chapter 13 Trustee's Final Report and Account, Converted. Filed by WILLIAM C. MILLER. (MILLER2, WILLIAM) (Entered: 09/15/2014) |
| 09/19/2014 | [17](#)<br>(3 pgs) | Meeting of Creditors . 341(a) meeting to be held on 10/14/2014 at 09:00 AM at Lancaster Marriott at Penn Square, 25 South Queen Street, Lancaster. Financial Management Course Certificate Due: 12/13/2014. Last day to oppose discharge or dischargeability is 12/13/2014. (H., Lisa) (Entered: 09/19/2014) |
| 09/21/2014 | [18](#)<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # [17](#))). No. of Notices: 19. Notice Date 09/21/2014. (Admin.) (Entered: 09/22/2014) |
| 09/24/2014 | [19](#)<br>(1 pg) | Creditor Request for Notices Filed by GILBERT B. WEISMAN on behalf of American Express Centurion Bank. (WEISMAN, GILBERT) (Entered: 09/24/2014) |
| 10/09/2014 | [20](#)<br>(2 pgs) | Notice of Appearance and Request for Notice by Andrew L. Unterlack Filed by Andrew L. Unterlack on behalf of BANK OF AMERICA, N.A. (Unterlack, Andrew) (Entered: 10/09/2014) |
| 10/10/2014 | [21](#)<br>(1 pg) | Certificate of Service *of Statement of Intention* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, Patricia E. Amor (related document(s)[15](#)). (DIGIAMBERARDINO, JOHN) (Entered: 10/10/2014) |
| 10/17/2014 | | Meeting of Creditors Pending and Not Concluded. *the debtor shall provide the trustee with a valuation of the business property, provide an account receivable run, the P and L statement for the 6 month period prior to the filing of the Bankruptcy petition; Information Due on: 11/6/2014.* (SHUBERT, CHRISTINE) (Entered: 10/17/2014) |
| 11/20/2014 | [22](#)<br>(29 pgs; 7 docs) | Motion for Relief from Stay . Fee Amount $176.00, Filed by BANK OF AMERICA, N.A Represented by Andrew L. Unterlack (Counsel). Objections due by 12/8/2014. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Proposed Order # [5](#) Service List # [6](#) Exhibit Notice of Motion) (Unterlack, Andrew) (Entered: 11/20/2014) |
| 11/20/2014 | | Receipt of Motion for Relief From Stay(14-16775-mdc) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 15568826. Fee Amount $ 176.00. (re: Doc# [22](#)) (U.S. Treasury) (Entered: 11/20/2014) |
| 11/20/2014 | [23](#)<br>(5 pgs; 2 docs) | Notice of (related document(s): [22](#) Motion for Relief from Stay . Fee Amount $176.00,) Filed by BANK OF AMERICA, N.A. Hearing scheduled 12/17/2014 at 10:30 AM at nix2 - Courtroom #2. (Attachments: # [1](#) Service List) (Unterlack, Andrew) (Entered: 11/20/2014) |

| 12/08/2014 | 24<br>(4 pgs; 3 docs) | Response to Motion for Relief From Stay filed by Creditor BANK OF AMERICA, N.A Filed by James M. Amor, Patricia E. Amor (related document(s)22). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 12/08/2014) |
|---|---|---|
| 12/09/2014 | 25<br>(1 pg) | Notice of Appearance and Request for Notice by D. LYNNE FERGUSON Filed by D. LYNNE FERGUSON on behalf of Lancaster County Tax Claim Bureau. (FERGUSON, D.) (Entered: 12/09/2014) |
| 12/10/2014 | 26<br>(1 pg) | Debtor Education Financial Management Course Certificate Filed. Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 12/10/2014) |
| 12/10/2014 | 27<br>(1 pg) | Debtor Education Financial Management Course Certificate Filed. Filed by JOHN A. DIGIAMBERARDINO on behalf of Patricia E. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 12/10/2014) |
| 12/17/2014 | 28 | Hearing Continued on 22 Motion for Relief from Stay . Hearing scheduled 1/27/2015 at 10:30 AM at nix2 - Courtroom #2. Answer filed. (J., Randi) (Entered: 12/18/2014) |
| 01/07/2015 | 29<br>(1 pg) | Notice of Appearance and Request for Notice Filed by PA Dept of Labor and Industry - UCTS. (Bortz, Timothy) (Entered: 01/07/2015) |
| 01/21/2015 | 30<br>(1 pg) | Hearing RESCHEDULED on 22 Motion for Relief from Stay . Fee Amount $176.00, Filed by BANK OF AMERICA, N.A Represented by Andrew L. Unterlack (Counsel). Hearing scheduled 2/2/2015 at 11:00 AM at nix2 - Courtroom #2. (G., Eileen) (Entered: 01/21/2015) |
| 01/22/2015 | | Pending Meeting of Creditors Concluded on: 1/22/2015. (SHUBERT, CHRISTINE) (Entered: 01/22/2015) |
| 01/22/2015 | | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned (without deducting any secured claims): $ 777000.00, Assets Exempt: $ 64173.00, Claims Scheduled: $ 1462518.19, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 1462518.19. Filed by CHRISTINE C. SHUBERT. (SHUBERT, CHRISTINE) (Entered: 01/22/2015) |
| 01/23/2015 | 31<br>(1 pg) | Hearing RE-SCHEDULED on 22 Motion for Relief from Stay .Filed by BANK OF AMERICA, N.A Represented by Andrew L. Unterlack . Hearing scheduled 2/20/2015 at 10:30 AM at nix2 - Courtroom #2. (G., Eileen) (Entered: 01/23/2015) |
| 01/23/2015 | 32<br>(3 pgs) | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 30)). No. of Notices: 31. Notice Date |

| | | 01/23/2015. (Admin.) (Entered: 01/24/2015) |
|---|---|---|
| 01/25/2015 | [33](#)<br>(3 pgs) | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # [31](#))). No. of Notices: 31. Notice Date 01/25/2015. (Admin.) (Entered: 01/26/2015) |
| 01/27/2015 | 34 | Hearing Continued on [22](#) Motion for Relief from Stay . Hearing scheduled 2/20/2015 at 10:30 AM at nix2 - Courtroom #2. Answer filed. (J., Randi) (Entered: 01/28/2015) |
| 01/29/2015 | [35](#)<br>(2 pgs) | Order Discharging Both Debtors. (J., Randi) (Entered: 01/29/2015) |
| 01/31/2015 | [36](#)<br>(4 pgs) | BNC Certificate of Mailing - Order of Discharge. Number of Notices Mailed: (related document(s) (Related Doc # [35](#))). No. of Notices: 23. Notice Date 01/31/2015. (Admin.) (Entered: 02/01/2015) |
| 02/18/2015 | [37](#)<br>(2 pgs; 2 docs) | Praecipe to Withdraw *Answer to Motion for Relief* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor, Patricia E. Amor (related document(s)[24](#)). (Attachments: # [1](#) Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 02/18/2015) |
| 02/18/2015 | [38](#)<br>(2 pgs; 2 docs) | Certificate of No Response to *Motion for Relief from Automatic Stay* Filed by Andrew L. Unterlack on behalf of BANK OF AMERICA, N.A (related document(s)[22](#)). (Attachments: # [1](#) Service List Certificate of Service) (Unterlack, Andrew) (Entered: 02/18/2015) |
| 02/20/2015 | 39 | Hearing on Motion for Relief from Stay . Filed by BANK OF AMERICA, N.A Represented by Andrew L. Unterlack (Counsel). . Cancelled. Reason for Cancellation: Answer withdrawn - Crtnor filed - Order to be entered (related document(s)[22](#)). (G., Eileen) (Entered: 02/23/2015) |
| 02/20/2015 | [40](#)<br>(2 pgs) | Order Granting Motion For Relief From Stay of Bank of America NA (Related Doc # [22](#)) (J., Randi) (Entered: 02/25/2015) |
| 02/27/2015 | [41](#)<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [40](#))). No. of Notices: 1. Notice Date 02/27/2015. (Admin.) (Entered: 02/28/2015) |
| 03/26/2015 | [42](#)<br>(1 pg) | Order approving Trustee's Report, discharging trustee and closing case . (J., Randi) (Entered: 03/26/2015) |
| 03/28/2015 | [43](#)<br>(2 pgs) | BNC Certificate of Mailing -Order to Close Case. Number of Notices Mailed: (related document(s) (Related Doc # [42](#))). No. of Notices: 1. Notice Date 03/28/2015. (Admin.) (Entered: 03/29/2015) |
| 03/30/2015 | | Bankruptcy Case Terminated for Statistical Purposes. (J., Randi) (Entered: 03/30/2015) |

## PACER Service Center

| **Transaction Receipt** | | | |
|---|---|---|---|
| 09/13/2022 17:27:13 | | | |
| **PACER Login:** | courtneyconover | **Client Code:** | 7035496 |
| **Description:** | Docket Report | **Search Criteria:** | 14-16775-mdc Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |