RepeatPACER, Repeat-PAEB, SmBus, PlnDue, DsclsDue, CLAIMS

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Reading)
## Bankruptcy Petition #: 19-11598-pmm

*Assigned to:* Judge Patricia M. Mayer
Chapter 11
Voluntary
Asset

*Date filed:* 03/15/2019
*Plan confirmed:* 01/22/2020
*341 meeting:* 04/30/2019
*Deadline for objecting to discharge:* 06/22/2019

*Debtor*
**James M. Amor**
213 N. Kinzer Ave.
New Holland, PA 17557
LANCASTER-PA
SSN / ITIN: xxx-xx-6516
*dba* **New Design Dental Associates**

represented by **JOHN A. DIGIAMBERARDINO**
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com
*TERMINATED: 09/07/2021*

**STEPHEN MCCOY OTTO**
Law Office of Stephen M. Otto, LLC
833 N. Park Road
Suite 102
Wyomissing, PA 19610
484-220-0481
Email: steve@sottolaw.com

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107
(215) 597-4411

represented by **DAVE P. ADAMS**
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
215- 597-4411
Email: dave.p.adams@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 03/15/2019 | 1 (14 pgs) | Chapter 11 Voluntary Petition for Individual. Fee Amount $1717 Filed by James M. Amor. Atty Disclosure Statement due 03/29/2019. Schedules AB-J due 03/29/2019. Statement of Financial Affairs due 03/29/2019. Summary of Assets and Liabilities Form B106 due 03/29/2019. Incomplete Filings due by 03/29/2019. Small Business Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. List of Equity Security Holders due 3/29/2019. Small Business Balance Sheet or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. Small Business Cash Flow Statement or a Statement Pursuant to 11:1116(B) that no such |

| | | |
|---|---|---|
| | | document has been prepared is due 3/29/2019. Small Business Statement of Operations Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. (DIGIAMBERARDINO, JOHN) Modified on 3/18/2019 (R., Sara). (Entered: 03/15/2019) |
| 03/15/2019 | 2 | Matrix Filed. Number of pages filed: 2, Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/15/2019) |
| 03/15/2019 | 3 | Statement of Social Security Number Received. Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/15/2019) |
| 03/15/2019 | 4 (1 pg) | Certificate of Credit Counseling Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/15/2019) |
| 03/15/2019 | | Receipt of Voluntary Petition (Chapter 11)(19-11598) [misc,volp11a] (1717.00) Filing Fee. Receipt number 21256846. Fee Amount $1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/15/2019) |
| 03/15/2019 | 5 (7 pgs; 6 docs) | Application to Employ John A. DiGiamberardino, Esq. as attorney Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Certificate of Service # 4 Service List # 5 Notice) (DIGIAMBERARDINO, JOHN) (Entered: 03/15/2019) |
| 03/15/2019 | 7 (4 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders. Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor . (R., Sara) (Entered: 03/18/2019) |
| 03/16/2019 | 6 (1 pg) | Creditor Request for Notices Filed by Synchrony Bank. (Smith, Valerie) (Entered: 03/16/2019) |
| 03/18/2019 | 8 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (Atty Disclosure Statement due 03/29/2019. Schedules AB-J due 03/29/2019. Statement of Financial Affairs due 03/29/2019. Summary of Assets and Liabilities Form B106 due 03/29/2019. Small Business Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. List of Equity Security Holders due 3/29/2019. Small Business Balance Sheet or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. Small Business Cash Flow Statement or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019. Small Business Statement of Operations Pursuant to 11:1116(B) that no such document has been prepared is due 3/29/2019.) (R., Sara) (Entered: 03/18/2019) |
| 03/18/2019 | 9 (1 pg) | Notice of Appearance and Request for Notice by DAVE P. ADAMS Filed by DAVE P. ADAMS on behalf of United States Trustee. (ADAMS, DAVE) (Entered: 03/18/2019) |

| | | |
|---|---|---|
| 03/18/2019 | 10<br>(2 pgs) | Order Scheduling Chapter 11 Status Conference. Conference scheduled 3/21/2019 at 11:00 AM at mad - Courtroom 1, Third Floor (Reading Court). ORDERED that Debtor shall file his plan of reorganization and disclosure statement on or before July 15, 2019, utilizing, because Debtor is a sole proprietor, which may constitute a small business, and if Debtor so chooses, Official Form B25A Plan of Reorganization in Small Business Case Under Chapter 11, and Official Form B25B Disclosure Statement in Small Business Case Under Chapter 11. (R., Sara) (Entered: 03/18/2019) |
| 03/19/2019 | 11<br>(21 pgs; 5 docs) | Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181.00 Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit Agreement of Sale # 3 Certificate of Service # 4 Service List) (DIGIAMBERARDINO, JOHN) (Entered: 03/19/2019) |
| 03/19/2019 | 12<br>(2 pgs) | Notice of (related document(s): 11 Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181.00) *objections due 4/2/19* Filed by James M. Amor. Hearing scheduled 4/18/2019 at 09:30 AM at mad - Courtroom 1, Third Floor (Reading Court). (DIGIAMBERARDINO, JOHN) (Entered: 03/19/2019) |
| 03/19/2019 | | Receipt of Motion to Sell Property Free and Clear of Liens under Section 363(f) (19-11598-ref) [motion,msell363] ( 181.00) Filing Fee. Receipt number 21265286. Fee Amount $ 181.00. (re: Doc# 11) (U.S. Treasury) (Entered: 03/19/2019) |
| 03/19/2019 | 13<br>(14 pgs; 6 docs) | Application to Employ High Associates, Ltd. as Real Estate Broker Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Service List # 4 Exhibit Listing Contract with Realtor # 5 Notice) (DIGIAMBERARDINO, JOHN) (Entered: 03/19/2019) |
| 03/20/2019 | 14<br>(2 pgs) | Meeting of Creditors . 341(a) meeting to be held on 4/23/2019 at 02:00 PM at 833 - Chestnut Street. Last day to oppose discharge is 6/22/2019. (H., Lisa) (Entered: 03/20/2019) |
| 03/20/2019 | 15<br>(2 pgs) | Amended Schedule E/F: Creditors Who Have Unsecured Claims *adding creditors* Fee Amount $31 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/20/2019) |
| 03/20/2019 | 16<br>(1 pg) | Amendment to List of Creditors. Fee Amount $31 Number of Pages Filed: 1, Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/20/2019) |
| 03/20/2019 | | Receipt of Schedule E/F - (for first filing and amendments)(19-11598-ref) [misc,schef] ( 31.00) Filing Fee. Receipt number 21269814. Fee Amount $ 31.00. (re: Doc# 15) (U.S. Treasury) (Entered: 03/20/2019) |
| 03/20/2019 | 17<br>(1 pg) | Supplemental Certificate of Service *of Motion to Sell Property Free and Clear of Liens under Section 363(f) and Application to Employ Broker* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)11, 13). (DIGIAMBERARDINO, JOHN) (Entered: 03/20/2019) |
| 03/20/2019 | 18<br>(2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 8)). No. of Notices: 1. Notice |

| | | |
|---|---|---|
| | | Date 03/20/2019. (Admin.) (Entered: 03/21/2019) |
| 03/20/2019 | 19 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 10)). No. of Notices: 1. Notice Date 03/20/2019. (Admin.) (Entered: 03/21/2019) |
| 03/21/2019 | | Receipt of Amended List of Creditors (Fee)(19-11598-ref) [misc,amdcm] ( 31.00) Filing Fee. Receipt number AMENDMENTS SAME DAY. Fee Amount $ 31.00. (re: Doc# 16) (R.) (Entered: 03/21/2019) |
| 03/21/2019 | | Chapter 11 Status Conference Continued. Hearing scheduled 3/22/2019 at 09:30 AM at mad - Courtroom 1, Third Floor (Reading Court). (S., Barbara) (Entered: 03/21/2019) |
| 03/22/2019 | 20 | Status Conference Held and Concluded. (S., Barbara) (Entered: 03/22/2019) |
| 03/22/2019 | 21 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 14)). No. of Notices: 10. Notice Date 03/22/2019. (Admin.) (Entered: 03/23/2019) |
| 03/26/2019 | 22 (2 pgs) | Notice of Appearance and Request for Notice by SHANNON J. POSNER Filed by SHANNON J. POSNER on behalf of Bank of America, N.A.. (POSNER, SHANNON) (Entered: 03/26/2019) |
| 03/26/2019 | 23 (1 pg) | Certificate of No Response to *Application to Employ John A. DiGiamberardino, Esq. as attorney* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)5). (DIGIAMBERARDINO, JOHN) (Entered: 03/26/2019) |
| 03/29/2019 | 24 (38 pgs) | Declaration About Individual Debtor's Schedules , Disclosure of Compensation of Attorney for Debtor in the amount of 15000.00 Debtor James M. Amor, Schedules A/B - J , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities and Certain Statistical Information Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/29/2019) |
| 03/29/2019 | 25 (1 pg) | Cash Flow Statement for Small Business , Statement of Operations for Small Business , Small Business Balance Sheet Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/29/2019) |
| 03/29/2019 | 26 (4 pgs) | Document in re: *Schedule C from 2017 income tax return* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 03/29/2019) |
| 03/29/2019 | 27 (1 pg) | Certificate of No Response to *Application to Employ High Associates, Ltd. as Real Estate Broker* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)13). (DIGIAMBERARDINO, JOHN) (Entered: 03/29/2019) |
| 04/01/2019 | 28 (1 pg) | Order Granting Application to Employ High Associates, Ltd. as Real Estate Broker Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Related Doc # 13) (R., Sara) (Entered: 04/01/2019) |

| | | |
|---|---|---|
| 04/02/2019 | [29](#) (3 pgs) | Response to Motion to Sell Property Free and Clear of Liens under Section 363(f) filed by Debtor James M. Amor Filed by Bank of America, N.A. (related document(s)[11](#)). (POSNER, SHANNON) (Entered: 04/02/2019) |
| 04/03/2019 | [30](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [28](#))). No. of Notices: 3. Notice Date 04/03/2019. (Admin.) (Entered: 04/04/2019) |
| 04/08/2019 | [31](#) (1 pg) | Order Granting Application to Employ John A. DiGiamberardino, Esq. as attorney Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Related Doc # [5](#)) (R., Sara) (Entered: 04/08/2019) |
| 04/10/2019 | [32](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [31](#))). No. of Notices: 3. Notice Date 04/10/2019. (Admin.) (Entered: 04/11/2019) |
| 04/17/2019 | 33 | Meeting of Creditors Continued. Reason for continuance: Request by Debtor's Counsel.. 341(a) meeting to be held on 4/30/2019 at 02:00 PM at 833 - Chestnut Street. (ADAMS, DAVE) (Entered: 04/17/2019) |
| 04/17/2019 | [34](#) (1 pg) | Notice of Change of Address *for creditor, Velocity Capital Group* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 04/17/2019) |
| 04/17/2019 | [35](#) (4 pgs; 2 docs) | Certificate of Service *and Notice to creditors of rescheduled creditor's meeting* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)[14](#)). (Attachments: # [1](#) Service List) (DIGIAMBERARDINO, JOHN) (Entered: 04/17/2019) |
| 04/18/2019 | 36 | Hearing Held on Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (related document(s),[11](#)). Order Entered Granting Motion. (R., Sara) (Entered: 04/18/2019) |
| 04/18/2019 | [37](#) (1 pg) | Order Granting Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO(Related Doc # [11](#)) (R., Sara) (Entered: 04/18/2019) |
| 04/20/2019 | [38](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [37](#))). No. of Notices: 3. Notice Date 04/20/2019. (Admin.) (Entered: 04/21/2019) |
| 04/23/2019 | [39](#) (2 pgs) | Notice of Appearance and Request for Notice by DENISE A. KUHN Filed by DENISE A. KUHN on behalf of Commonwealth of Pennsylvania, Department of Revenue. (KUHN, DENISE) (Entered: 04/23/2019) |
| 04/23/2019 | [40](#) (1 pg) | Creditor Request for Notices Filed by Commonwealth of PA UCTS. (CSU - OUCTS, PA Department of Labor and Industry) (Entered: 04/23/2019) |
| 04/25/2019 | [41](#) (32 pgs) | Monthly Operating Report for Filing Period March 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 04/25/2019) |

| | | |
|---|---|---|
| 05/03/2019 | | Meeting of Creditors Held and Concluded on: 4/30/2019. (ADAMS, DAVE) (Entered: 05/03/2019) |
| 05/03/2019 | 42 (1 pg) | Notice of Appointment of Creditors' Committee Filed by United States Trustee. (ADAMS, DAVE) (Entered: 05/03/2019) |
| 05/22/2019 | 43 | Case reassigned to Judge Magdeline D. Coleman Involvement of Chief Judge Richard E. Fehling Terminated. See Miscellaneous Case Number 19-03003-ref . (A., Clarice) (Entered: 05/22/2019) |
| 06/11/2019 | 44 (29 pgs) | Monthly Operating Report for Filing Period April 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 06/11/2019) |
| 06/19/2019 | 45 (5 pgs; 3 docs) | Motion for Relief from Stay . Fee Amount $181.00, Filed by BRANCH BANKING & TRUST COMPANY Represented by PETER E. MELTZER (Counsel). Objections due by 7/8/2019. (Attachments: # 1 Proposed Order # 2 Exhibit Cert of Service) (MELTZER, PETER) (Entered: 06/19/2019) |
| 06/19/2019 | | Receipt of Motion for Relief From Stay(19-11598-mdc) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 21535753. Fee Amount $ 181.00. (re: Doc# 45) (U.S. Treasury) (Entered: 06/19/2019) |
| 06/19/2019 | 46 (2 pgs) | Notice of (related document(s): 45 Motion for Relief from Stay . Fee Amount $181.00,) Filed by BRANCH BANKING & TRUST COMPANY. Hearing scheduled 7/17/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (MELTZER, PETER) (Entered: 06/19/2019) |
| 07/08/2019 | 47 (4 pgs; 3 docs) | Response to Motion for Relief From Stay filed by Creditor BRANCH BANKING & TRUST COMPANY Filed by James M. Amor (related document(s)45). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 07/08/2019) |
| 07/15/2019 | 48 (4 pgs; 3 docs) | Motion to Set Last Day to File Proofs of Claim Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Proposed Notice) (DIGIAMBERARDINO, JOHN) (Entered: 07/15/2019) |
| 07/15/2019 | 49 (2 pgs) | Notice of (related document(s): 48 Motion to Set Last Day to File Proofs of Claim ) *objections due 8/5/19* Filed by James M. Amor. Hearing scheduled 8/7/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (DIGIAMBERARDINO, JOHN) (Entered: 07/15/2019) |
| 07/15/2019 | 50 (3 pgs; 3 docs) | Motion to Extend time to File Chapter 11 Plan Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 07/15/2019) |
| 07/17/2019 | 51 | Hearing Continued on 45 Motion for Relief from Stay Filed by BRANCH BANKING & TRUST COMPANY Represented by PETER E. MELTZER. Hearing scheduled 7/31/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (R., Sara) (Entered: 07/17/2019) |
| 07/18/2019 | 52 (5 pgs; 3 docs) | Notice of (related document(s): 50 Motion to Extend time to File Chapter 11 Plan) *objections due 8/1/19* Filed by James M. Amor. Hearing |

| Date | Doc # | Description |
|---|---|---|
| | | scheduled 8/7/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (Attachments: # 1 Certificate of Service # 2 Service List) (DIGIAMBERARDINO, JOHN) (Entered: 07/18/2019) |
| 07/19/2019 | 53 (28 pgs) | Monthly Operating Report for Filing Period May 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 07/19/2019) |
| 07/19/2019 | 54 (26 pgs) | Monthly Operating Report for Filing Period June 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 07/19/2019) |
| 07/23/2019 | 55 (3 pgs; 2 docs) | Certificate of Service *of Motion to Set Last Day to File Proofs of Claim, proposed Order, proposed Notice, Notice of Motion, Response Deadline and Hearing Date* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)48). (Attachments: # 1 Service List) (DIGIAMBERARDINO, JOHN) (Entered: 07/23/2019) |
| 07/31/2019 | 56 | Hearing Continued on 45 Motion for Relief from Stay Filed by BRANCH BANKING & TRUST COMPANY Represented by PETER E. MELTZER. Hearing scheduled 9/11/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (R., Sara) (Entered: 07/31/2019) |
| 08/02/2019 | 57 (1 pg) | Certificate of No Response to *Motion to Extend time to File Chapter 11 Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)50). (DIGIAMBERARDINO, JOHN) (Entered: 08/02/2019) |
| 08/06/2019 | 58 (1 pg) | Certificate of No Response to *Motion to Set Last Day to File Proofs of Claim* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)48). (DIGIAMBERARDINO, JOHN) (Entered: 08/06/2019) |
| 08/07/2019 | 59 | Hearing Held on 48 Motion to Set Last Day to File Proofs of Claim Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). Certificate of no objection filed. Order entered. (D., Virginia) (Entered: 08/08/2019) |
| 08/07/2019 | 60 | Hearing Held on 50 Motion to Extend time to File Chapter 11 Plan Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). Certification of no objection filed. Order entered. (D., Virginia) (Entered: 08/08/2019) |
| 08/07/2019 | 61 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 50) Documents Due by 9/20/2019. Chapter 11 Plan due 9/20/2019. (D., Virginia) (Entered: 08/08/2019) |
| 08/07/2019 | 62 (1 pg) | Order Granting Motion To Set Last Day To File Proofs of Claim (Related Doc # 48) Proofs of Claims due by 9/6/2019. (D., Virginia) (Entered: 08/08/2019) |
| 08/10/2019 | 63 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 61)). No. of Notices: 1. Notice Date 08/10/2019. (Admin.) (Entered: 08/11/2019) |

| Date | Doc # | Description |
|---|---|---|
| 08/10/2019 | 64 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 62)). No. of Notices: 1. Notice Date 08/10/2019. (Admin.) (Entered: 08/11/2019) |
| 08/23/2019 | 65 (40 pgs) | Monthly Operating Report for Filing Period July 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/23/2019) |
| 09/10/2019 | 66 (1 pg) | Praecipe to Withdraw *Motion for Relief from Automatic Stay* Filed by PETER E. MELTZER on behalf of BRANCH BANKING & TRUST COMPANY (related document(s)45). (MELTZER, PETER) (Entered: 09/10/2019) |
| 09/11/2019 | 67 | Hearing on Motion for Relief from Stay Filed by BRANCH BANKING & TRUST COMPANY Represented by PETER E. MELTZER Cancelled. Reason for Cancellation: Motion Withdrawn (related document(s)45). (R., Sara) (Entered: 09/11/2019) |
| 09/19/2019 | 68 (5 pgs; 4 docs) | ***Correct Second Motion to Extend time to File Chapter 11 Plan Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Service List) (DIGIAMBERARDINO, JOHN) Modified on 9/20/2019 (D., Virginia). (Entered: 09/19/2019) |
| 09/19/2019 | 69 (2 pgs) | Notice of (related document(s): 68 Motion to Extend time to File Chapter 11 Plan *objections due 10/3/19* Filed by James M. Amor. Hearing scheduled 10/16/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (DIGIAMBERARDINO, JOHN) (Entered: 09/19/2019) |
| 09/19/2019 | 70 (18 pgs; 5 docs) | Objection to Claim Number 3 by Claimant Internal Revenue Service. Filed by James M. Amor. (Attachments: # 1 Proposed Order # 2 Exhibit A - Proof of Claim of IRS # 3 Exhibit B - settlement sheet # 4 Certificate of Service)(DIGIAMBERARDINO, JOHN) (Entered: 09/19/2019) |
| 09/19/2019 | 71 (1 pg) | Notice of Objection to claim *#3 filed by IRS* Filed by James M. Amor (related document(s)70). Hearing scheduled 11/6/2019 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (DIGIAMBERARDINO, JOHN) (Entered: 09/19/2019) |
| 09/25/2019 | 72 (43 pgs) | Monthly Operating Report for Filing Period August 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 09/25/2019) |
| 10/04/2019 | 73 (1 pg) | Certificate of No Response to *Second Motion to Extend time to File Chapter 11 Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)68). (DIGIAMBERARDINO, JOHN) (Entered: 10/04/2019) |
| 10/16/2019 | 74 | Hearing Held on 68 ***Correct Second Motion to Extend time to File Chapter 11 Plan Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). Certification of no objection filed . Order entered. ((D., Virginia) (Entered: 10/17/2019) |
| 10/16/2019 | 75 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 68) Chapter 11 Plan Due by 11/18/2019. (D., Virginia) (Entered: 10/17/2019) |

| | | |
|---|---|---|
| 10/19/2019 | 76<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 75)). No. of Notices: 1. Notice Date 10/19/2019. (Admin.) (Entered: 10/21/2019) |
| 10/31/2019 | 77<br>(2 pgs; 2 docs) | Praecipe to Withdraw *Objection to Claim Number 3 by Claimant Internal Revenue Service* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)70). (Attachments: # 1 Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 10/31/2019) |
| 11/04/2019 | 78<br>(36 pgs) | Monthly Operating Report for Filing Period September 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 11/04/2019) |
| 11/06/2019 | 79 | Hearing on Objection to Claim Number 3 by Claimant Internal Revenue Service Filed by James M. Amor Cancelled. Reason for Cancellation: Objection Withdrawn (related document(s)70). (R., Sara) (Entered: 11/06/2019) |
| 11/18/2019 | 80<br>(81 pgs; 3 docs) | Motion to Approve Disclosure Statement *Application for Conditional Approval of Disclosure Statement and for fixing of dates for the filing of acceptances or rejections to Debtor's Combined Disclosure Statement and Plan*. Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A) (DIGIAMBERARDINO, JOHN) (Entered: 11/18/2019) |
| 11/27/2019 | 81<br>(33 pgs) | Monthly Operating Report for Filing Period October 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 11/27/2019) |
| 12/03/2019 | 82<br>(1 pg) | Order Approving Disclosure Statement and Setting Hearing on Confirmation. Confirmation Hearing scheduled 1/8/2020 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). Last day to Object to Confirmation 1/2/2020. (D., Virginia) (Entered: 12/03/2019) |
| 12/05/2019 | 83<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor in the amount of 18500.00 *AMENDED* Debtor James M. Amor Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 12/05/2019) |
| 12/05/2019 | 84<br>(3 pgs; 2 docs) | Certificate of Service *of Motion to Approve Disclosure Statement Application for Conditional Approval of Disclosure Statement and for fixing of dates for the filing of acceptances or rejections to Debtor's Combined Disclosure Statement and Plan, Ballot and Order dated 12/3/19* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)80). (Attachments: # 1 Order dated 12/3/19) (DIGIAMBERARDINO, JOHN) (Entered: 12/05/2019) |
| 12/05/2019 | 85<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 82)). No. of Notices: 1. Notice Date 12/05/2019. (Admin.) (Entered: 12/06/2019) |
| 12/23/2019 | 86<br>(4 pgs; 3 docs) | Motion to Extend time to Confirm Small Business Chapter 11 Plan Required by 11 U.S.C. 1129(e) Filed by James M. Amor Represented by JOHN A. DIGIAMBERARDINO (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (DIGIAMBERARDINO, JOHN) (Entered: 12/23/2019) |

| Date | Doc # | Description |
|---|---|---|
| 12/23/2019 | 87 (4 pgs; 2 docs) | Objection to Approve Disclosure Statement filed by Debtor James M. Amor *and Objection to Confirmation of Plan* Filed by Commonwealth of Pennsylvania, Department of Revenue (related document(s)80). (Attachments: # 1 Certificate of Service) (KUHN, DENISE) (Entered: 12/23/2019) |
| 12/31/2019 | 88 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 86) . Debtor shall have through and including February 22, 2020 to secure confirmation of his Chapter 11 Plan . (D., Virginia) (Entered: 01/02/2020) |
| 01/04/2020 | 89 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 88)). No. of Notices: 1. Notice Date 01/04/2020. (Admin.) (Entered: 01/05/2020) |
| 01/06/2020 | 90 (35 pgs) | Monthly Operating Report for Filing Period November 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) Modified on 1/7/2020 (D., Virginia).**Corrected to read November rather than December (Entered: 01/06/2020) |
| 01/08/2020 | 91 (6 pgs; 2 docs) | Proposed Consent Order RE: *confirming Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)80, 87). (Attachments: # 1 Exhibit Chapter 11 Plan) (DIGIAMBERARDINO, JOHN) (Entered: 01/08/2020) |
| 01/08/2020 | 92 (3 pgs; 2 docs) | Report of Plan Voting Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (Attachments: # 1 Exhibit summary of balloting) (DIGIAMBERARDINO, JOHN) (Entered: 01/08/2020) |
| 01/08/2020 | 93 | Hearing Held and Continued re: Combined Hearing to Consider and Rule Upon the Adequacy of the Information Contained in the Disclosure Statement and Confirmation of the Plan. Hearing scheduled 1/22/2020 at 12:30 PM at mad - Courtroom 1, Third Floor (Reading Court). (R., Sara) (Entered: 01/08/2020) |
| 01/15/2020 | 94 (3 pgs) | Affidavit Re: *James M. Amor Affidavit in Support of Motion to Approve Disclosure Statement Application for Conditional Approval of Disclosure Statement and for fixing of dates for the filing of acceptances or rejections to Debtor's Combined Disclosure Statement and Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)80). (DIGIAMBERARDINO, JOHN) (Entered: 01/15/2020) |
| 01/15/2020 | 95 (1 pg) | Supplemental Certificate of Service *Application for Conditional Approval of Disclosure Statement and for fixing of dates for the filing of acceptances or rejections to Debtor's Combined Disclosure Statement and Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)80). (DIGIAMBERARDINO, JOHN) (Entered: 01/15/2020) |
| 01/15/2020 | 96 (3 pgs; 2 docs) | Report of Plan Voting Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (Attachments: # 1 Exhibit Summary of Ballot voting) (DIGIAMBERARDINO, JOHN) (Entered: 01/15/2020) |
| 01/15/2020 | 97 (4 pgs) | Objection to Confirmation of Plan Filed by MATTHEW E. K. HOWATT on behalf of United States of America. (HOWATT, MATTHEW) (Entered: 01/15/2020) |

| | | |
|---|---|---|
| 01/22/2020 | [98](#)<br>(6 pgs; 2 docs) | Proposed Consent Order RE: *confirming Plan* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)[80](#)). (Attachments: # [1](#) Exhibit Chapter 11 Plan) (DIGIAMBERARDINO, JOHN) (Entered: 01/22/2020) |
| 01/22/2020 | 99 | Hearing Held re: Combined Hearing to Consider and Rule Upon the Adequacy of the Information Contained in the Disclosure Statement and Confirmation of the Plan. Order entered. (D., Virginia) (Entered: 01/22/2020) |
| 01/22/2020 | [100](#)<br>(2 pgs) | Consent Order Confirming Chapter 11 Plan. (D., Virginia) (Entered: 01/22/2020) |
| 01/24/2020 | [101](#)<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [100](#))). No. of Notices: 17. Notice Date 01/24/2020. (Admin.) (Entered: 01/25/2020) |
| 02/18/2020 | [102](#)<br>(39 pgs) | Monthly Operating Report for Filing Period December 2019 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 02/18/2020) |
| 02/18/2020 | [103](#)<br>(43 pgs) | Monthly Operating Report for Filing Period January 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 02/18/2020) |
| 03/13/2020 | | Case reassigned to Judge Patricia M. Mayer Involvement of Chief Judge Magdeline D. Coleman Terminated. See Miscellaneous Case Number 20-03002-mdc . (A., Clarice) (Entered: 03/13/2020) |
| 06/01/2020 | [104](#)<br>(13 pgs; 5 docs) | Application for Compensation *of Counsel Fees and Costs* for JOHN A. DIGIAMBERARDINO, Debtor's Attorney, Period: 3/15/2019 to 3/5/2020, Fee: $17601.15, Expenses: $898.85. Filed by JOHN A. DIGIAMBERARDINO Represented by Self(Counsel). (Attachments: # [1](#) Proposed Order # [2](#) Exhibit A - time sheet # [3](#) Certificate of Service and Notice # [4](#) Service List) (DIGIAMBERARDINO, JOHN) **Modified on 6/2/2020 to remove the word "Interim" to reflect the PDF**(D., Virginia). (Entered: 06/01/2020) |
| 06/16/2020 | [105](#)<br>(1 pg) | Certificate of No Response to *Application for Compensation of Counsel Fees and Costs* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)[104](#)). (DIGIAMBERARDINO, JOHN) (Entered: 06/16/2020) |
| 06/19/2020 | [106](#)<br>(3 pgs) | Order Granting Application For Compensation (Related Doc # [104](#)) Granting for JOHN A. DIGIAMBERARDINO, fees awarded: $16601.15, expenses awarded: $898.85 (D., Virginia) (Entered: 06/19/2020) |
| 06/21/2020 | [107](#)<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [106](#))). No. of Notices: 1. Notice Date 06/21/2020. (Admin.) (Entered: 06/22/2020) |
| 06/24/2020 | [108](#)<br>(51 pgs) | Monthly Operating Report for Filing Period February 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 06/24/2020) |
| 06/24/2020 | [109](#) | Monthly Operating Report for Filing Period March 2020 Filed by JOHN |

| | | |
|---|---|---|
| | (48 pgs) | A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 06/24/2020) |
| 06/24/2020 | [110](#) (39 pgs) | Monthly Operating Report for Filing Period April 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 06/24/2020) |
| 07/07/2020 | [111](#) (38 pgs) | Monthly Operating Report for Filing Period May 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 07/07/2020) |
| 08/06/2020 | [112](#) (34 pgs) | Monthly Operating Report for Filing Period June 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/06/2020) |
| 08/06/2020 | [113](#) (25 pgs) | Monthly Operating Report for Filing Period July 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 08/06/2020) |
| 08/13/2020 | 114 | Certification of costs - None due ($0.00). (W., Belinda) (Entered: 08/13/2020) |
| 09/28/2020 | [115](#) (7 pgs; 5 docs) | Motion to Compel *the filing of post confirmation disbursement reports and plan implementation reports*, Motion to Convert Case to Chapter 7 . Fee Amount $0, or in the alternative Motion to Dismiss Case. Filed by United States Trustee Represented by DAVE P. ADAMS (Counsel). (Attachments: # [1](#) Proposed Order # [2](#) Proposed Order # [3](#) Proposed Order # [4](#) Service List) (ADAMS, DAVE) (Entered: 09/28/2020) |
| 09/28/2020 | [116](#) (1 pg) | Notice of Motion to Compel[115](#) Filed by United States Trustee. Hearing scheduled 10/27/2020 at 11:00 AM at PENN4 - 4TH fl Courtroom. (ADAMS, DAVE) (Entered: 09/28/2020) |
| 10/01/2020 | [117](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [116](#))). No. of Notices: 19. Notice Date 10/01/2020. (Admin.) (Entered: 10/02/2020) |
| 10/27/2020 | | Hearing Continued on [115](#) Motion to Compel *the filing of post confirmation disbursement reports and plan implementation reports*, Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case Filed by United States Trustee Represented by DAVE P. ADAMS (Counsel). Hearing scheduled 11/24/2020 at 11:00 AM at PENN4 - 4TH fl Courtroom. (S., Barbara) (Entered: 10/27/2020) |
| 11/03/2020 | [118](#) (6 pgs) | Report on Postconfirmation Distribution for the month of First, Second and Third Quarter 2020 post-confirmation reports Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 11/03/2020) |
| 11/16/2020 | [119](#) (6 pgs; 3 docs) | Supporting Response to Motion to Compel filed by U.S. Trustee United States Trustee, Motion to Convert Case to Chapter 7, Motion to Dismiss Case for Other Filed by Commonwealth of Pennsylvania, Department of Revenue (related document(s)[115](#)). (Attachments: # [1](#) Declaration # [2](#) Certificate of Service) (KUHN, DENISE) (Entered: 11/16/2020) |
| 11/23/2020 | [120](#) | Amended Document *Post-confirmation quarterly summary report for 1st,* |

| | | |
|---|---|---|
| | (6 pgs) | *2d, 3rd quarter of 2020* Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor (related document(s)118). (DIGIAMBERARDINO, JOHN) (Entered: 11/23/2020) |
| 11/24/2020 | | Hearing Continued on 115 Motion to Compel *the filing of post confirmation disbursement reports and plan implementation reports*, Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case Filed by United States Trustee Represented by DAVE P. ADAMS (Counsel). Hearing scheduled 2/16/2021 at 11:00 AM at PENN4 - 4TH fl Courtroom. (S., Barbara) (Entered: 11/24/2020) |
| 01/14/2021 | 121<br>(2 pgs) | Monthly Operating Report for Filing Period 4th quarter 2020 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 01/14/2021) |
| 02/11/2021 | 122<br>(3 pgs; 2 docs) | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: B B & T (Claim No. 1) To Truist Bank. Fee Amount $26 To Truist Bank111 Millpoint CirGrennville, South Carolina 29607 Filed by TRUIST BANK. (MOYER, LAUREN) (Entered: 02/11/2021) |
| 02/11/2021 | | Receipt of Transfer of Claim( 19-11598-pmm) [claims,trclm] ( 26.00) Filing Fee. Receipt number A23086034. Fee Amount $ 26.00. (re: Doc# 122) (U.S. Treasury) (Entered: 02/11/2021) |
| 02/14/2021 | 123<br>(3 pgs) | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document(s) (Related Doc # 122)). No. of Notices: 0. Notice Date 02/14/2021. (Admin.) (Entered: 02/15/2021) |
| 02/16/2021 | 124 | Hearing Continued on 115 Motion to Compel *the filing of post confirmation disbursement reports and plan implementation reports*, Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case Filed by United States Trustee Represented by DAVE P. ADAMS (Counsel). Hearing scheduled 3/30/2021 at 11:00 AM at PENN4 - 4TH fl Courtroom. (S., Barbara) (Entered: 02/16/2021) |
| 03/30/2021 | 125 | Hearing Held on 115 Motion to Compel *the filing of post confirmation disbursement reports and plan implementation reports*, Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case. Filed by United States Trustee Represented by DAVE P. ADAMS (Counsel). Motion Withdrawn on Record. (related document(s),115). (S., Barbara) (Entered: 03/30/2021) |
| 04/30/2021 | 126<br>(2 pgs) | Monthly Operating Report for Filing Period First Quarter 2021 Filed by JOHN A. DIGIAMBERARDINO on behalf of James M. Amor. (DIGIAMBERARDINO, JOHN) (Entered: 04/30/2021) |
| 05/12/2021 | 127<br>(2 pgs) | Notice of Appearance and Request for Service of Papers by MARISA MYERS COHEN Filed by MARISA MYERS COHEN on behalf of TRUIST BANK. (COHEN, MARISA) **Modified on 5/13/2021. Edited the the text to match the PDF** (D., Virginia). (Entered: 05/12/2021) |
| 09/07/2021 | 128<br>(6 pgs) | Withdrawal of Appearance of John A. DiGiamberarino and entry of appearance of Stephen M. Otto . (A., Clarice) (Entered: 09/07/2021) |
| 09/24/2021 | 129<br>(18 pgs) | Small Business Monthly Operating Report for Filing Period quarter ending 6/30/21 Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor. (OTTO, STEPHEN) (Entered: 09/24/2021) |

| | | |
|---|---|---|
| 11/02/2021 | 130 (2 pgs) | Withdrawal of Appearance of Denise A.Kuhn and entry of appearance of Melissa L. Van Eck Filed by MELISSA L. VAN ECK on behalf of Commonwealth of Pennsylvania, Department of Revenue. (VAN ECK, MELISSA) (Entered: 11/02/2021) |
| 11/03/2021 | 131 (1 pg) | Order Scheduling Status Conference. (related document(s)128). Conference scheduled 11/30/2021 at 11:00 AM at PENN4 - 4TH fl Courtroom. (D., Virginia) (Entered: 11/03/2021) |
| 11/05/2021 | 132 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 131)). No. of Notices: 1. Notice Date 11/05/2021. (Admin.) (Entered: 11/06/2021) |
| 11/30/2021 | 133 (2 pgs) | Small Business Monthly Operating Report for Filing Period 3rd Quarter 2021 Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor. (OTTO, STEPHEN) (Entered: 11/30/2021) |
| 11/30/2021 | 134 | Status Hearing held and concluded. (S., Barbara) (Entered: 11/30/2021) |
| 12/14/2021 | 135 (40 pgs) | Withdrawal of Appearance of Lauren M. Moyer, Esquire and entry of appearance of Marisa Myers Cohen, Esquire . (A., Clarice) (Entered: 12/14/2021) |
| 03/22/2022 | 136 (2 pgs) | Small Business Monthly Operating Report for Filing Period 4th Quarter 2021 Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor. (OTTO, STEPHEN) (Entered: 03/22/2022) |
| 04/25/2022 | 137 (2 pgs) | Small Business Monthly Operating Report for Filing Period January - March 2022 Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor. (OTTO, STEPHEN) (Entered: 04/25/2022) |
| 06/20/2022 | 138 (9 pgs; 3 docs) | Emergency Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $188.00 Filed by James M. Amor Represented by STEPHEN MCCOY OTTO (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit Exhibit A - Letter of Intent) (OTTO, STEPHEN) (Entered: 06/20/2022) |
| 06/20/2022 | 139 (2 pgs) | Expedited Notice of (related document(s): 138 Emergency Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $188.00) Filed by James M. Amor. (OTTO, STEPHEN) (Entered: 06/20/2022) |
| 06/21/2022 | 140 (1 pg) | Proposed Order Re: *Expedited Scheduling Order* Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor (related document(s)138). (OTTO, STEPHEN) (Entered: 06/21/2022) |
| 06/21/2022 | 141 (1 pg) | Order entered Scheduling EXPEDITED Hearing re:138 Emergency Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $188.00 Filed by James M. Amor Represented by STEPHEN MCCOY OTTO (Counsel). Hearing scheduled 6/28/2022 at 11:00 AM at PENN4 - 4TH fl Courtroom. (D., Virginia) (Entered: 06/21/2022) |
| 06/22/2022 | | Receipt of Motion to Sell Property Free and Clear of Liens under Section 363(f) ( 19-11598-pmm) [motion,msell363] ( 188.00) Filing Fee. Receipt |

| | | |
|---|---|---|
| | | number A24199332. Fee Amount $ 188.00. (re: Doc# 138) (U.S. Treasury) (Entered: 06/22/2022) |
| 06/22/2022 | 142 (5 pgs; 2 docs) | Amended Motion to Sell Filed by James M. Amor Represented by STEPHEN MCCOY OTTO (Counsel). (Attachments: # 1 Proposed Order) (OTTO, STEPHEN) (Entered: 06/22/2022) |
| 06/22/2022 | 143 (6 pgs; 2 docs) | Certificate of Service *of Amended Emergency Motion to Sell Free and Clear of Liens; Order Setting Hearing* Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor (related document(s)142, 141, 138). (Attachments: # 1 Service List) (OTTO, STEPHEN) (Entered: 06/22/2022) |
| 06/23/2022 | 144 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 141)). No. of Notices: 1. Notice Date 06/23/2022. (Admin.) (Entered: 06/24/2022) |
| 06/27/2022 | 145 (5 pgs) | Objection to Motion to Sell filed by Debtor James M. Amor Filed by United States of America (related document(s)142). (HOWATT, MATTHEW) (Entered: 06/27/2022) |
| 06/27/2022 | 146 (4 pgs; 2 docs) | Objection of the Commonwealth of Pennsylvania, Department of Revenue to Debtor's to Debtor's Amended Emergency Motion to Sell Debtor's Business-Related Assets Free & Clear of Liens & Encumbrances Filed by Commonwealth of Pennsylvania, Department of Revenue. (Attachments: # 1 Certificate of Service)(VAN ECK, MELISSA) **Modified on 6/28/2022. Edited the text to match the PDF** (D., Virginia). (Entered: 06/27/2022) |
| 06/28/2022 | 147 (7 pgs) | Final Form of Proposed Bill of Sale Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor (related document(s)142, 141, 138). (OTTO, STEPHEN) (Entered: 06/28/2022) |
| 06/28/2022 | 148 (3 pgs) | Proposed Order Re: *Revised Proposed Order* Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor (related document(s)142). (OTTO, STEPHEN) (Entered: 06/28/2022) |
| 06/28/2022 | 149 | Hearing Held on 138 Emergency Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by James M. Amor Represented by STEPHEN MCCOY OTTO (Counsel). Testimony Taken. Revised Order to be Entered Granting Motion, upon filing by counsel for Debtor.(related document(s),138). (S., Barbara) (Entered: 06/28/2022) |
| 06/28/2022 | 150 (2 pgs) | Proposed Order Re: Filed by STEPHEN MCCOY OTTO on behalf of James M. Amor (related document(s) 149 ). (OTTO, STEPHEN) (Entered: 06/28/2022) |
| 06/29/2022 | 151 (2 pgs) | Order entered Granting Amended Motion To Sell Business-Related Assets Free and Clear of Liens and Encumbrances(Related Doc # 142). (D., Virginia) (Entered: 06/29/2022) |
| 07/01/2022 | 152 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 151)). No. of Notices: 1. Notice Date 07/01/2022. (Admin.) (Entered: 07/02/2022) |

9/13/22, 5:30 PM
Case 5:21-cv-05574-JMG   Document 108-22   Filed 10/11/22   Page 16 of 16
live database Area1

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2022 17:28:22 | | | |
| **PACER Login:** | courtneyconover | **Client Code:** | 7035496 |
| **Description:** | Docket Report | **Search Criteria:** | 19-11598-pmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |