# Plaintiffs' Exhibit 6

1:37
100%
Lily
Honestly Quinn once tried to explain away pedophilia to me, my first year. Saying there were different levels of it and that some were okay
As long as she is safe, if she wants, I'll take her name down too. I just want it to stop and people to know what's really going on
I'm not comfortable getting involved directly at all, for my own safety and mental health. But I can confirm that much.



1:37
100%
Lily
I can verify that Doc has harassed me regularly for my weight, just as much as He has the other larger people on cast. Just awful horrid things.
Unfortunately, what was said was just vile. And most I actually didn't post
It was too bad for posting
I know he does. And he has zero right to



1:38
100%
Lily
Can I ask if any of them talking now are current fellow cast members? No need to tell me who specifically unless they want to be known to me.
Yes. A few current know about it, and helped Bri (with my information) in a meeting last year regarding Quinn. Most are ex cast because they say Doc called them crazy and banished them from cast
One I know still shows occasionally, but she's tough as nails. I admire her.
One cast member that is current....she recanted after being abused and harassed by Doc
Publicly
You should know who that is
Sure do I was there for that



1:38
100%
Lily
Yup
Everyone was, from what I was told
I know it was also the last straw for Menendez
Just those who were working at West Virginia
Doc had the people who had worked WV follow him and the directors into the grounds during rehearsal, separate from the rest of the cast, and proceeded to recant the issues going on, and then directly called her out by name at the end of it. So not the entire cast was present for the intervention specifically, but it got around quickly to other people I'm sure.



1:39
100%
Lily
I made the mistake of getting too close to both Bri and Quinn and now I'm paying the price. I'm certain I'm being smeared all over (as Quinn told me he'd do that if I ever told what I knew)
Does the same to overweight male cast members too not just me
*not just females
That man has zero business being in charge
I know. Yet, he's not thin either
Not even a little
Sure, I'm fat. I sure as fuck am. But that does not detract from my worth as a human being let alone an actress. Same with any of us.



1:39
100%
Lily
Paradise doesn't care so much about cast unfortunately. From what I've seen anyway. We're just replaceable bodies. The only reason I remain on cast at Pgh and WVRF is because I love what I do, it's been my dream since I was a kid.
I wish you could be anywhere else
Honestly lol
You were super kind to me in WV this year. It was difficult to talk to you knowing what I knew though
Had I concrete evidence to speak out, I would, but I can only speak out about what Doc has said personally to me, about my own body. Which I did, at the time it was said, and which is part of the reason we have a stronger code of conduct and HR enforced now. Doc may not listen to it. But it's been heard and brought to attention and hasn't happened since I finally spoke out about it thankfully.



1:40
100%
Lily
Lol
I do want to request to be anonymous if anything I've said would come up elsewhere. For my safety.
Oh absolutely!
Thank you
Until I know you're safely out of that hellhole, or Doc is, I'm definitely willing to.
It's just completely unacceptable
Overheard doc and two other directors discussing Bri and another director at the Xmas party and it did not sound promising. Or nice. So. I dunno about that going forward lol
She hates Doc
Most of us do 😁



1:40
100%
Lily
Most of us do
And as I said, I'm surprised she wasn't immediately fired for me knowing everything I know
His abuse of Patti .... trying to finagle his way into Florida Faires, etc
It would give him away if he did yanno? Would be an indirect confirmation that what came out was true lol
That meeting about Quinn... Lol
It IS lol
It's funny how he's going to try to hide it
And typical
I mean as in, if he did fire her he'd be indirectly admitting and we know he doesn't want to do that lol



1:41
100%
Lily
already out there
I mean he told the whole WVRF cast you were coming and not to interact with you and went off about your blog but wouldn't indicate any specifics. And urged us not to read the blog or seek it out
As I said, the last thing Quinn said to me was that he was going to spread around that I'm crazy and lying if I say anything, "just like I did to everyone else... it worked then and it'll work again....I have Doc backing me up"
You talked to me anyway. Thanks



1:41
100%
Lily
I'm out for good. I can't go places I know are being run by bad people
I'd rather avoid anything that could bring ire my way until I know 100% that I have a leg to stand on to defend myself and those around me.
It's like going on an Epstein cruise because the food is good. I just can't
that's a mood



1:42
100%
Lily
I just hope everyone can come out of their situations in the places they deserve to be. And, with likely misplaced optimism, that those who need to change, actually can. (Looking at you Doc)

