# Plaintiffs' Exhibit 7

 Courtney Conover

Those super emotional ladies on my friends list need to answer this for me, please. Because I can't take it lol.

There are some "logical" conclusions I'll never understand. This is why I can't be close with anyone who uses this train of thought, as to me, it's completely unreasonable. Perhaps SOMEONE on my list can at least make an attempt to help me understand it? I hope?

If you tell your female friend you've been verbally abused by your male "friend"/boss of 20 years. His wife supports him regardless and defends what he says and does, regardless of how sad she feels for your feelings. You worry far more about keeping your "friend"/boss happy and staying friends with them than to recognize the abuse or stand up for yourself.

Then you tell your female friend this same "friend" of yours is best friends with someone accused of rape of minors - at least 3-4 times. You are still convinced most of these beautiful teenaged girls were at fault and "googly eyed" over a 45+ year old man with bad teeth. They're mentally ill. They're the problem. Sometimes you recognize that it "could" be rape, but once they're "of statutory age" (16), they're on their own and it's no longer criminal to you because of "the law". You argue it's not wrong, therefore.

The friend you talk to recognizes that this is considered grooming and taking advantage of minors. This causes life long trauma in most (Look at Susan and Felix Polk, just saying.) Your friend recognizes the emotional abuse being done to you and everyone else around you. Your friend tells you that the "friend" of yours who is abusive to you and besties with a pedo needs to be outed. You refuse. You say you can "handle it". Your friend tells you to handle it then, because if you don't, she'll go public and call them out.

You get the pedo fired, but you continue to protect the "friend" that abuses you, has covered up the acts of the pedo, and abuses his other staff. After a year and a half, and you no longer talking to the friend who wants to go public because she is "mean" and "doesn't understand", she goes public.

The abuser gets his ego bruised, as he's upset the world knows the things he so desperately has tried to cover up. He sues your now ex female friend for defamation, claiming she's lying and never got the information from you or anyone else - but made it up (no reason for this is given)

You are called to testify in a deposition/affidavit for the trial. You continue to defend the abuser. You backtrack on every statement you originally made, now being vague or claiming you don't remember. Your abuser "friend" fires you from your job for telling on him. He blocks you and you're no longer friends with either him or his wife. You are upset and you blame everything on yourself and your female friend who told. Your "logic" is: "It's all our fault. If I hadn't been indiscreet and told someone else about HR information and other private details when I was upset, I would still have my friends and my job. She is a backstabbing betrayer who lost me everything I care about most."

Please explain this to me like I'm 5.

👍 Like          💬 Comment

