# Plaintiffs' Exhibit

# 9

 **Courtney Conover**
4h

I would like to say here that last night, I found out very disturbing news about the owners of the Pittsburgh and Colorado Renaissance Festival - the Paradises.

They fired Bri ("chose not to renew her contract") due to "releasing to the public confidential HR information". Translation: She told ME all of the horrific things that had been done at the festival to underage girls over the last 10 years, and how Doc and Patti covered them up and smeared the young ladies, taking the side of the pedophile rapist - Gene "Quinn" Harlin.

Due to Bri's efforts, Quinn is no longer employed at the festival. But, due to telling me, and me telling the world, the TRUTH about the festival's ACTUAL activities (illegal ones), she was let go.

This, for one, violates the federal whistleblower law (yes, it applies to independent contractors). Also, doesn't it sound eerily close to "we gotta prosecute the LEAKER of the overturning of Roe v Wade brief!". They care more about the fact it got out than what they have done to harm others. This speaks VOLUMES about the people who own the Pittsburgh and Colorado Festivals.

I came to find out last night Bri was not the sole victim of the Paradise's vengeance for telling the public about their misdeeds. One of my informants, who was a current cast member until two weeks ago, was found out by Doc. Although I took great pains to disguise her identity, he somehow figured it out. She was given the same email - they are not renewing her contract.

Disgustingly, her cast husband was sent another email, stating he could rejoin cast if he chose to, but he may want to discuss it with her first because of "the issues with your wife".

Fuck Jim Paradise. Fuck their entire Renaissance Faire empire. And if you continue to work for them, fuck you too. You're complicit.

2                                                                                   7 Comments

 Like                                                          Comment

2