# Plaintiffs' Exhibit 10

5/26/22, 7:39 PM — Case 5:21-cv-05574-JMG Document 109-10 Filed 10/11/22 Page 2 of 3
Case 5:21-cv-05574-JMG Document 75 Filed 09/13/22 Page 138 of 142
Screenshot (110).png (372×675)



5/26/22, 7:40 PM
Case 5:21-cv-05574-JMG  Document 109-10  Filed 10/11/22  Page 3 of 3
Case 5:21-cv-05574-JMG  Document 75  Filed 09/13/22  Page 139 of 142
Screenshot (113).png (366×356)



**Courtney Conover**
Just now

I'm genuinely sick and tired of being a good person that always agrees to help everyone who asks. Are you in need? I gotchu. Are you in pain? I gotchu. Are you in need of a shoulder or an ear? I'm there. Do you need someone to fight for you because you don't have the strength or the courage? I'm there for you.

And every time, somehow, it gets twisted by the majority of people who think I'm the villain when I'm only trying to help other people who have asked for it. All I did today was reach out to someone I know feels the same way about the Doc situation and could help me. Instead, I got ranted and raved against as though I'm selfish and tyrannical myself. I don't understand it.

Someone seriously needs to stop being scared to tell me and just tell me why so many people have cut me off or are angry with me for doing the right thing? Because you're telling me, by your actions, you think it's wrong to help people who ask for it. Please explain how helping people who have been hurt and traumatized makes me the victim.

👍 Like       ↪ Share