Plaintiffs' Exhibit 14

9:57 PM
09/11/22
Cash Basis

# NEW DESIGN DENTAL ASSOCIATES
## Profit & Loss YTD Comparison
### January through May 2022

| | Jan - May 22 | Jan - May 21 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| GRANT - COVID 19 | 0.00 | 10,000.00 | -10,000.00 |
| 4010 · Refunds | 0.00 | -207.64 | 207.64 |
| 4100 · Fees | | | |
| 4102 · Patient Fees | 133,140.61 | 148,447.57 | -15,306.96 |
| Total 4100 · Fees | 133,140.61 | 148,447.57 | -15,306.96 |
| **Total Income** | 133,140.61 | 158,239.93 | -25,099.32 |
| **Gross Profit** | 133,140.61 | 158,239.93 | -25,099.32 |
| **Expense** | | | |
| Medial Tests | 51.34 | 0.00 | 51.34 |
| 6020 · Advertising (6020) | 282.20 | 354.25 | -72.05 |
| 6051 · Automobile Expense (6050) | 226.53 | 32.25 | 194.28 |
| 6130 · Bank Service Charges (6130) | 3,257.49 | 2,977.29 | 280.20 |
| 6390 · Dues & Subscriptions (6390) | 405.00 | 350.00 | 55.00 |
| 6477 · Employee Training ( 6477) | 0.00 | 225.00 | -225.00 |
| 66900 · Reconciliation Discrepancies | -264.18 | -875.00 | 610.82 |
| 6820 · Insurance (6820) | | | |
| Auto | 0.00 | 397.49 | -397.49 |
| Building | 1,100.91 | 1,068.80 | 32.11 |
| 6415 · Malpractice Insurance | 508.00 | 508.00 | 0.00 |
| 6420 · Work Comp | 340.65 | 334.79 | 5.86 |
| 6820 · Insurance (6820) - Other | 0.00 | 2,770.16 | -2,770.16 |
| Total 6820 · Insurance (6820) | 1,949.56 | 5,079.24 | -3,129.68 |
| 6910 · Laboratory Fees (6910) | 4,073.03 | 3,260.65 | 812.38 |
| 6930 · Legal & Professional (6930) | | | |
| 6650 · Accounting | 2,200.00 | 2,900.00 | -700.00 |
| 6660 · Legal Fees | 596.00 | 1,623.93 | -1,027.93 |
| 6930 · Legal & Professional (6930) - Other | 3,273.66 | 2,852.50 | 421.16 |
| Total 6930 · Legal & Professional (6930) | 6,069.66 | 7,376.43 | -1,306.77 |
| 6950 · Licenses & Permits (6950) | 450.00 | 766.00 | -316.00 |
| 7070 · Meetings & Seminars(7070) | 0.00 | 84.87 | -84.87 |
| 7240 · Postage & Delivery (7240) | 1,121.79 | 1,338.34 | -216.55 |
| 7300 · Refuse Removal (7300) | | | |
| Infectious Waste | 97.59 | 31.58 | 66.01 |
| Total 7300 · Refuse Removal (7300) | 97.59 | 31.58 | 66.01 |
| 7310 · Rent (7310) | | | |
| Covid | 19,000.00 | 19,000.00 | 0.00 |

9:57 PM
09/11/22
Cash Basis

# NEW DESIGN DENTAL ASSOCIATES
## Profit & Loss YTD Comparison
### January through May 2022

| | Jan - May 22 | Jan - May 21 | $ Change |
|---|---:|---:|---:|
| Total 7310 · Rent (7310) | 19,000.00 | 19,000.00 | 0.00 |
| 7350 · Repairs & Maintenance (7350) | | | |
|   6730 · Computer Repairs | 0.00 | 1,007.87 | -1,007.87 |
|   7350 · Repairs & Maintenance (7350) - Other | 245.00 | 386.13 | -141.13 |
| Total 7350 · Repairs & Maintenance (7350) | 245.00 | 1,394.00 | -1,149.00 |
| 7440 · Salary & Wages (7440) | | | |
|   Salary - Employee | 40,907.84 | 43,135.31 | -2,227.47 |
|   66000 · Payroll Expenses | 4,269.99 | 4,785.94 | -515.95 |
| Total 7440 · Salary & Wages (7440) | 45,177.83 | 47,921.25 | -2,743.42 |
| 7490 · Clinical Supplies (7490) | | | |
|   COVID SUPPLIES | 0.00 | 1,646.95 | -1,646.95 |
|   7490 · Clinical Supplies (7490) - Other | 6,775.27 | 8,611.89 | -1,836.62 |
| Total 7490 · Clinical Supplies (7490) | 6,775.27 | 10,258.84 | -3,483.57 |
| 7495 · Office Supplies (7495) | 5,034.95 | 4,639.89 | 395.06 |
| 7560 · Taxes (7560) | | | |
|   Employer FUTA Tax Expense | 108.62 | 0.00 | 108.62 |
|   6840 · Local | 716.46 | 0.00 | 716.46 |
|   7560 · Taxes (7560) - Other | 9,608.38 | 9,117.95 | 490.43 |
| Total 7560 · Taxes (7560) | 10,433.46 | 9,117.95 | 1,315.51 |
| 7610 · Telephone (7610) | | | |
|   Answering Service | 543.66 | 425.90 | 117.76 |
|   Cellular Phones | 1,041.45 | 833.16 | 208.29 |
|   Local Service | 190.01 | 302.32 | -112.31 |
|   Long Distance | 0.00 | 1,228.99 | -1,228.99 |
|   7610 · Telephone (7610) - Other | 820.02 | 0.00 | 820.02 |
| Total 7610 · Telephone (7610) | 2,595.14 | 2,790.37 | -195.23 |
| Total Expense | 106,981.66 | 116,123.20 | -9,141.54 |
| Net Ordinary Income | 26,158.95 | 42,116.73 | -15,957.78 |
| Other Income/Expense | | | |
|   Other Expense | | | |
|     6822 · Health Insurance | 9,115.35 | 9,132.45 | -17.10 |
|     6825 · Draw - Jim personal tax paymts | -1,000.00 | 0.00 | -1,000.00 |
|   Total Other Expense | 8,115.35 | 9,132.45 | -1,017.10 |
| Net Other Income | -8,115.35 | -9,132.45 | 1,017.10 |

9:57 PM
09/11/22
Cash Basis

# NEW DESIGN DENTAL ASSOCIATES
## Profit & Loss YTD Comparison
### January through May 2022

|  | Jan - May 22 | Jan - May 21 | $ Change |
|---|---|---|---|
| Net Income | 18,043.60 | 32,984.28 | -14,940.68 |