# Plaintiffs' Exhibit
# 17

*Life is Not Always Faire*

# "That Guy is Toxic and High Off His Own Farts" 😁 (TND III)

February 20, 2022



**DARVO** (or how people try to escape accountability)

**D**eny the behavior
**A**ttack the individual doing the confronting
**R**everse the roles of Victim and Offender

The perpetrator assumes the victim role and turns the true victim (or the whistle blower) into an alleged offender / attacker by trying to *undermine their credibility* through *false accusations*.

I'd only had the commentary from friends, and so I wanted better clarity and objectivity by asking complete strangers with no attachment or stake in the matter, to decide who the asshole *actually* is when it comes to the meltdown of the friendship Randal and I had.

So, I went to the Reddit r/AmITheAsshole forum and asked.

Here are the results:

9/21/22, 5:06 PM                                    "That Guy is Toxic and High Off His Own Farts" 😁 (TND III)



> **r/AmItheAsshole**
> u/SyraLyn234 · 1d
>
> ## AITA for wanting credit for my photography work from a friend?
>
> **Not the A-hole**
>
> My friend is a performer and regularly gets freebies from people. He hates photographers who put watermarks on their photos to prevent theft/plagiarism, because he sees it as the photographer having a large ego. He only begrudgingly posts any pictures with watermarks.
>
> He asked me to do a photoshoot over a weekend for him since I take photos every time I see him and other acts. He had a new show he said he needed to pitch to other places so he could get more money, and needed photographs for it. I said I'd be glad to take a few while I was at the show (I planned on one per day over the weekend). He said that was not good enough, and I had to be there every show both days. I then saw it as a job because it wasn't something I'd normally do. I told him I'd not charge him because he's my friend (he scoffed angrily at the idea of being charged) and I said I'd just want photo credit.
>
> During the shoot, he bossed me around the entire time. Telling me where to go, stand, what angles he needed, what shots he still hadn't gotten, etc.
>
> He never credited me. We had 3 conversations about it and I decided to let it go because he was never going to budge.
>
> Until a mutual was hired to revamp his website. I told her if she expected pay or credit to make sure she had a contract. She said it wasn't possible he wouldn't pay her for her work and asked why I said that. I told her about the photography credit.

9/21/22, 5:06 PM

"That Guy is Toxic and High Off His Own Farts" 😂 (TND III)





3:31

← 🟣 r/AmItheAsshole

He never credited me. We had 3 conversations about it and I decided to let it go because he was never going to budge

Until a mutual was hired to revamp his website. I told her if she expected pay or credit to make sure she had a contract. She said it wasn't possible he wouldn't pay her for her work and asked why I said that. I told her about the photography credit.

A few days later, he stormed in my inbox cursing me out for telling the woman to get a contract. He said I was "talking shit" about him, I was a petty psycho for wanting photo credit and still being irked by it.

When I told my friends, one linked my photography page to the cover photo and albums he'd been using for almost a year that I took. He went into my friend's inbox and demanded to know why she would credit me for my work, then deleted her comment.

He's now been telling people I'm a bad friend that will betray everyone.

He says I'm obviously the asshole. I disagree. What do you think?

⬆ 6 ⬇    💬 35    Share

9/21/22, 5:06 PM  "That Guy is Toxic and High Off His Own Farts" 😂 (TND III)



9/21/22, 5:06 PM                                   "That Guy is Toxic and High Off His Own Farts" 😅 (TND III)











9/21/22, 5:06 PM  "That Guy is Toxic and High Off His Own Farts" 🎭 (TND III)



9/21/22, 5:06 PM                              "That Guy is Toxic and High Off His Own Farts" 😁 (TND III)



9/21/22, 5:06 PM                           "That Guy is Toxic and High Off His Own Farts" 😂 (TND III)



They **ALL** seem to agree that I was not the one who actually ended this friendship.  He was.  They all seem to agree that I **SHOULD HAVE** been the one to do so, but I didn't.  I guess he only wants people around him he can sponge off of and he will always refuse to give proper respect or any courtesy of any kind for those who do everything for him.



The funny part about this post is that I didn't even tell them about everything ELSE I did for him lol If I'd added the advertising editing, the screenshot searches, the digging for industry information for him, etc etc etc.  I think they might have been even more against him than they are now.

I'd seriously like to know how he can be so adamant that I was the problem.  I guess if you're not the obedient slave of Randal Scott, you are worthless and worthy of being smeared across the circuit.



To leave a comment, click the button below to sign in with Blogger.

SIGN IN WITH BLOGGER



9/21/22, 5:06 PM | "That Guy is Toxic and High Off His Own Farts" 😁 (TND III)

## Popular posts from this blog

### The Narcissistic Duelist

May 22, 2021



DISCLAIMER: I'm going to say upfront that I will be posting minimal screenshots in this blog, because they are embarrassing to me. It is not because I did …

**READ MORE**

### The Gaslighting Champion (The Perpetual Victim is Actually A Criminal II)

November 27, 2021

This is just going to be a quick follow-up to my previous post, as some things were already addressed in detail in part 1. Out of sheer, morbid curios…

**READ MORE**

Powered by Blogger

Theme images by Galeries





**COURTNEY**

VISIT PROFILE

# Followers

Followers (0)

Follow

Archive ⌄