# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, <br>             Plaintiffs, <br><br> v. <br><br> COURTNEY CONOVER, <br>             Defendant. | : <br> : <br> : <br> :    Civil No. 5:21-cv-05574-JMG <br> : <br> : <br> : |

## ORDER

**AND NOW**, on this 13th day of October, 2022, in consideration of the proposed post-trial jury instructions e-mailed to the parties on October 12, 2022, the parties, Plaintiffs and Defendant, and hereby **ORDERED** to notify the Court in writing of any and all objections to the proposed post-trial jury instructions by the end of today, October 13, 2022.

BY THE COURT:

*/s/ John M. Gallagher*_____
JOHN M. GALLAGHER
United States District Court Judge