# https://www.gardenspotdentalcare.com/about-us
# Daniel C. West, DMD, MAGD, MICOI, MIAMDI

Dr. Daniel C. West has been practicing dentistry in the New Holland area since 1982. He received his B.S. degree in Biology, magna cum laude, from Eastern Nazarene College in Boston, MA. He then graduated from the University of Pittsburgh School of Dental Medicine in 1982. Prior to practicing dentistry, he performed research in anesthesiology at the University Of Pittsburgh School Of Medicine. Dr. West has published papers in the field of anesthesia/pain control, as well as completing several surgical/hospital rotations. He has been a member of the faculty of the University Of Pennsylvania School Of Dental Medicine, where he has taught dental students in the Department of Restorative Dentistry. He has lectured internationally in medical and dental schools in Russia and Ukraine. Dr. West has been recognized by the American Dental Association for meritorious dental service to the medical community of Russia and Ukraine. The Academy of General Dentistry has awarded him the distinction of "Master", the highest level of achievement a dentist can attain in the Academy. Additionally, Dr. West was the first dentist in Central Pennsylvania to be identified as a Master of the International College of Oral Implantologists and the International Academy of Mini Dental Implants. Dr. West is a graduate of the post-doctoral program in Dental Cosmetics and Aesthetics at New York University School of Dental Medicine, taught by the world renowned Dr. Larry Rosenthal, aesthetic dentist. Dr. West has been twice awarded the Outstanding Young Men of America distinction and is named in Who's Who Among Students in

American Colleges and Universities, Who's Who in Religion, Who's Who Among Rising Young Americans, Who's Who in America, Who's Who in the World, Who's Who in Science and Technology, and Who's Who in Business and Technology. He is the former Chairman of the Board of Trustees for Eastern Nazarene College in Boston, Massachusetts. Dr. West is very active in family and church activities. He and his family have resided in Lancaster County for over 40 years.