

**Re: WV concerns**

On Sun, Jun 20, 2021 at 7:27 AM, James Amor <damor@pittsburghrenfest.com> wrote:

Howdy y'all,

We are at third weekend down here. Great big crowd yesterday, numbers were around 2k attendance. Long food lines. Packed joust shows.

Courtney was there yesterday and probably will be there part of today. All security and management had photos of her to observe her throughout the day. She stayed far away from us, Randal, and Amy. That was good, hope she does the same today.

That brings us to Amy. First weekend Amy, wearing a fairy costume, went down with the heat 1 hr after gate. She stayed in the green room asleep on the couch most of the day and when I had to go to the green room, because my allergies had turned my nose into a fountain, she apologized for being sick. I was there a half hour and at that point she began to throw up. Some 6 hrs after she went down with the heat. She had gotten out of costume when she first got to the green room. This weekend Amy was off the street 1 hr after gate, briefly reappeared around 2PM but spent the rest of the day sleeping in the green room because she was tired. I can't