← **Re: WV concerns**

costume when she first got to the green room. This weekend Amy was off the street 1 hr after gate, briefly reappeared around 2PM but spent the rest of the day sleeping in the green room because she was tired. I can't judge why she is tired but school is out and I suspect her being tired is her own fault. When we went to the dressing room to confront her (Patti, Christine and myself) she apologized and in short order began throwing up.

This morning she texted she was going home a d that she needs to take care of her health. I asked her to get a medical evaluation before Pittsburgh. I know Paradise will cut her if she does this at Pittsburgh. And frankly I can see why. My opinion is that she may be bulimic and have concerns that she can make herself vomit easily to sort of reinforce the "see I told you I was sick" argument.

Of course this throws the scenario off for the season about the wedding arc. Will have to tweak that.

In other news we will most likely bring Ricky on board at Pittsburgh. He was a fairy in 2019 at WVRF and is our plague doctor this year. He is all in black with the full leather mask and takes only 1/2 hr break in the green room when it is really hot. He is interactive with kids and will be a great asset. He comes from Cleveland. No drama sort of guy.



Delete | Archive | Move | Reply | More