

On Thu, Oct 21, 2021 at 9:42 PM, Brianna Kube <rubysunshine32@gmail.com> wrote:

No, she's talking about Carolina, she moved there.

On Thu, Oct 21, 2021 at 9:17 PM Christine Rauch <CLRauch@hotmail.com> wrote:

So unless I am reading this wrong (which I could be) she is really only complaining about wait times. Like getting in/out of faire and for food at faire. If that is the case she is complaining for the sake of complaining because you could look at the lines (inside anyway) and know you are going to have to wait a while. Hopefully that is all that this is. From the way I am reading this, it is a dig on JP and Jr. for now being properly staffed.

If somehow there is more to this. I am missing it. Maybe I reread the same stuff, idk... if I am please let me know. I do know that I didn't talk to her. I actually didn't even know that she showed up.

Christine

Sent from my iPhone

On Oct 21, 2021, at 3:27 PM, Scott Walton <scott.walton1@yahoo.com> wrote:

I know I haven't mentioned anything.  Heck, by tomorrow, I will forget who this woman is.

On Thursday, October 21, 2021, 01:50:45 PM EDT, Brianna Kube <rubysunshine32@gmail.com> wrote:

I haven't spoken a word to anyone about this. :/

On Thu, Oct 21, 2021 at 12:13 PM James Amor <damor@pittsburghrenfest.com> wrote:

This is more about me this time.  Some of it I have heard before.  I suspect we have a leak still.

Doc