**Cancel**　　　**New message**　　　🔒

To:　**Amy Hotovchin,**　　　　＋

sadly can't join pittsburgh cast this year.

Aww no 😢

budget issues. understandable.

There is that

(Honestly though you're probably dodging a bullet)

i guess 🧝

I mean it sucks but imagine the bullshit you dealt with and multiply it by about six

yeah. anne, brennan, and quinn? no thanks. guess you're right.

I know I am. Not to mention directors butting heads and doc threatening violence

oh boiii

Mhm