**Carolina Renaissance Festival**  🛍 Shop on Website   👍 Liked   💬 Message   🔍   •••



should be there but we know that's a lie again. 1st time going didn't know it was gonna be like this

Like   Reply   50w

**Courtney Conover**
One full hour in line. Moved all of .4 of a mile. Still 0.6 from even the turn. You better be issuing partial refunds for this incompetence

1 hour 15 minutes in line, moved all of 0.5 total. Still have half a mile to even the entrance. If it's true you hired cops and not legit parking staff, you need to fix that. No wonder there's problems 🤦

Like   Reply   50w   Edited

**Courtney Conover**
Wish I could get there but the line is so bad I'm still a mile away and moving all of 1/10th of a mile every ten+ minutes. At this rate I'll miss half the day.
Whatever is wrong, y'all need to fix it.
The line should never extend to the main road.

Like   Reply   50w   Edited                                                  👍 6

**Barry Morrow**
**Courtney Conover** tell it.   
Like   Reply   50w

**Courtney Conover**
**Barry Morrow** oh I have zero issues telling it. I just don't think they'll listen that it's unacceptable.
Like   Reply   50w

**Barry Morrow**
**Courtney Conover** I called them on the phone. I said "are y'all letting people in? We've been sitting in traffic over

Shop non-stop at the Carolina Renaissance Festiv...
 Look Sew Good, Wild Sparrow Strings and 131 others
3.3K views · 3 days ago

**Upcoming events**                                      See all

 **SAT, OCT 1 - OCT 2**
**Save $24 > Adult Admission > Opening Weekend Only**
Carolina Renaissance Festival
Theater · 1,738 guests

⭐ Interested

**SAT, OCT 8 - OCT 9**
**Kid's Free Weekend!**
Carolina Renaissance Festival
Theater · 4,069 guests