Cancel    **New message**    🔒

To:  **Amy Hotovchin,**    ⊕

> He also pulled me aside with some other directors and told me that I was on thin ice. Honestly I'm only holding on for the paycheck now. Pitt faire may as well be dead to me

> He told me to hang back and Anne was there and I silently begged her to stay with me and he told me that I'm on thin ice. Then he and some other directors left and Bri and Anne stayed with me because I broke. It was worse than the night Anne pulled me aside

😢

> Tbh I was debating on talking to you about this bc I love you but all this happened because you messaged Quinn or whatever. I'm not blaming you for anything, I know that if you knew that it would hurt me you never would have said anything

> Like truly I love you and I know you wouldn't try to hurt me like that. I'm just hanging in there but it's gonna be a long rehearsal period and a long run. Whatev ↓

Aa  😊  👍