Cancel  **New message**

To: Amy Hotovchin,

> Bitch

> I love you so much omg

>> i love you moreeee

>> i heard doc called you out in front of all the pittsburgh cast who were at wv. i'm so sorry. that is some seriously unprofessional bullshit.

> He also pulled me aside with some other directors and told me that I was on thin ice. Honestly I'm only holding on for the paycheck now. Pitt faire may as well be dead to me

> He told me to hang back and Anne was there and I silently begged her to stay with me and he told me that I'm on thin ice. Then he and some other directors left and Bri and Anne stayed with me because I broke. It was worse than the night Anne pulled me aside

>> 😢

> Tbh I was debating on talking to you about this bc I lo ⬇ u but all this happened because you messaged