Courtney | Home

Sep 2, 2019, 8:27 PM

**Courtney Conover**

YES

Sep 2, 2019, 8:27 PM

**Courtney Conover**

His hair is thinning and he's getting grays

Sep 2, 2019, 8:27 PM

**Brianna Kube**

SRSLY??

Sep 2, 2019, 8:27 PM

**Courtney Conover**

He's no spring chicken lol

Sep 2, 2019, 8:27 PM

**Courtney Conover**

lol

Sep 2, 2019, 8:27 PM

**Courtney Conover**

He's 35!!!!!!!