

Sep 12, 2019, 4:45 PM

**Courtney Conover**

You see my comment on that?

Sep 12, 2019, 4:45 PM

**Brianna Kube**

Now she's all over his goddamn cheekbones

Sep 12, 2019, 4:44 PM

**Courtney Conover**

Sep 12, 2019, 4:43 PM

**Courtney Conover**

Sep 12, 2019, 4:43 PM

**Brianna Kube**

He's been liking her pictures/posts. None of my posts.

Sep 12, 2019, 4:42 PM

**Courtney Conover**