briannakube_t93-4emp8w/message_7.html

  Courtney | Home

What about her?

Feb 19, 2020, 7:18 PM

**Brianna Kube**

Fuckin Layne

Feb 19, 2020, 7:18 PM

**Courtney Conover**

What is that?

Feb 19, 2020, 7:18 PM

**Brianna Kube**



Feb 19, 2020, 7:17 PM

**Courtney Conover**

What???

Feb 19, 2020, 7:17 PM

**Brianna Kube**

Is he fucking trying to make me hate him ...?

Feb 19, 2020, 7:17 PM

**Courtney Conover**