**Courtney Conover**

He had one then!

Oct 22, 2020, 4:49 PM

**Brianna Kube**

He technically hasn't rejected you. You didn't technically give him a chance to …

Oct 22, 2020, 4:48 PM