nnakube_t93-4emp8w/message_10.html

  Courtney | Home

Nov 27, 2019, 7:09 AM

**Courtney Conover**

I told him as of right now I'd absolutely love to.. and that you and I would come together.. but I was unsure financially if I would actually be able to swing it. Right now I can't. He said I need to come see them anyway lol

Nov 27, 2019, 7:08 AM

**Courtney Conover**

Yup. Wanted to know if I'd be there. "Coming to visit??" Lol

Nov 27, 2019, 7:07 AM

**Brianna Kube**

Yeah?

Nov 27, 2019, 7:07 AM

**Courtney Conover**

Yeah he asked me if I was coming lol

Nov 27, 2019, 7:07 AM

**Brianna Kube**

I'm sure he can't wait for Brevard at this point!

Nov 27, 2019, 7:07 AM

**Brianna Kube**