/briannakube_t93-4emp8w/message_10.html

f                                                          Courtney      Home

Nov 27, 2019, 7:10 AM

**Brianna Kube**

▶  0:00 / 0:00  ─────────  🔊  ⋮          **Audio 2**

Nov 27, 2019, 7:10 AM

**Courtney Conover**

No. He didn't.

Nov 27, 2019, 7:10 AM

**Courtney Conover**

I mean, priorities lol

Nov 27, 2019, 7:10 AM

**Courtney Conover**

You shouldn't have to. But right now, it's not looking good to come up with it AND see Quinn lol

Nov 27, 2019, 7:10 AM

**Brianna Kube**

▶  0:00 / 0:00  ─────────  🔊  ⋮          **Audio 1**

Nov 27, 2019, 7:10 AM