nakube_t93-4emp8w/message_10.html

     Courtney    Home

No. He didn't.

Nov 27, 2019, 7:10 AM

**Courtney Conover**

I mean, priorities lol

Nov 27, 2019, 7:10 AM

**Courtney Conover**

You shouldn't have to. But right now, it's not looking good to come up with it AND see Quinn lol

Nov 27, 2019, 7:10 AM

**Brianna Kube**

 0:00 / 0:00   ⋮

Nov 27, 2019, 7:10 AM

**Brianna Kube**

If it comes to it, I'll cover it.

Nov 27, 2019, 7:09 AM

**Courtney Conover**

Because I can pull money out my ass lol

Nov 27, 2019, 7:09 AM