nakube_t93-4emp8w/message_1.html

f    Courtney   Home

Get rid of the major problem first

Oct 15, 2020, 10:34 AM

**Courtney Conover**

Good idea

Oct 15, 2020, 10:34 AM

**Brianna Kube**

One problem at a time.

Oct 15, 2020, 10:33 AM

**Brianna Kube**

No, they're holding off on that until after the gb is out.

Oct 15, 2020, 10:33 AM

**Courtney Conover**

You get your endoscopy?

Oct 15, 2020, 10:30 AM

**Courtney Conover**

I'm glad you're finally on the road to recovery

Oct 15, 2020, 10:30 AM