alscott_npuic2zihw/message_1.html

  Courtney | Home

**Courtney Conover**

I said I didn't think he would do it violently or while someone was screaming

Dec 29, 2019, 7:12 PM

**Randal Scott**

that he hasnt assaulted anyone.

Dec 29, 2019, 7:12 PM

**Courtney Conover**

Honestly

Dec 29, 2019, 7:11 PM

**Courtney Conover**

I would do the same thing if anyone came at me like that.

Dec 29, 2019, 7:11 PM

**Courtney Conover**

He had everything printed out and in a folder for legal purposes

Dec 29, 2019, 7:11 PM

**Courtney Conover**

What do you think I'm still defending him on? I'd honestly really like to know that.

Dec 29, 2019, 7:11 PM