dalscott_npuic2zihw/message_1.html

  Courtney | Hom

### Randal Scott

So in a few months I'll get a "so you were right about that...." message
😆 Courtney Conover

Dec 29, 2019, 12:07 PM

### Courtney Conover

You can be a total asshole and still not be a rapist

Dec 29, 2019, 12:06 PM

### Courtney Conover

That's a totally different level

Dec 29, 2019, 12:05 PM

### Courtney Conover

No. He's a jerk and a joke. But no... not that

Dec 29, 2019, 12:05 PM

### Randal Scott

And through this all....you still don't think he forced himself on someone?

Dec 29, 2019, 12:05 PM

### Courtney Conover

he wasn't working for most of it. And I am a person who has to be kind and take care of people...