alscott_npuic2zihw/message_1.html

  Courtney | Home

Dec 29, 2019, 7:31 PM

**Randal Scott**

THAT is defending him

Dec 29, 2019, 7:30 PM

**Courtney Conover**

You have to take all things into account and then make a decision. You can't just blanket statement anyone

Dec 29, 2019, 7:30 PM

**Randal Scott**

"I said I didn't think he would do it violently or while someone was screaming

I think he absolutely could misread signals while drunk and if he wasn't being fought off, then he may consider it consent"

Dec 29, 2019, 7:30 PM

**Courtney Conover**

I just also think specifics are important to an overall view

Dec 29, 2019, 7:30 PM

**Courtney Conover**

I didn't really think I was still doing that

Dec 29, 2019, 7:30 PM