alscott_npuic2zihw/message_1.html

  Courtney    Home

**Courtney Conover**

If she had, it would have changed a lot of things, including any interest in him whatsoever.

Jan 7, 2020, 1:23 PM

**Courtney Conover**

Bri told me something she knew about that she should have told me in the very beginning but chose not to.

Jan 7, 2020, 1:23 PM

**Randal Scott**

still concerned about Quinn are you?

Jan 7, 2020, 1:22 PM

**Courtney Conover**

I know you promised secrecy and I think you should keep that promise. But maybe she should reconsider coming forward with Quinn's future at Faires on the line this Saturday. It would make a huge difference in their decision if there was another claim.

Jan 7, 2020, 12:39 PM

**Courtney Conover**

Is there anything you actually could tell me about the person accusing Quinn of rape? Like a time frame or where it occurred? I have two people who it's bothering me to consider this being, one more likely than the other, if she never actually came forward and told anyone about it.

Jan 7, 2020, 12:37 PM

**Courtney Conover**