dalscott_npuic2zihw/message_1.html

   Courtney    Home

**Courtney Conover**

Not sure that's such a good thing

Sep 22, 2020, 11:17 PM

**Randal Scott**

on the other hand, when I get alzheimers ,so one will know the difference.

Sep 22, 2020, 11:17 PM

**Courtney Conover**

Okay, let me look properly

Sep 22, 2020, 11:16 PM

**Randal Scott**

yeah, pretty much.

Sep 22, 2020, 11:16 PM

**Courtney Conover**

Lol your memory 

Sep 22, 2020, 11:16 PM

**Randal Scott**

not very good feedback tho

Sep 22, 2020, 11:16 PM