dalscott_npuic2zihw/message_1.html

  Courtney | Home

**Randal Scott**

no its not

Jan 7, 2020, 1:31 PM

**Courtney Conover**

But also not surprising.

Jan 7, 2020, 1:29 PM

**Courtney Conover**

That is really atrocious... And sad

Jan 7, 2020, 1:28 PM

**Randal Scott**

you already have enough, you already know enough, you already experienced enough that ONE more out of Multiple claims isn't going to make a difference. And, as far as Im aware, doc and mgmt and faire is well aware of everything they need to make whatever decisions they need to make, and they've made their decisions.

Jan 7, 2020, 1:27 PM

**Courtney Conover**

And I am now concern about the allegation just being one more in a long string... and that if Doc forces him back in faire, that it will happen again

Jan 7, 2020, 1:24 PM

**Courtney Conover**