

**Courtney Conover**
October 16, 2020

Day 2 - I seem to be sleeping just long enough for the pain medication to wear off so I scream when I move to get more, then fall back asleep again.
I'm okay with this.  I do need to make more time to eat and drink, though.