

 **Randal Scott**

Even if we don't speak anymore after this, I'm glad I said it. I deserve to be able to have feelings if something bothers me and to be heard instead of dismissed by anyone in my life.

And I've distanced myself from you a few times before.  For mostly the same reasons. I care about you far more than you care about me. And quite frankly, that's not good for me.  I enjoy being your friend. I enjoy talking to you and getting to know you. I even don't mind the faults you parade around like Macy's on Thanksgiving most of the time lol. I don't hate you one bit. And, in fact, that's the problem. I like you a bit too much.

And so I'd like you to respect me and maybe at least pretend to care about my feelings.  But, I also know that is asking too much.

And by distancing myself from you, I don't have to deal with how I feel when you ask me about all these guys you apparently want me to be dating. Or how badly you need to be getting laid when you reject the option you have right in front of you.

Just give me some time to separate myself.  We can continue a much more distanced friendship where I can still help with anything you need for your business if you so choose later on.

I apologize to you now for getting too close. That was my fault. And again, I'm sorry. I wish you all the best.

Signed,



Yeah yeah yeah. I'm emotional. So sue me. At least I'm a good person.



Randal Scott

Profile   Mute   Search

**Media, files and links**

Media

Files

Links

Privacy & support