**Courtney Conover** is 🥺 feeling embarrassed.
October 18, 2020 ·

FYI - I've been on quite an emotional rollercoaster with pain and drugs to numb the pain. If I message you with ramblings (I've done this to at least 4 people so far lol) please chock this up to "drunken" BS.  I will try to less open starting tomorrow. Being alone, in pain, and drugged up is getting to me. So, just forgive me and move on? Thanks.