**Randal**
Active Now

7:43 PM

 hey, do you any pics of me holding the halberd?

Just from Pittsburgh. Pretty sure I already sent them to you though?

I think I sent you everything I had when I took them. At every faire. 🤔

you prolly did....but i have SOOOOOO MANNNNNNY pics.....

i thought you might have a better idea...

 doeesnt matter wherer

Okay...lol. I can go through them and send you what I have 🙂

 if its not too much to ask? 

Not at all lol. Not really doing much of anything right now.