**Randal**
Active Now

busy?

Nah. What's up?

i need a few pics for the Brevard faire webpage....

good PR pics, of course...

Obviously

wanna do the honors?

meaning, spend time and energy I dont want to.

Sure. Do you have anything specific in mind?

I've got you lol

naw, couple of the stage show (fighting) and a couple of theSch of Defense

Will do. On it.