# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> COURTNEY CONOVER, <br>     Defendant. | : <br> : <br> : <br> :    Civil No. 5:21-cv-05574-JMG <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 19th day of October, upon consideration of Defendant's Motion to Amend Order and Judgment (ECF No. 121), Plaintiffs are **HEREBY ORDERED** to respond to Defendant's Motion (ECF No. 121) no later than Wednesday, November 2, 2022.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge