**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
|     v. : | Civil No. 5:21-cv-05574-JMG |
| : | |
| COURTNEY CONOVER, : | |
|     Defendant. : | |

## **CIVIL JUDGMENT**

**AND NOW**, this  21ˢᵗ  day of  October , 2022, in accordance with the unanimous verdict of a civil jury;

**IT IS ORDERED** that Judgment is entered in favor of PLAINTIFFS.

BY THE COURT:

ATTEST:

*/s/ Christine C. Stein*
Christine C. Stein, Deputy Clerk

**Civ 1 (4/21)**