Monday, October 24, 2022

**James Michael Amor, et. al,**

          vs.                              **Civil Case No: 5:21-cv-05574-JMG**

**Courtney Conover**

## Motion to Redact Witness Information

In light of the harassment that some witnesses have experienced following the trial in this case, the Defendant is putting forth a Motion to Redact all witness information who testified in Court on the dates of October 13th and October 14th, 2022 in Allentown, PA during the trial of *Amor v. Conover*.

The Defendant requests that the names, addresses, phone numbers, email addresses, and any other contact information, for *all witnesses on both sides*, be redacted in all public court documents involving this trial.

Lily Hunt-Rollison

Brianna Kube

Shawn Howland

Kayla Miller

Marjorie "MJ" Roper

Brennan Bobish

Christine Manns

Lois Beidler

Monday, October 24, 2022

*Courtney Conover*  
Defendant

10/24/2022  
Date