IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL AMOR, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:21-cv-05574-JMG |
| : | |
| COURTNEY CONOVER, : | |
| Defendant. : | |

**ORDER**

**AND NOW,** this 18th day of August, 2023, upon consideration of Defendant's Motion to Amend Order and Judgment (ECF No. 121) pursuant to Fed. R. Civ. P. 59, Plaintiff's Response in Opposition thereto (ECF No. 128), and Defendant's Rebuttal to Opposition to Motion to Amend Order and Judgment (ECF No. 130), for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion (ECF No. 121) is **DENIED IN PART** and **GRANTED IN PART** as follows:

    a. The Defendant's motion to reverse the judgment as to liability is **DENIED**.

    b. The Defendant's motion to vacate the jury's compensatory and punitive damages is **DENIED IN PART**.

    i. The compensatory damages award to Plaintiff Dr. James Amor is remitted from $750,000 to $50,000.

    ii. The punitive damages award to Plaintiff Dr. James Amor is remitted from $250,000 to $1,000.

    iii. The compensatory damages award to Plaintiff Ms. Patricia Amor

                    is remitted from $300,000 to $20,000.

            iv.    The punitive damages award to Plaintiff Ms. Patricia Amor is remitted from $100,000 to $500.

2.    A new trial on damages will be held unless the Plaintiffs accept the remittitur as described above. Plaintiffs shall inform the Court, in writing, of their decision concerning the remittitur on or before **September 1, 2023**.

                    BY THE COURT:

                    */s/ John M. Gallagher*
                    JOHN M. GALLAGHER
                    United States District Court Judge